# EXHIBIT A

SUMMONS

**150745**
08/01/2013 02:15:49 PM
Receipt # 2013167841
2 Pages

Wayne F. Jagow, Niagara County Clerk                    Clerk: PC

STATE OF NEW YORK
SUPREME COURT    :    COUNTY OF NIAGARA

DIANE GORBAN
6420 Shawnee Road
North Tonawanda, New York  14120

Plaintiff designates Niagara County
as the place of trial.

                                   Plaintiff,

**SUMMONS**

        v.

Index No.  150745

METROPOLITAN LIFE INSURANCE
COMPANY
200 Park Avenue
New York, New York  10166

The basis of venue is Plaintiff's
residence.

*& Dept of Financial Services*

                                   Defendant.

**ORIGINAL FILED**

· AUG - 1 2013

WAYNE F. JAGOW
NIAGARA COUNTY CLERK

TO THE ABOVE-NAMED DEFENDANT(S):

        YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a

copy of your answer, or, if the complaint is not served with this summons, to serve a notice of

appearance, on the Plaintiff's attorney(s) within twenty (20) days after the service of this

summons, exclusive of the day of service (or within thirty (30) days after the service is complete

if this summons is not personally delivered to you within the State of New York); and in case of

your failure to appear or answer, judgment will be taken against you by default for the relief

demanded in the complaint.

Dated:    Buffalo, New York
          July 29, 2013

GROSS, SHUMAN, BRIZDLE &
GILFILLAN, P.C.

By: _____
Howard B. Cohen, Esq.
Katherine M. Liebner, Esq.
*Attorneys for Plaintiff*
Office and P. O. Address
465 Main Street, Suite 600
Buffalo, New York  14203
Tel:  (716) 854-4300

ORIGINAL FILED

AUG - 1 2013

WAYNE F. JAGOW
NIAGARA COUNTY CLERK

STATE OF NEW YORK
SUPREME COURT : COUNTY OF NIAGARA

DIANE GORBAN

                          Plaintiff,

       v.

METROPOLITAN LIFE INSURANCE
COMPANY

                     Defendant.

**COMPLAINT**

COMPLAINT NOT SUM CERTAIN



**150745**
08/01/2013 02:15:49 PM
Receipt # 2013167841
46 Pages

Wayne F. Jagow, Niagara County Clerk       Clerk: PC

The Plaintiff, Diane Gorban, by and through her attorneys, Gross, Shuman, Brizdle &
Gilfillan, P.C., as and for her complaint against the Defendant, Metropolitan Life Insurance
Company (hereinafter "MetLife"), alleges as follows:

1.     At all times relevant and hereinafter mentioned, the Plaintiff was and is an
individual who resides in the County of Niagara and State of New York.

2.     Upon information and belief, at all times relevant and hereinafter mentioned,
MetLife, duly organized under the laws of New York, was and is an insurance company licensed
and authorized to engage in the business of insurance in the State of New York.

3.     Upon information and belief, at all times relevant and hereinafter mentioned,
MetLife had the authority to underwrite and issue disability insurance policies in the State of
New York.

### STATEMENT OF FACTS

4.     At all times material and hereinafter relevant, Plaintiff was a teacher in the Sweet
Home School District.

5.     At all times material and hereinafter mentioned, Plaintiff belonged to the American Federation of Teachers, AFL-CIO.

6.     MetLife issued to the American Federation of Teachers, AFL-CIO, a disability policy bearing the group policy number 119160-1-G with an effective date for those members who were enrolled prior to May 1, 2006 (hereinafter the "MetLife Policy").  A true and accurate copy of the MetLife Policy is attached hereto as **Exhibit A**.

7.     At all times material and hereinafter mentioned, Plaintiff had coverage under the MetLife Policy.

8.     At all times material and hereinafter mentioned, Plaintiff has and continues to pay all premiums due under the MetLife Policy.

9.     Under the terms of the MetLife Policy, monthly benefits would become payable to the Plaintiff in the event she became disabled by way of a sickness or injury.

10.    As of January 17, 2012, Plaintiff was totally disabled from working in her occupation as a teacher at the Sweet Home School District.

11.    At the time of Plaintiff's disability, Plaintiff was fifty-nine (59) years of age.

12.    The disability sustained by Plaintiff in or about January 2012, constitutes a disability within the meaning of the MetLife Policy.

13.    Pursuant to the express terms of the MetLife Policy, Plaintiff was entitled to a monthly benefit for 60 months based on her disability, which became effective January 17, 2012.

14.    Plaintiff submitted a claim for benefits under the MetLife Policy.

15.    MetLife issued a denial of Plaintiff's claim by letter dated June 15, 2012 and effective January 17, 2012.

16.   The basis of MetLife's denial of the Plaintiff's claim was that the medical records lacked support of an impairing condition preventing Plaintiff from working at her own occupation under the terms of the MetLife Policy.

17.   MetLife has refused to make payments to Plaintiff under the MetLife Policy effective January 17, 2012 and continuing.

18.   A justiciable controversy exists between the parties as to Plaintiff's right to receive monthly benefits under the MetLife Policy.

**AS AND FOR A FIRST CAUSE OF ACTION**
**FOR DECLARATORY JUDGMENT**

19.   Plaintiff repeats and realleges each of the preceding paragraphs as though set forth again in full.

20.   As of January 17, 2012, Plaintiff was and remains disabled under the terms of the MetLife Policy.

21.   Plaintiff's disability prevents her from earning more than 80% of her pre-disability earnings as a teacher at Sweet Home School District from any employer in her local economy during the first 30 days and 24 months following her disability and after such period being unable to earn more than 60% of her pre-disability earnings from any employer and her local economy at any gainful employment for which she is reasonably qualified taking into account her training, education and experience.

22.   Based on the foregoing, Plaintiff demands judgment in the form of declaratory relief, declaring that Plaintiff is entitled to monthly benefits for the period of 60 months under the MetLife Policy, together with such further and different relief as this Court deems just and proper.

- 3 -

## AS AND FOR A SECOND CAUSE OF ACTION
## FOR BREACH OF CONTRACT

23.     Plaintiff repeats and realleges each of the preceding paragraphs as though set forth again in full.

24.     MetLife's failure and refusal to pay Plaintiff monthly benefits for the 60 months of her disability constitutes a material breach of the terms of the MetLife Policy.

25.     As a result of MetLife's breach, Plaintiff has and will continue to seek damages in amounts equal to the monthly premiums, together with applicable pre-judgment interest thereon.

26.     Based on the foregoing, Plaintiff is entitled to judgment as against MetLife in the amount of all unpaid monthly benefits due Plaintiff as of the date of judgment entered in this matter, together with applicable pre-judgment interest and such further relief that this Court deems just and proper.

## AS AND FOR A THIRD CAUSE OF ACTION
## FOR DECLARATORY RELIEF

27.     Plaintiff repeats and realleges each of the preceding paragraphs as though set forth again in full.

28.     Under 29 U.S.C. § 1132(a)(1)(B), a civil action may me brought by a participant to "recover benefits due to him under the terms of this plan, to enforce his rights under the terms of the plan, or to clarify his rights to future benefits under the terms of the plan...".

29.     Plaintiff is a "participant" as described in the MetLife Policy.

30.     Concurrent jurisdiction for disputes under ERISA is conferred upon this Court by 29 U.S.C. § 1132(e).

31.    MetLife's failure and refusal to pay Plaintiff the benefits due to her under the MetLife Policy constitutes the wrongful denial of benefits in violation of ERISA.

32.    Moreover, MetLife's failure and refusal to pay Plaintiff benefits due to her under the MetLife Policy violates one or more provisions of the MetLife Policy.

33.    Accordingly, Plaintiff is entitled to payment on her long-term disability claim dating back to January 17, 2012, including interest due thereon.

WHEREFORE, Plaintiff demands judgment as follows:

a.    On the first cause of action, declaratory judgment declaring Plaintiff is entitled to monthly disability benefits under the MetLife Policy;

b.    On the second cause of action, judgment in an amount to be proven at trial equal to all accrued but unpaid monthly payments due Plaintiff under the MetLife Policy as of the time of judgment, together with applicable pre-judgment interest thereon;

c.    On the third cause of action a declaration that Plaintiff is entitled to receive long-term disability benefits under the MetLife Policy;

d.    An award for Plaintiff's reasonable attorney's fees, expenses and costs pursuant to ERISA; and

e.    For such other, different and further relief as this Court may deem just and proper.

Dated:    Buffalo, New York
          July 29, 2013

Yours, etc.,

GROSS, SHUMAN, BRIZDLE &
   GILFILLAN, P.C.

By: _____

      Howard B. Cohen, Esq.
      Katherine M. Liebner, Esq.
*Attorneys for Plaintiff*
Office and P.O. Address
465 Main Street, Suite 600
Buffalo, New York   14203
Tel: (716) 854-4300

Doc #391420.1

Exhibit A

# YOUR BENEFIT PLAN

## American Federation of Teachers, AFL-CIO

## Members Who Were Enrolled Prior to May 1, 2006

Disability Income Insurance:  Long Term Benefits

Plan 4

American Federation of Teachers, AFL-CIO
555 New Jersey Ave. NW
Washington, DC 20001

TO OUR MEMBERS:

All of us appreciate the protection and security insurance provides.

This certificate describes the benefits that are available to you. We urge you to read it carefully.

American Federation of Teachers, AFL-CIO

# MetLife®

Metropolitan Life Insurance Company
200 Park Avenue, New York, New York  10166

## CERTIFICATE OF INSURANCE

Metropolitan Life Insurance Company ("MetLife"), a stock company, certifies that You are insured for the benefits described in this certificate, subject to the provisions of this certificate.  This certificate is issued to You under the Group Policy and it includes the terms and provisions of the Group Policy that describe Your insurance.  **PLEASE READ THIS CERTIFICATE CAREFULLY.**

This certificate is part of the Group Policy. The Group Policy is a contract between MetLife and the Policyholder and may be changed or ended without Your consent or notice to You.

| | |
|---|---|
| **Policyholder:** | American Federation of Teachers, AFL-CIO |
| **Group Policy Number:** | 119160-1-G |
| **Type of Insurance:** | Disability Income Insurance:  Long Term Benefits |
| **MetLife Toll Free Number(s):** **For Claim Information** | FOR DISABILITY INCOME CLAIMS: 1-800-300-4296 |

THIS CERTIFICATE ONLY DESCRIBES DISABILITY INSURANCE.

THE BENEFITS OF THE POLICY PROVIDING YOU COVERAGE ARE GOVERNED PRIMARILY BY THE LAWS OF A STATE OTHER THAN FLORIDA.

THE GROUP INSURANCE POLICY PROVIDING COVERAGE UNDER THIS CERTIFICATE WAS ISSUED IN A JURISDICTION OTHER THAN MARYLAND AND MAY NOT PROVIDE ALL THE BENEFITS REQUIRED BY MARYLAND LAW.

For Residents of North Dakota: If you are not satisfied with your Certificate, You may return it to Us within 20 days after You receive it, unless a claim has previously been received by Us under Your Certificate.  We will refund within 30 days of our receipt of the returned Certificate any Premium that has been paid and the Certificate will then be considered to have never been issued.  You should be aware that, if you elect to return the Certificate for a refund of premiums, losses which otherwise would have been covered under your Certificate will not be covered.

WE ARE REQUIRED BY STATE LAW TO INCLUDE THE NOTICE(S) WHICH APPEAR ON THIS PAGE AND IN THE NOTICE(S) SECTION WHICH FOLLOWS THIS PAGE.  PLEASE READ THE(SE) NOTICE(S) CAREFULLY.

| For Texas Residents: | Para Residentes de Texas: |
|---|---|
| **IMPORTANT NOTICE** | **AVISO IMPORTANTE** |
| To obtain information or make a complaint: | Para obtener informacion o para someter una queja: |
| You may call MetLife's toll free telephone number for information or to make a complaint at | Usted puede llamar al numero de telefono gratis de MetLife para informacion o para someter una queja al |
| 1-800-300-4296 | 1-800-300-4296 |
| You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at | Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al |
| 1-800-252-3439 | 1-800-252-3439 |
| You may write the Texas Department of Insurance<br>P.O. Box 149104<br>Austin, TX 78714-9104<br>Fax # (512) 475-1771 | Puede escribir al Departamento de Seguros de Texas<br>P.O. Box 149104<br>Austin, TX 78714-9104<br>Fax # (512) 475-1771 |
| **PREMIUM OR CLAIM DISPUTES:** Should You have a dispute concerning Your premium or about a claim, You should contact MetLife first.. If the dispute is not resolved, You may contact the Texas Department of Insurance. | **DISPUTAS SOBRE PRIMAS O RECLAMOS:** Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con MetLife primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI). |
| **ATTACH THIS NOTICE TO YOUR CERTIFICATE:** This notice is for information only and does not become a part or condition of the attached document. | **UNA ESTE AVISO A SU CERTIFICADO:** Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto. |

## NOTICE FOR RESIDENTS OF ARKANSAS

If You have a question concerning Your coverage or a claim, first contact the Policyholder or group account administrator.  If, after doing so, You still have a concern, You may call the toll free telephone number shown on the Certificate Face Page.

If You are still concerned after contacting both the Policyholder and MetLife, You should feel free to contact:

Arkansas Insurance Department

Consumer Services Division

1200 West Third

Little Rock, Arkansas 72204-1904

1-800-852-5494

# TABLE OF CONTENTS

| Section | Page |
|---|---|

CERTIFICATE FACE PAGE ............................................................................................................... 1

NOTICES ........................................................................................................................................... 2

SCHEDULE OF BENEFITS ............................................................................................................. 20

DEFINITIONS .................................................................................................................................. 22

ELIGIBILITY PROVISIONS: INSURANCE FOR YOU .................................................................... 26

   Eligible Class(es) ...................................................................................................................... 26

   Date You Are Eligible for Insurance ......................................................................................... 26

   Enrollment Process ................................................................................................................... 26

   Date Your Insurance Takes Effect ............................................................................................ 26

   Date Your Insurance Ends ........................................................................................................ 26

SPECIAL RULES FOR GROUPS PREVIOUSLY INSURED UNDER A PLAN OF DISABILITY INCOME

INSURANCE ................................................................................................................................... 28

CONTINUATION OF INSURANCE WITH PREMIUM PAYMENT .................................................. 30

   For Family And Medical Leave .................................................................................................. 30

   At The Policyholder's Option ..................................................................................................... 30

DISABILITY INCOME INSURANCE: LONG TERM BENEFITS ..................................................... 31

DISABILITY INCOME INSURANCE: DATE BENEFIT PAYMENTS END ...................................... 34

   ADDITIONAL LONG TERM BENEFIT: CHILD EDUCATION BENEFIT ................................... 35

   ADDITIONAL LONG TERM BENEFIT: COST OF LIVING ADJUSTMENT ............................... 36

DISABILITY INCOME INSURANCE: ............................................................................................... 37

   ADDITIONAL LONG TERM BENEFIT: SINGLE SUM PAYMENT IN THE EVENT OF YOUR DEATH ...... 37

   ADDITIONAL LONG TERM BENEFIT: BENEFIT(S) IN THE EVENT OF YOUR TERMINAL ILLNESS .... 38

DISABILITY INCOME INSURANCE: LIMITED DISABILITY BENEFITS ......................................... 39

DISABILITY INCOME INSURANCE: EXCLUSIONS ....................................................................... 39

FILING A CLAIM .............................................................................................................................. 40

GENERAL PROVISIONS ................................................................................................................. 42

   Assignment ............................................................................................................................... 42



## TABLE OF CONTENTS (continued)

**Section**                                                                               **Page**

Disability Income Benefit Payments: Who We Will Pay ........................................................................... 42

Entire Contract ......................................................................................................................................... 42

Incontestability: Statements Made by You ............................................................................................... 42

Misstatement of Age ................................................................................................................................ 42

Conformity with Law ................................................................................................................................. 42

Physical Exams ........................................................................................................................................ 43

Autopsy ..................................................................................................................................................... 43

Overpayments for Disability Income Insurance ....................................................................................... 43

## SCHEDULE OF BENEFITS

This schedule shows the benefits that are available under the Group Policy. You will only be insured for the benefits:

- for which You become and remain eligible;
- which You elect, if subject to election; and
- which are in effect.

| BENEFIT | BENEFIT AMOUNT AND HIGHLIGHTS |
|---|---|

### Disability Income Insurance For You: Long Term Benefits

Option 1, Option 2 and Option 3:

| | |
|---|---|
| Monthly Benefit........................................... | An amount as recorded and maintained on the records of the Policyholder and reported to Us |
| Maximum Monthly Benefit.............................. | $2,500.00 |
| Minimum Monthly Benefit.............................. | None. |
| Elimination Period....................................... | 30 Days |

**Maximum Benefit Period\***

Option 1 and Option 2 – Injury

| Age on Date of Your Disability | Benefit Period |
|---|---|
| All ages | 24 months |

Option 1 and Option 2 – Sickness

| Age on Date of Your Disability | Benefit Period |
|---|---|
| All ages | 12 months |

Option 3

| Age on Date of Your Disability | Benefit Period |
|---|---|
| All ages | 60 months |

\*The Maximum Benefit Period is subject to the LIMITED DISABILITY BENEFITS and DATE BENEFIT PAYMENTS END sections.

| | |
|---|---|
| Rehabilitation Incentives.............................. | Yes |

Additional Benefits:

| | |
|---|---|
| Child Education............................................ | Yes |
| Cost of Living Adjustment............................. | Yes |

## SCHEDULE OF BENEFITS (continued)

Single Sum Payment in
the Event of Your Death.................................   Yes

Benefit(s) in the Event of
Your Terminal Illness....................................   Yes

## DEFINITIONS

As used in this certificate, the terms listed below will have the meanings set forth below. When defined terms are used in this certificate, they will appear with initial capitalization. The plural use of a term defined in the singular will share the same meaning.

**Actively at Work or Active Work** means that You are performing all of the usual and customary duties of Your job on a Full-Time basis. This must be done at:

- the Policyholder's place of business;
- an alternate place approved by the Policyholder; or
- a place to which the Policyholder's business requires You to travel.

You will be deemed to be Actively at Work during weekends or Policyholder approved vacations, holidays or business closures if You were Actively at Work on the last scheduled work day preceding such time off.

**Appropriate Care and Treatment** means medical care and treatment that is:

- given by a Physician whose medical training and clinical specialty are appropriate for treating Your Disability;
- consistent in type, frequency and duration of treatment with relevant guidelines of national medical research, health care coverage organizations and governmental agencies;
- consistent with a Physician's diagnosis of Your Disability; and
- intended to maximize Your medical and functional improvement.

**Beneficiary** means the person(s) to whom We will pay insurance as determined in accordance with the GENERAL PROVISIONS section.

**Consumer Price Index** means the CPI-W, the Consumer Price Index for Urban Wage Earners and Clerical Workers published by the U.S. Department of Labor. If the CPI-W is discontinued or replaced, We reserve the right to substitute any other comparable index.

**Contributory Insurance** means insurance for which the Policyholder requires You to pay any part of the premium.

Contributory Insurance includes: Disability Income Insurance.

**Disabled or Disability** means that, due to Sickness or as a direct result of accidental injury:

Option 1 and Option 2:
- You are unable to earn:
    - more than 80% of Your Predisability Earnings at Your Own Occupation from any employer in Your Local Economy at Own Occupation for which You are reasonably qualified taking into account Your training, education and experience.

Option 3:
- You are unable to earn:
    - during the Elimination Period and the next 24 months of Sickness or accidental injury, more than 80% of Your Predisability Earnings at Your Own Occupation from any employer in Your Local Economy; and
    - after such period, more than 60% of your Predisability Earnings from any employer in Your Local Economy at any gainful occupation for which You are reasonably qualified taking into account Your training, education and experience.

For purposes of determining whether a Disability is the direct result of an accidental injury, the Disability must have occurred within 90 days of the accidental injury and resulted from such injury independent of other causes.

## DEFINITIONS (continued)

If You are Disabled and have received a Monthly Benefit for 12 months, We will adjust Your Predisability Earnings only for the purposes of determining whether You continue to be Disabled and for calculating the Return to Work Incentive, if any. We will make the initial adjustment as follows:

We will add to Your Predisability Earnings an amount equal to the product of:

- Your Predisability Earnings times the lesser of:
  - 7%; or
  - The annual rate of increase in the Consumer Price Index for the prior calendar year.

Annually thereafter, We will add an amount to Your adjusted Predisability Earnings calculated by the method set forth above but substituting Your adjusted Predisability Earnings from the prior year for Your Predisability Earnings. This adjustment is not a cost of living benefit.

If Your occupation requires a license, the fact that You lose Your license for any reason will not, in itself, constitute Disability.

**Elimination Period** means the period of Your Disability during which We do not pay benefits. The Elimination Period begins on the day You become Disabled and continues for the period shown in the SCHEDULE OF BENEFITS.

**Full-Time** means Active Work on the Policyholder's regular work schedule for the eligible class of members to which You belong. The work schedule must be at least 20 hours a week.

**Local Economy** means the geographic area:

- within which You reside; and
- which offers suitable employment opportunities within a reasonable travel distance.

If You move on or after the date You become Disabled, We may consider both Your former and current residence to be Your Local Economy.

**Own Occupation** means the essential functions You regularly perform that provide Your primary source of earned income.

**Physician** means:

- a person licensed to practice medicine in the jurisdiction where such services are performed; or
- any other person whose services, according to applicable law, must be treated as Physician's services for purposes of the Group Policy. Each such person must be licensed in the jurisdiction where he performs the service and must act within the scope of that license. He must also be certified and/or registered if required by such jurisdiction.

The term does not include:

- You;
- Your Spouse; or
- any member of Your immediate family including Your and/or Your Spouse's:
  - parents;
  - children (natural, step or adopted);
  - siblings;
  - grandparents; or
  - grandchildren.

**Policyholder's Retirement Plan** means a plan which:

- provides retirement benefits to members; and
- is funded in whole or in part by Policyholder contributions.

GCERT2000
def                                           23

## DEFINITIONS (continued)

The term does not include:

- profit sharing plans;
- thrift or savings plans;
- non-qualified plans of deferred compensation;
- plans under IRC Section 401(k) or 457;
- individual retirement accounts (IRA);
- tax sheltered annuities (TSA) under IRC Section 403(b);
- stock ownership plans; or
- Keogh (HR-10) plans.

**Predisability Earnings** means gross salary or wages You were earning from the Policyholder as of Your last day of Active Work before Your Disability began.  We calculate this amount on a monthly basis.

The term includes:

- contributions You were making through a salary reduction agreement with the Policyholder to any of the following:
- an Internal Revenue Code (IRC) Section 401(k), 403(b) or 457 deferred compensation arrangement;
- an executive non-qualified deferred compensation arrangement; and
- Your fringe benefits under an IRC Section 125 plan.

The term does not include:

- commissions;
- awards and bonuses;
- overtime pay;
- the grant, award, sale, conversion and/or exercise of shares of stock or stock options;
- the Policyholder's contributions on Your behalf to any deferred compensation arrangement or pension plan; or
- any other compensation from the Policyholder.

**Proof** means Written evidence satisfactory to Us that a person has satisfied the conditions and requirements for any benefit described in this certificate.  When a claim is made for any benefit described in this certificate, Proof must establish:

- the nature and extent of the loss or condition;
- Our obligation to pay the claim; and
- the claimant's right to receive payment.

Proof must be provided at the claimant's expense.

**Rehabilitation Program** means a program that has been approved by us for the purpose of helping You return to work.  It may include, but is not limited to, Your participation in one or more of the following activities:

- return to work on a modified basis with a goal of resuming employment for which You are reasonably qualified by training, education, experience and past earnings;
- on-site job analysis;
- job modification/accommodation;
- training to improve job-seeking skills;
- vocational assessment;
- short-term skills enhancement;
- vocational training; or
- restorative therapies to improve functional capacity to return to work.

**Sickness** means illness, disease or pregnancy, including complications of pregnancy.

## DEFINITIONS (continued)

**Signed** means any symbol or method executed or adopted by a person with the present intention to authenticate a record, which is on or transmitted by paper or electronic media which is acceptable to Us and consistent with applicable law.

**Spouse** means Your lawful spouse.

**We, Us** and **Our** mean MetLife.

**Written** or **Writing** means a record which is on or transmitted by paper or electronic media which is acceptable to Us and consistent with applicable law.

**You** and **Your** mean an employee who is insured under the Group Policy for the insurance described in this certificate.

## ELIGIBILITY PROVISIONS: INSURANCE FOR YOU

### ELIGIBLE CLASS(ES)

All Full-Time members who were members in good standing with the American Federation of Teachers, in accordance with its bylaws and constitution. Members must have been covered under the Policyholder's ULLICO Policy, MP-20012, Legacy Plan 4, Option 1 or Option 2, or Option 3 prior to May 1, 2006.

### DATE YOU ARE ELIGIBLE FOR INSURANCE

You may only become eligible for the insurance available for Your eligible class as shown in the SCHEDULE OF BENEFITS.

If You are in an eligible class on May 1, 2006, You will be eligible for the insurance described in this certificate on that date.

### ENROLLMENT PROCESS

If You are in an Eligible Class for insurance, You are enrolled for such insurance.

### DATE YOUR INSURANCE TAKES EFFECT

#### Rules for Contributory Insurance

If You are in an Eligible Class Your insurance under this Certificate will become effective May 1, 2006.

### DATE YOUR INSURANCE ENDS

Your insurance will end on the earliest of:

1. the date the Group Policy ends; or
2. the date insurance ends for Your class; or
3. the end of the period for which the last premium has been paid for You; or
4. the date You cease to be in an eligible class.

In certain cases insurance may be continued as stated in the section entitled CONTINUATION OF INSURANCE WITH PREMIUM PAYMENT.

#### Reinstatement of Disability Income Insurance

If Your insurance ends, You may become insured again as follows:

1. If Your insurance ends because:

   • You cease to be in an eligible class; or
   • Your employment ends; and

   You become a member of an eligible class again within 3 months of the date Your insurance ended, You will not have to complete a new Waiting Period or provide evidence of Your insurability.

2. If Your insurance ends because the required premium for Your insurance has ceased to be paid due to Your being on an approved Family Medical Leave Act (FMLA) leave of absence, and You become a member of an eligible class within 31 days of the earlier of:

   • The end of the period of leave You and the Policyholder agreed upon; or
   • The end of the 12-week period following the date Your leave began,

## ELIGIBILITY PROVISIONS: INSURANCE FOR YOU (continued)

You will not have to complete a new Waiting Period or provide evidence of Your insurability.

3. In all other cases where Your insurance ends because the required premium for Your insurance has ceased to be paid, You will be required to provide evidence of Your insurability.

If You become insured again as described in either item 1 or 2 above, the limitation for Pre-existing Conditions will be applied as if Your insurance had remained in effect with no interruption.

## SPECIAL RULES FOR GROUPS PREVIOUSLY INSURED UNDER A PLAN OF DISABILITY INCOME INSURANCE

To prevent a loss of insurance because of a change in insurance carriers, the following rules will apply if this Disability Income Insurance replaces a plan of group disability income insurance provided to You by the Policyholder:

**Prior Plan** means the plan of group disability income insurance provided to You by the Policyholder through another carrier on the day before the Replacement Date.

**Replacement Date** means the effective date of the Disability Income Insurance under the Group Policy.

**Rules for When Insurance Takes Effect if You were Insured Under the Prior Plan on the Day Before the Replacement Date:**

- If You are Actively at Work on the day before the Replacement Date, You will become insured for Disability Income Insurance under this certificate on the Replacement Date.

- If You are **not** Actively at Work on such date because you are Disabled, You will become insured for Disability Income Insurance under this certificate on the Replacement Date.
  We will credit any time You accumulated toward the Elimination Period under the Prior Plan to the satisfaction of the Elimination Period required to be met under this certificate.
  Any benefits paid for such Disability will be equal to those that would have been payable to You under the Prior Plan less any amount for which the prior carrier is liable.
  Benefit payments for such Disability will end on the earliest of:

  - the date that payments end under the subsection DATE BENEFIT PAYMENTS END in this certificate; or
  - the date that payments would have ended under the provisions of the Prior Plan of Insurance.

- If You are **not** Actively at Work on such date for any other reason, You will become insured for Disability Income Insurance under this certificate on the date you return to Active Work.

**Rules for When Insurance Takes Effect if You were Not Insured Under the Prior Plan on the Day Before the Replacement Date:**

- You will be eligible for Disability Income Insurance under this certificate when you meet the eligibility requirements for such insurance as described in ELIGIBILITY PROVISIONS: INSURANCE FOR YOU; and

- We will credit any time You accumulated under the Prior Plan toward the eligibility waiting period under the Prior Plan to the satisfaction of the eligibility waiting period required to be met under this certificate.

**Rules for Pre-existing Conditions**

In determining whether a Disability is due to a Pre-existing Condition, We will credit You for any time You were insured under the Prior Plan. If Your Disability is due to a Pre-existing Condition as described in this certificate, but would not have been due to a pre-existing condition under the Prior Plan, We will pay a benefit equal to the lesser of:

- the benefit amount under this certificate; or
- the disability income insurance benefit that would have been payable to You under the Prior Plan.

If Your Disability would have been due to a pre-existing condition under the Prior Plan, it will be treated as having been caused by a Pre-Existing Condition under this certificate.

## SPECIAL RULES FOR GROUPS PREVIOUSLY INSURED UNDER A PLAN OF DISABILITY INCOME INSURANCE (continued)

**Rules for Temporary Recovery from a Disability under the Prior Plan**

We will waive the Elimination Period that would otherwise apply to a Disability under this certificate if You:

- received benefits for a disability that began under the Prior Plan ("Prior Plan's disability");

- returned to work as an active Full-Time employee prior to the Replacement Date;

- become Disabled, as defined in this certificate, after the Replacement Date and within 90 days of Your return to work due to a sickness or accidental injury that is the same as or related to the Prior Plan's disability;

- are no longer entitled to benefit payments for the Prior Plan's disability since You are no longer insured under such Plan; and

- would have been entitled to benefit payments with no further elimination period under the Prior Plan, had it remained in force.

## CONTINUATION OF INSURANCE WITH PREMIUM PAYMENT

### FOR FAMILY AND MEDICAL LEAVE

Certain leaves of absence may qualify under the Family and Medical Leave Act of 1993 (FMLA) for continuation of insurance. Please contact the Policyholder for information regarding the FMLA.

### AT THE POLICYHOLDER'S OPTION

The Policyholder has elected to continue insurance by paying premiums for his members who are not Disabled and cease Active Work in an eligible class for any of the reasons specified below;

Disability Income Insurance will continue for the following periods:

1. for the period You cease Active Work in an eligible class due to accidental injury or Sickness, up to 3 months;

2. if You cease Active Work due to layoff contact the Policyholder to determine if Your insurance can be continued and for how long. This period will not exceed 2 months;

3. if You cease Active Work due to any other Policyholder approved leave of absence discuss with the Policyholder at the time You receive approval to take the leave of absence whether Your insurance can be continued and for how long. This period will not exceed 2 months.

4. if You cease Active Work due to strike contact the Policyholder to determine if Your insurance can be continued and for how long. This period will not exceed 60 months.

At the end of any of the continuation periods listed above, Your insurance will be affected as follows:

- if You resume Active Work in an eligible class at this time, You will continue to be insured under the Group Policy;

- if You do not resume Active Work in an eligible class at this time, Your employment will be considered to end and Your insurance will end in accordance with the Date Your Insurance Ends subsection of the section entitled ELIGIBILITY PROVISIONS: INSURANCE FOR YOU.

## DISABILITY INCOME INSURANCE: LONG TERM BENEFITS

You become Disabled while insured, Proof of Disability must be sent to Us. When We receive such Proof, We will review the claim. If We approve the claim, We will pay the Monthly Benefit up to the Maximum Benefit Period shown in the SCHEDULE OF BENEFITS, subject to THE DATE BENEFIT PAYMENTS END section.

To verify that You continue to be Disabled without interruption after Our initial approval, We may periodically request that You send Us Proof that You continue to be Disabled. Such Proof may include physical exams, exams by independent medical examiners, in-home interviews or functional capacity exams, as needed.

While You are Disabled, the Monthly Benefit described in this certificate will not be affected if:

- Your insurance ends; or
- the Group Policy is amended to change the plan of benefits for Your class.

### BENEFIT PAYMENT

If We approve Your claim, benefits will begin to accrue on the day after the day You complete Your Elimination Period. We will pay the first Monthly Benefit one month after the date benefits begin to accrue. We will make subsequent payments monthly thereafter so long as You remain Disabled. Payment will be based on the number of days You are Disabled during each month and will be pro-rated for any partial month of Disability.

We will pay Monthly Benefits to You. If You die, We will pay the amount of any due and unpaid benefits as described in the GENERAL PROVISIONS subsection entitled Disability Income Benefit Payments: Who We Will Pay.

While You are receiving Monthly Benefits, You will not be required to pay premiums for the cost any disability income insurance defined as Contributory Insurance.

### RECOVERY FROM A DISABILITY

If You return to Active Work, We will consider You to have recovered from Your Disability.

The provisions of this subsection will not apply if Your insurance has ended and You are eligible for coverage under another group long term disability plan.

#### If You Return to Active Work Before Completing Your Elimination Period

If You return to Active Work before completing Your Elimination Period for a period of 10 days or less, and then become Disabled again due to the same or related Sickness or accidental injury, We will not require You to complete a new Elimination Period. We will count those days towards the completion of Your Elimination Period.

If You return to Active Work for a period of more than 10 days, and then become Disabled again, You will have to complete a new Elimination Period.

For purposes of this provision, the term Active Work only includes those days You actually work.

#### If You Return to Active Work After Completing Your Elimination Period

If You return to Active Work after completing Your Elimination Period for a period of 6 months or less, and then become Disabled again due to the same or related Sickness or accidental injury, We will not require You to complete a new Elimination Period. For the purpose of determining Your benefits, We will consider such Disability to be a part of the original Disability and will use the same Predisability Earnings and apply the same terms, provisions and conditions that were used for the original Disability.

## DISABILITY INCOME INSURANCE: LONG TERM BENEFITS (continued)

If You return to Active Work for a period of more than 6 months and then become Disabled again, You will have to complete a new Elimination Period.

For purposes of this provision, the term Active Work includes all of the continuous days which follow Your return to work for which You are not Disabled.

REHABILITATION INCENTIVES

Rehabilitation Program Incentive

If You participate in a Rehabilitation Program, We will increase Your Monthly Benefit by an amount equal to 10% of the Monthly Benefit. We will do so before We reduce Your Monthly Benefit by any other income.

Work Incentive

While You are Disabled, We encourage You to work. If You work while You are Disabled and receiving Monthly Benefits, Your Monthly Benefit will be reduced by:

- Other Income as defined in the DISABILITY INCOME INSURANCE: INCOME WHICH WILL REDUCE YOUR DISABILITY BENEFIT section; and
- 50% of the amount You earn from working.

In no event will Your Monthly Benefit plus earnings You receive while working exceed 100% of Your Predisability Earnings.

In addition, the Minimum Monthly Benefit will not apply.

Family Care Incentive

If You work or participate in a Rehabilitation Program while You are Disabled, We will reimburse You for up to $400 for monthly expenses You incur for each family member to provide:

- care for Your or Your Spouse's child, legally adopted child, or child for whom You or Your Spouse are legal guardian and who is:
  - living with You as part of Your household;
  - dependent on You for support; and
  - under age 13.

  The child care must be provided by a licensed child care provider who may not be a member of Your immediate family or living in Your residence.

- care to Your family member who is:
  - living with You as part of Your household;
  - chiefly dependent on You for support; and
  - incapable of independent living, regardless of age, due to mental or physical handicap as defined by applicable law.

Care to Your family member may not be provided by a member of Your immediate family.

We will make reimbursement payments to You on a monthly basis starting with the first Monthly Benefit payment until You have received 12 Monthly Benefit Payments. Payments will not be made beyond the Maximum Benefit Period. We will not reimburse You for any expenses for which You are eligible for payment from any other source. You must send Proof that You have incurred such expenses.

## DISABILITY INCOME INSURANCE: LONG TERM BENEFITS (continued)

### Moving Expense Incentive

If You participate in a Rehabilitation Program while You are Disabled, We may reimburse You for expenses You incur in order to move to a new residence recommended as part of such Rehabilitation Program. Such expenses must be approved by Us in advance.

You must send Proof that You have incurred such expenses for moving.

We will not reimburse You for such expenses if they were incurred for services provided by a member of Your immediate family or someone who is living in Your residence.

## DISABILITY INCOME INSURANCE: DATE BENEFIT PAYMENTS END

Your Disability benefit payments will end on the earliest of:

- the end of the Maximum Benefit Period;

- the date You are no longer Disabled;

- the date You die except for benefits paid under sections entitled ADDITIONAL LONG TERM BENEFIT: SINGLE SUM PAYMENT IN THE EVENT OF YOUR DEATH and ADDITIONAL LONG TERM BENEFIT: BENEFIT(S) IN THE EVENT OF YOUR TERMINAL ILLNESS;

- the date You fail to have a medical exam requested by Us as described in the Physical Exams subsection of the GENERAL PROVISIONS section;

- the date You fail to provide required Proof of continuing Disability.

While You are Disabled, the benefits described in this certificate will not be affected if:

- Your insurance ends; or

- the Group Policy is amended to change the plan of benefits for Your class.

GCERT2000
di/ben end

# DISABILITY INCOME INSURANCE

## ADDITIONAL LONG TERM BENEFIT: CHILD EDUCATION

If You are receiving a Monthly Benefit under this certificate, You may be eligible for the Child Education Benefit.

## BENEFIT AMOUNT

We will pay $100 each month for each child who qualifies for this benefit.

## BENEFIT PAYMENT

In addition to any other Disability benefit You may be receiving under this certificate, We will pay this benefit to You on a monthly basis beginning on the first of the month following the date a child becomes an Eligible Student.

Eligible Student means Your dependent child who is:

- unmarried;
- under the age of 23; and
- enrolled as a Full-time Student in an accredited college, university or vocational school above the 12th grade level.

Full-time Student means one who takes a full course load as defined by such school.

This benefit will end for each child on the earliest of:

- the date Your Monthly Benefit payments under this certificate end;
- the date the certificate ends; or
- the earlier of the date on which:
  - the child is no longer an Eligible Student; or
  - You have received 48 monthly payments under this Child Education benefit for that child.

## DISABILITY INCOME INSURANCE

### ADDITIONAL LONG TERM BENEFIT: COST OF LIVING ADJUSTMENT

If You have been receiving Monthly Benefits under this certificate, We will adjust Your benefit amount on the date following the date the 12th Monthly Benefit is payable.  As limited by the Maximum Benefit Period, further adjustments will take effect on each anniversary of the first adjustment.

The adjustments do not apply to amounts We pay under this certificate for Rehabilitation Incentives or any Additional Benefits shown in the SCHEDULE OF BENEFITS.

### BENEFIT AMOUNT

To calculate Your cost of living adjustment, We will multiply the amount of Your Monthly Benefit for the month prior to the date the cost of living adjustment is to take effect by 3%.  We will add this amount to each subsequent Monthly Benefit payment.

## DISABILITY INCOME INSURANCE

### ADDITIONAL LONG TERM BENEFIT: SINGLE SUM PAYMENT IN THE EVENT OF YOUR DEATH

If You die while You are Disabled and You were entitled to receive Monthly Benefits under this certificate, Proof of Your death must be sent to Us. When We receive such Proof, We will pay the benefit described in this section.

### BENEFIT AMOUNT

The benefit will be equal to 3 times the lesser of:

- the Monthly Benefit You receive for the calendar month immediately preceding Your death;

- the Monthly Benefit You receive for the calendar month immediately preceding Your Terminal Illness if Your Monthly Benefit amount was increased due to Your Terminal Illness; or

- the Monthly Benefit You were entitled to receive for the month You die, if You die during the first month that Disability benefits are payable.

We will reduce the benefit amount by any overpayment We are entitled to recover.

### BENEFIT PAYMENT

Benefit payments will be made as described in the GENERAL PROVISIONS subsection entitled Disability Income Benefit Payments: Who We Will Pay.

This benefit will not be paid if You elect to receive a single sum payment under the Single Sum Payment In the Event of Your Terminal Illness subsection of the section entitled ADDITIONAL LONG TERM DISABILITY BENEFIT: BENEFIT(S) IN THE EVENT OF YOUR TERMINAL ILLNESS.

## DISABILITY INCOME INSURANCE

### ADDITIONAL LONG TERM BENEFIT: BENEFIT(S) IN THE EVENT OF YOUR TERMINAL ILLNESS

If You become Terminally Ill while You are Disabled and You are entitled to receive Monthly Benefits under this certificate, You or Your legal representative must send Proof of Your Terminal Illness to Us. When We receive such Proof, We will pay the benefit(s) described in this section.

Terminally Ill or Terminal Illness means for purposes of this and the section(s) entitled: ADDITIONAL LONG TERM BENEFIT: SINGLE SUM PAYMENT IN THE EVENT OF YOUR DEATH that due to injury or Sickness You are expected to die within 12 months.

### Proof of Your Terminal Illness

You or Your legal representative must send Us a signed Physician's certification that You are Terminally Ill. We may also request an exam by a Physician of Our choice, at Our expense.

### INCREASE IN YOUR MONTHLY BENEFIT

We will increase Your Monthly Benefit amount beginning with the next payment due following receipt of Proof of Your Terminal Illness.

### BENEFIT AMOUNT

We will increase Your Monthly Benefit percentage to 100% of Your Predisability Earnings for a maximum period of 12 consecutive monthly payments.

### SINGLE SUM PAYMENT IN THE EVENT OF YOUR TERMINAL ILLNESS

You may elect to receive the additional benefit described in this subsection. This benefit will be paid in a single sum. We will pay such benefit in addition to any other benefits We pay under this certificate.

### BENEFIT AMOUNT

The additional benefit will be equal to 3 times the Monthly Benefit You receive for the calendar month immediately preceding the month You are diagnosed as Terminally Ill.

We will reduce the benefit amount by any overpayment We are entitled to recover.

If You elect to receive the additional benefit described here, no benefit will be paid under the ADDITIONAL LONG TERM BENEFIT: SINGLE SUM PAYMENT IN THE EVENT OF YOUR DEATH section.

## DISABILITY INCOME INSURANCE:  EXCLUSIONS

We will not pay for any Disability caused or contributed to by:

1.  war, whether declared or undeclared, or act of war, insurrection, rebellion or terrorist act;

2.  Your active participation in a riot;

3.  intentionally self-inflicted injury;

4.  attempted suicide; or

5.  commission of or attempt to commit a felony.

## FILING A CLAIM

The Policyholder should have a supply of claim forms. Obtain a claim form from the Policyholder and fill it out carefully. Return the completed claim form with the required Proof to the Policyholder. The Policyholder will certify Your insurance under the Group Policy and send the certified claim form and Proof to Us.

When We receive the claim form and Proof, We will review the claim and, if We approve it, We will pay benefits subject to the terms and provisions of this certificate and the Group Policy.

## CLAIMS FOR INSURANCE BENEFITS

When a claimant files an initial claim for Disability Income Insurance benefits described in this certificate, both the notice of claim and the required Proof should be sent to Us within 90 days of the date of a loss.

Notice of claim and Proof may also be given to Us by following the steps set forth below:

**Step 1**
A claimant may give Us notice by calling Us at the toll free number shown in the Certificate Face Page within 20 days of the date of a loss.

**Step 2**
We will send a claim form to the claimant and explain how to complete it. The claimant should receive the claim form within 15 days of giving Us notice of claim.

**Step 3**
When the claimant receives the claim form, the claimant should fill it out as instructed and return it with the required Proof described in the claim form.

If the claimant does not receive a claim form within 15 days after giving Us notice of claim, Proof may be sent using any form sufficient to provide Us with the required Proof.

**Step 4**
The claimant must give Us Proof not later than 90 days after the date of loss.

If notice of claim or Proof is not given within the time limits described in this section, the delay will not cause a claim to be denied or reduced if such notice and Proof are given as soon as is reasonably possible.

## Items to be Submitted for a Disability Income Insurance Claim

When submitting Proof on an initial or continuing claim for Disability Income insurance, the following items may be required:

- documentation which must include, but is not limited to, the following information:

  - the date Your Disability started;
  - the cause of Your Disability;
  - the prognosis of Your Disability;
  - the continuity of Your Disability; and

  - Your application for:
    - Other Income;
    - Social Security disability benefits; and
    - Workers compensation benefits or benefits under a similar law.

- Written authorization for Us to obtain and release medical, employment and financial information and any other items We may reasonably require to document Your Disability or to determine Your receipt of or eligibility for Other Income;

## FILING A CLAIM (continued)

- any and all medical information, including but not limited to:

  - x-ray films; and

  - photocopies of medical records, including:
    - histories,
    - physical, mental or diagnostic examinations; and
    - treatment notes; and

- the names and addresses of all:

  - physicians and medical practitioners who have provided You with diagnosis, treatment or consultation;
  - hospitals or other medical facilities which have provided You with diagnosis, treatment or consultation; and
  - pharmacies which have filled Your prescriptions within the past three years.

**Time Limit on Legal Actions.** A legal action on a claim may only be brought against Us during a certain period. This period begins 60 days after the date Proof is filed and ends 3 years after the date such Proof is required.

# GENERAL PROVISIONS

## Assignment

The rights and benefits under the Group Policy are not assignable prior to a claim for benefits, except as required by law.

## Disability Income Benefit Payments: Who We Will Pay

We will make any benefit payments during Your lifetime to You or Your legal representative. Any payment made in good faith will discharge Us from liability to the extent of such payment.

Upon Your death, We will pay any amount that is or becomes due to Your designated Beneficiary. If there is no Beneficiary designated or no surviving Beneficiary at Your death we will pay any benefit that is or becomes due, according to the following order:

1.  Your Spouse, if alive;
2.  Your unmarried child(ren) under age 25; if there is no surviving Spouse; or
3.  Your estate, if there is no such surviving child.

If more than one person is eligible to receive payment, We will divide the benefit amount in equal shares.

Payment to a minor or incompetent will be made to such person's guardian. The term "children" or "child" includes natural and adopted children.

Any periodic payments owed to Your estate may be paid in a single sum. Any payment made in good faith will discharge Us from liability to the extent of such payment.

## Entire Contract

Your insurance is provided under a contract of group insurance with the Policyholder. The entire contract with the Policyholder is made up of the following:

1.  the Group Policy and its Exhibits, which include the certificate(s);
2.  the Policyholder's application; and
3.  any amendments and/or endorsements to the Group Policy.

## Incontestability: Statements Made by You

Any statement made by You will be considered a representation and not a warranty. We will not use such statement to contest life insurance, reduce benefits or defend a claim unless the following requirements are met:

1.  the statement is in a Written application or enrollment form;
2.  You have Signed the application or enrollment form; and
3.  a copy of the application or enrollment form has been given to You or Your Beneficiary.

## Misstatement of Age

If Your age is misstated, the correct age will be used to determine if insurance is in effect and, as appropriate, We will adjust the benefits and/or premiums.

## Conformity with Law

If the terms and provisions of this certificate do not conform to any applicable law, this certificate shall be interpreted to so conform.

## GENERAL PROVISIONS (continued)

### Physical Exams

If a claim is submitted for insurance benefits, We have the right to ask the insured to be examined by a Physician(s) of Our choice as often as is reasonably necessary to process the claim.  We will pay the cost of such exam.

### Autopsy

We have the right to make a reasonable request for an autopsy where permitted by law.  Any such request will set forth the reasons We are requesting the autopsy.

### Overpayments for Disability Income Insurance

### Recovery of Overpayments

We have the right to recover any amount that We determine to be an overpayment.

An overpayment occurs if We determine that:

- the total amount paid by Us on Your claim is more than the total of the benefits due to You under this certificate; or
- payment We made should have been made by another group plan.

If such overpayment occurs, You have an obligation to reimburse Us.  Our rights and Your obligations in this regard are described in the reimbursement agreement that You are required to sign when You submit a claim for benefits under this certificate.  This agreement:

- confirms that You will reimburse Us for all overpayments; and
- authorizes Us to obtain any information relating to sources of Other Income.

### How We Recover Overpayments

We may recover the overpayment from You by:

- stopping or reducing any future Disability benefits, including the Minimum Benefit, payable to You or any other payee under the Disability sections of this certificate;
- demanding an immediate refund of the overpayment from You; and
- taking legal action.

If the overpayment results from Our having made a payment to You that should have been made under another group plan, We may recover such overpayment from one or more of the following:

- any other insurance company;
- any other organization; or
- any person to or for whom payment was made.

## SPECIAL SERVICES

### Social Security Assistance Program

If you become Disabled, MetLife provides you with assistance in applying for Social Security disability benefits. Before outlining the details of this assistance, you should understand why applying for Social Security disability benefits is important.

### Why You Should Apply For Social Security Disability Benefits

Both you and your employer contribute payroll taxes to Social Security. A portion of these tax dollars are used to finance Social Security's program of disability protection. Since your tax dollars help fund this program, it is in your best interest to apply for any benefits to which you may be entitled. Your spouse and children may also be eligible to receive Social Security disability benefits due to your Disability.

There are several reasons why it may be to your financial advantage to receive Social Security disability benefits. Some of them are:

1. **Avoids Reduced Retirement Benefits**

   Should you become disabled and approved for Social Security disability benefits, Social Security will freeze your earnings record as of the date Social Security determines that your disability has begun. This means that the months/years that you are unable to work because of your disability will not be counted against you in figuring your average earnings for retirement and survivors benefit.

2. **Medicare Protection**

   Once you have received 24 months of Social Security disability benefits, you will have Medicare protection for hospital expenses. You will also be eligible to apply for the medical insurance portion of Medicare.

3. **Trial Work Period**

   Social Security provides a trial work period for the rehabilitation efforts of disabled workers who return to work while still disabled. Full benefit checks can continue for up to 9 months during the trial work period.

4. **Cost-of-Living Increases Awarded by Social Security Will Not Reduce Your Disability Benefits**

   MetLife will not decrease your Disability benefit by the periodic cost-of-living increases awarded by Social Security. This is also true for any cost-of-living increases awarded by Social Security to your spouse and children.

   This is called a Social Security "freeze." It means that only the Social Security benefit awarded to you and your dependents will be used by MetLife to reduce your Disability benefit; with the following exceptions:

   a) an error by Social Security in computing the initial amount;

   b) a change in dependent status; or

   c) your Employer submitting updated earnings records to Social Security for earnings received prior to your Disability.

   Over a period of years, the net effect of these cost-of-living increases can be substantial.

### How MetLife Assists You in the Social Security Approval Process

As soon as you apply for Disability benefits, MetLife begins assisting you with the Social Security approval process.

SPECIAL SERVICES

Return To Work Program

## Goal of Rehabilitation

The goal of MetLife is to focus on employees' abilities, instead of disabilities. This "abilities" philosophy is the foundation of our Return to Work Program. By focusing on what employees can do versus what they can't, we can assist you in returning to work sooner than expected.

## Incentives For Returning To Work

Your Disability plan is designed to provide clear advantages and financial incentives for returning to work either full-time or part-time, while still receiving a Disability benefit. In addition to financial incentives, there may be personal benefits resulting from returning to work. Many employees experience higher self-esteem and the personal satisfaction of being self-sufficient and productive once again. If it is determined that you are capable, but you do not participate in the Return to Work Program, your Disability benefits may cease.

## Return-to-Work Services

As a covered employee you are automatically eligible to participate in our Return-to-Work Program. The program aims to identify the necessary training and therapy that can help you return to work. In many cases, this means helping you return to your former occupation, although rehabilitation can also lead to a new occupation which is better suited to your condition and makes the most of your abilities.
There is no additional cost to you for the services we provide, and they are tailored to meet your individual needs. These services include, but are not limited to, the following:

1.  **Vocational Analyses**

    Assessment and counseling to help determine how your skills and abilities can be applied to a new or a modified job with your employer.

2.  **Labor Market Surveys**

    Studies to find jobs available in your locale that would utilize your abilities and skills. Also identify one's earning potential for a specific occupation.

3.  **Retraining Programs**

    Programs to facilitate return to your previous job, or to train you for a new job.

4.  **Job Modifications/Accommodations**

    Analyses of job demands and functions to determine what modifications may be made to maximize your employment opportunities.

    This also includes changes in your job or accommodations to help you perform the previous job or a similar vocation, as required of your employer under the Americans With Disabilities Act (ADA).

5.  **Job Seeking Skills and Job Placement Assistance**

    Special training to identify abilities, set goals, develop resumes, polish interviewing techniques, and provide other career search assistance.

## Return-to-Work Program Staff

The Case Manager handling your claim will coordinate return-to-work services. You may be referred to a clinical specialist, such as a Nurse Consultant, Psychiatric Clinical Specialist, or Vocational Rehabilitation Consultant, who has advanced training and education to help people with disabilities return to work. One of our clinical specialists will work with you directly, as well as with local support services and resources. They have returned hundreds of individuals to meaningful, gainful employment.

## SPECIAL SERVICES

**Rehabilitation Vendor Specialists**
In many situations, the services of independent vocational rehabilitation specialists may be utilized. Services are obtained at no additional cost to you; MetLife pays for all vendor services. Selecting a rehabilitation vendor is based on:

1. attending physician's evaluation and recommendations;
2. your individual vocational needs; and
3. vendor's credentials, specialty, reputation and experience.

When working with vendors, we continue to collaborate with you and your doctor to develop an appropriate return-to-work plan.

# ERISA INFORMATION

## NAME AND ADDRESS OF POLICYHOLDER AND PLAN ADMINISTRATOR

American Federation of Teachers, AFL-CIO
555 New Jersey Ave. NW
Washington, DC 20001

## POLICYHOLDER IDENTIFICATION NUMBER: 52-1846907

| PLAN NUMBER | COVERAGE | PLAN NAME |
|---|---|---|
| 503 | Long Term Disability Insurance | American Federation of Teachers Benefit Trust |

## TYPE OF ADMINISTRATION

The above listed benefits are insured by Metropolitan Life Insurance Company ("MetLife").

MetLife is liable for any benefits under the Plan. The group policy specifies the time when and the circumstances under which MetLife is liable for Disability Income Insurance: Long Term Benefits.

## AGENT FOR SERVICE OF LEGAL PROCESS

For disputes arising under the Plan, service of legal process may be made upon the Plan administrator at the above address. For disputes arising under those portions of the Plan insured by MetLife, service of legal process may be made upon MetLife at one of its local offices, or upon the supervisory official of the Insurance Department in the state in which you reside.

## ELIGIBILITY FOR INSURANCE; DESCRIPTION OR SUMMARY OF BENEFITS

Your MetLife certificate describes the eligibility requirements for insurance provided by MetLife under the Plan. It also includes a detailed description of the insurance provided by MetLife under the Plan.

## PLAN TERMINATION OR CHANGES

The group policy sets forth those situations in which the Policyholder and/or MetLife have the rights to end the policy.

The Policyholder reserves the right to change or terminate the plan at any time. Therefore, there is no guarantee that you will be eligible for the insurance described herein for the duration of your employment. Any such action will be taken only after careful consideration.

Your consent or the consent of your beneficiary is not required to terminate, modify, amend, or change the Plan.

In the event Your insurance ends in accord with the "Date Your Insurance Ends" subsection of Your certificate, you may still be eligible to receive benefits. The circumstances under which benefits are available are described in Your MetLife certificate.

## CONTRIBUTIONS AND RETROSPECTIVE EXPERIENCE RATE REFUND

There are benefits insured under the group insurance coverages or the group insurance policy or policies which are combined for experience. This means that the costs of these coverages are determined on a combined basis, and the costs are accumulated from year to year. As a result, favorable experience under one or more coverage in a particular year may offset unfavorable experience on other coverages in the same year, or offset unfavorable experience of coverage in prior years.

This means that favorable experience under this insurance coverage for one or more years may be held in reserve and used to offset unfavorable experience in other years for the optional life insurance benefit only. If experience is favorable or unfavorable for sustained periods, upon the advice of our actuaries, employee contributions may be reduced or increased. In some years, the Plan Administrator may make a contribution to the Plan to offset unfavorable experience, but is not obligated to do so.

Retrospective experience rate refunds declared by the insurer under the group insurance policy or policies may be used to reduce the Plan Administrator's cost for the coverages in the same or prior years. In the unlikely event that total retrospective experience rate refunds were to exceed the Plan Administrator's cumulative costs for the coverage, the excess would be used for the benefit of employees covered by the group insurance policies.

American Federation of Teachers, AFL-CIO has in the past, and expects in the future, to pay a substantial share of the combined cost of the insurance coverages, it is unlikely that any such excess of In view of the fact that retrospective experience rate refunds over American Federation of Teachers, AFL-CIO's costs will occur.

You must make a contribution to the cost of Disability Income Insurance: Long Term Benefits.

The total premium rate for insurance provided under the Plan by MetLife is set by MetLife.

**PLAN YEAR**

The Plan's fiscal records are kept on a plan year basis beginning January 1 and ending on the next following December 31.

**Qualified Domestic Relations Orders/Qualified Medical Child Support Orders**

You and your beneficiaries can obtain, without charge, from the Plan Administrator a copy of any procedures governing Qualified Domestic Relations Orders (QDRO) and Qualified Medical Child Support Orders (QMCSO).

## CLAIMS INFORMATION

**Disability Benefits Claims**

**Routine Questions**

If there is any question about a claim payment, an explanation may be requested from the Policyholder's Administrator who is usually able to provide the necessary information.

**Claim Submission**

For claims for disability benefits, the claimant must report the claim to MetLife and, if requested, complete the appropriate claim form. The claimant must also submit the required proof as described in the "Filing A Claim" section of the certificate.

Claim forms requested by MetLife must be submitted in accordance with the instructions on the claim form.

**Initial Determination**

After you submit a claim for disability benefits to MetLife, MetLife will review your claim and notify you of its decision to approve or deny your claim.

Such notification will be provided to you within a reasonable period, not to exceed 45 days from the date you submitted your claim; except for situations requiring an extension of time because of matters beyond the control of the Plan, in which case MetLife may have up to two (2) additional extensions of 30 days each to provide you such notification. If MetLife needs an extension, it will notify you prior to the expiration of the initial 45 day period (or prior to the expiration of the first 30 day extension period if a second 30 day extension period is needed), state the reason why the extension is needed, and state when it will make its determination. If an extension is needed because you did not provide sufficient information or filed an incomplete claim, the time from the date of MetLife's notice requesting further information and an extension

until MetLife receives the requested information does not count toward the time period MetLife is allowed to notify you as to its claim decision. You will have 45 days to provide the requested information from the date you receive the extension notice requesting further information from MetLife.

If MetLife denies your claim in whole or in part, the notification of the claims decision will state the reason why your claim was denied and reference the specific Plan provision(s) on which the denial is based. If the claim is denied because MetLife did not receive sufficient information, the claims decision will describe the additional information needed and explain why such information is needed. Further, if an internal rule, protocol, guideline or other criterion was relied upon in making the denial, the claims decision will state the rule, protocol, guideline or other criteria or indicate that such rule, protocol, guideline or other criteria was relied upon and that you may request a copy free of charge.

Appealing the Initial Determination

If MetLife denies your claim, you may appeal the decision. Upon your written request, MetLife will provide you free of charge with copies of documents, records and other information relevant to your claim. You must submit your appeal to MetLife at the address indicated on the claim form within 180 days of receiving MetLife's decision. Appeals must be in writing and must include at least the following information:

- Name of Employee
- Name of the Plan
- Reference to the initial decision
- An explanation why you are appealing the initial determination

As part of your appeal, you may submit any written comments, documents, records, or other information relating to your claim.

After MetLife receives your written request appealing the initial determination, MetLife will conduct a full and fair review of your claim. Deference will not be given to the initial denial, and MetLife's review will look at the claim anew. The review on appeal will take into account all comments, documents, records, and other information that you submit relating to your claim without regard to whether such information was submitted or considered in the initial determination. The person who will review your appeal will not be the same person as the person who made the initial decision to deny your claim. In addition, the person who is reviewing the appeal will not be a subordinate of the person who made the initial decision to deny your claim. If the initial denial is based in whole or in part on a medical judgment, MetLife will consult with a health care professional with appropriate training and experience in the field of medicine involved in the medical judgment. This health care professional will not have consulted on the initial determination, and will not be a subordinate of any person who was consulted on the initial determination.

MetLife will notify you in writing of its final decision within a reasonable period of time, but no later than 45 days after MetLife's receipt of your written request for review, except that under special circumstances MetLife may have up to an additional 45 days to provide written notification of the final decision. If such an extension is required, MetLife will notify you prior to the expiration of the initial 45 day period, state the reason(s) why such an extension is needed, and state when it will make its determination. If an extension is needed because you did not provide sufficient information, the time period from MetLife's notice to you of the need for an extension to when MetLife receives the requested information does not count toward the time MetLife is allowed to notify you of its final decision. You will have 45 days to provide the requested information from the date you receive the notice from MetLife.

If MetLife denies the claim on appeal, MetLife will send you a final written decision that states the reason(s) why the claim you appealed is being denied and references any specific Plan provision(s) on which the denial is based. If an internal rule, protocol, guideline or other criterion was relied upon in denying the claim on appeal, the final written decision will state the rule, protocol, guideline or other criteria or indicate that such rule, protocol, guideline or other criteria was relied upon and that you may request a copy free of charge. Upon written request, MetLife will provide you free of charge with copies of documents, records and other information relevant to your claim.

## Discretionary Authority of Plan Administrator
## and Other Plan Fiduciaries

In carrying out their respective responsibilities under the Plan, the Plan administrator and other Plan fiduciaries shall have discretionary authority to interpret the terms of the Plan and to determine eligibility for and entitlement to Plan benefits in accordance with the terms of the Plan.  Any interpretation or determination made pursuant to such discretionary authority shall be given full force and effect, unless it can be shown that the interpretation or determination was arbitrary and capricious.

## STATEMENT OF ERISA RIGHTS

The following statement is required by federal law and regulation.

As a participant in the Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA).  ERISA provides that all participants shall be entitled to:

### Receive Information About Your Plan and Benefits

Examine, without charge, at the Plan administrator's office and at other specified locations, all Plan documents, including insurance contracts and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S.  Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and copies of the latest annual report (Form 5500 Series) and updated summary plan descriptions.  The administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report.  The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

### Prudent Actions by Plan Fiduciaries

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan.  The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries.

No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

### Enforce Your Rights

If your claim for a welfare benefit is denied or ignored in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights.  For instance, if you request a copy of Plan documents or the latest annual report and do not receive them within 30 days, you may file suit in a Federal court.  In such a case, the court may require the Plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator.  If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court.

In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in a Federal court.

If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S.  Department of Labor, or you may file suit in a Federal court.

The court will decide who should pay court costs and legal fees.  If you are successful, the court may order the person you have sued to pay these costs and fees.

If you lose, the court may order you to pay these costs and fees; for example, if it finds your claim is frivolous.

## Assistance with Your Questions

If you have any questions about your Plan, you should contact the Plan administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory of the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

## FUTURE OF THE PLAN

It is hoped that the Plan will be continued indefinitely, but American Federation of Teachers, AFL-CIO reserves the right to change or terminate the Plan in the future. Any such action would be taken only after careful consideration.

The Board of Directors of American Federation of Teachers, AFL-CIO shall be empowered to amend or terminate the Plan or any benefit under the Plan at any time.

FIRST-CLASS MAIL

$02.52⁹

neopost⁵ᵐ
08/12/2013
US POSTAGE

ZIP 12257
041L12202455

CT Corporation
Metropolitan Life Insurance Company
111 Eighth Avenue
New York NY 10011

NEW YORK S
DEPARTMA
ONE COMME
ALBANY, NY

| **Form 5500** | **Annual Return/Report of Employee Benefit Plan** | OMB Nos. 1210-0110 1210-0089 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code). | |
| Department of Labor Employee Benefits Security Administration | ▶ **Complete all entries in accordance with the Instructions to the Form 5500.** | **2011** |
| Pension Benefit Guaranty Corporation | | **This Form is Open to Public Inspection** |

### Part I — Annual Report Identification Information

For calendar plan year 2011 or fiscal plan year beginning 07/01/2011 and ending 06/30/2012

**A** This return/report is for:
☐ a multiemployer plan;   ☐ a multiple-employer plan; or
☒ a single-employer plan;   ☐ a DFE (specify) _____

**B** This return/report is:
☐ the first return/report;   ☐ the final return/report;
☐ an amended return/report;   ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**D** Check box if filing under:
☒ Form 5558;   ☐ automatic extension;   ☐ the DFVC program;
☐ special extension (enter description)

### Part II — Basic Plan Information—enter all requested information

| **1a** Name of plan<br>AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST | **1b** Three-digit plan number (PN) ▶ 503 |
|---|---|
| | **1c** Effective date of plan<br>07/01/1993 |

| **2a** Plan sponsor's name and address, including room or suite number (Employer, if for single-employer plan)<br><br>AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST<br><br><br>555 NEW JERSEY AVE., NW<br>WASHINGTON, DC 20001 | **2b** Employer Identification Number (EIN)<br>52-1846907 |
|---|---|
| | **2c** Sponsor's telephone number<br>202-879-4400 |
| | **2d** Business code (see instructions)<br>813000 |

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 03/21/2013 | JOHN J. FELDMAN III |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | Signature of DFE | Date | Enter name of individual signing as DFE |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the Instructions for Form 5500.**

Form 5500 (2011)
v.012611

Form 5500 (2011)                                              Page **2**

| | | |
|---|---|---|
| **3a** Plan administrator's name and address (if same as plan sponsor, enter "Same")<br>AMERICAN FEDERATION OF TEACHERS<br><br>555 NEW JERSEY AVENUE, NW<br>WASHINGTON, DC 20001 | | **3b** Administrator's EIN<br>36-0725240 |
| | | **3c** Administrator's telephone number<br>202-879-4400 |

| | | |
|---|---|---|
| **4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report: | | **4b** EIN |
| **a** Sponsor's name | | **4c** PN |

| | | | |
|---|---|---|---|
| **5** | Total number of participants at the beginning of the plan year | **5** | 37366 |
| **6** | Number of participants as of the end of the plan year (welfare plans complete only lines 6a, 6b, 6c, and 6d). | | |
| **a** | Active participants.............................................................................................. | **6a** | 38898 |
| **b** | Retired or separated participants receiving benefits..................................................... | **6b** | |
| **c** | Other retired or separated participants entitled to future benefits.................................... | **6c** | |
| **d** | Subtotal. Add lines 6a, 6b, and 6c........................................................................... | **6d** | 38898 |
| **e** | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits......... | **6e** | |
| **f** | Total. Add lines 6d and 6e................................................................................... | **6f** | |
| **g** | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)............................................................... | **6g** | |
| **h** | Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested............................................................................. | **6h** | |
| **7** | Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item) ........ | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristic Codes in the instructions:



**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristic Codes in the instructions:

4A   4B   4F   4L

| **9a** Plan funding arrangement (check all that apply) | | **9b** Plan benefit arrangement (check all that apply) | |
|---|---|---|---|
| (1) | X | Insurance | (1) | X | Insurance |
| (2) | | Code section 412(e)(3) insurance contracts | (2) | | Code section 412(e)(3) insurance contracts |
| (3) | X | Trust | (3) | X | Trust |
| (4) | | General assets of the sponsor | (4) | | General assets of the sponsor |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached. (See instructions)

| **a** Pension Schedules | | | **b** General Schedules | | |
|---|---|---|---|---|---|
| (1) | | **R** (Retirement Plan Information) | (1) | X | **H** (Financial Information) |
| (2) | | **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary | (2) | | **I** (Financial Information – Small Plan) |
| | | | (3) | X  8 | **A** (Insurance Information) |
| | | | (4) | X | **C** (Service Provider Information) |
| (3) | | **SB** (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary | (5) | | **D** (DFE/Participating Plan Information) |
| | | | (6) | | **G** (Financial Transaction Schedules) |

| SCHEDULE A (Form 5500) Department of the Treasury Internal Revenue Service  Department of Labor Employee Benefits Security Administration  Pension Benefit Guaranty Corporation | Insurance Information  This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).  ▶ File as an attachment to Form 5500.  ▶ Insurance companies are required to provide the information pursuant to ERISA section 103(a)(2). | OMB No. 1210-0110  **2011**  This Form is Open to Public Inspection |
|---|---|---|

| For calendar plan year 2011 or fiscal plan year beginning      07/01/2011 | | and ending      06/30/2012 | |
|---|---|---|---|

| A  Name of plan AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST | B  Three-digit plan number (PN)      ▶ | 503 |
|---|---|---|

| C  Plan sponsor's name as shown on line 2a of Form 5500 AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST | D  Employer Identification Number (EIN) 52-1846907 |
|---|---|

| Part I | Information Concerning Insurance Contract Coverage, Fees, and Commissions  Provide information for each contract on a separate Schedule A.  Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A. |
|---|---|

**1**  Coverage Information:

**(a)** Name of insurance carrier

UNION LABOR LIFE INSURANCE COMPANY

| (b) EIN | (c) NAIC code | (d) Contract or identification number | (e) Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | (f) From | (g) To |
| 13-1423090 | 69744 | VARIOUS | 4791 | 07/01/2011 | 06/30/2012 |

**2**  Insurance fee and commission information. Enter the total fees and total commissions paid.  List in item 3 the agents, brokers, and other persons in descending order of the amount paid.

| (a) Total amount of commissions paid | (b) Total amount of fees paid |
|---|---|
| 0 | 40895 |

**3**  Persons receiving commissions and fees.  (Complete as many entries as needed to report all persons).

| (a) Name and address of the agent, broker, or other person to whom commissions or fees were paid |
|---|
| MARSH |

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | 40895 | | 5 |

| (a) Name and address of the agent, broker, or other person to whom commissions or fees were paid |
|---|
| |

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | 5 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.

Schedule A (Form 5500) 2011
v.012611

Schedule A  (Form 5500) 2011                              Page **2 -** 1

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | 5 |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

Schedule A  (Form 5500) 2011                                    Page **3**

| Part II | **Investment and Annuity Contract Information** |
|---|---|
| | Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

| 4 | Current value of plan's interest under this contract in the general account at year end | 4 | |
|---|---|---|---|
| 5 | Current value of plan's interest under this contract in separate accounts at year end | 5 | |

6  Contracts With Allocated Funds:

**a**  State the basis of premium rates ▶

| **b** | Premiums paid to carrier | 6b | |
|---|---|---|---|
| **c** | Premiums due but unpaid at the end of the year | 6c | |
| **d** | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount. | 6d | |

Specify nature of costs ▶

**e**  Type of contract:  (1) ☐ individual policies   (2) ☐ group deferred annuity

(3) ☐ other (specify) ▶

**f**  If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here ▶ ☐

7  Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

**a**  Type of contract:  (1) ☐ deposit administration   (2) ☐ immediate participation guarantee

(3) ☐ guaranteed investment   (4) ☐ other ▶

| **b** | Balance at the end of the previous year | 7b | |
|---|---|---|---|
| **c** | Additions:  (1) Contributions deposited during the year | 7c(1) | |
| | (2) Dividends and credits | 7c(2) | |
| | (3) Interest credited during the year | 7c(3) | |
| | (4) Transferred from separate account | 7c(4) | |
| | (5) Other (specify below) ▶ | 7c(5) | |
| | (6)Total additions | 7c(6) | 0 |
| **d** | Total of balance and additions (add **b** and **c(6)**). | 7d | |
| **e** | Deductions: | | |
| | (1) Disbursed from fund to pay benefits or purchase annuities during year | 7e(1) | |
| | (2) Administration charge made by carrier | 7e(2) | |
| | (3) Transferred to separate account | 7e(3) | |
| | (4) Other (specify below) ▶ | 7e(4) | |
| | (5) Total deductions | 7e(5) | 0 |
| **f** | Balance at the end of the current year (subtract **e(5)** from **d**) | 7f | |

| Part III | Welfare Benefit Contract Information |
|---|---|

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organizations(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit.  Where contracts cover individual employees, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

**8** Benefit and contract type (check all applicable boxes)

**a** ☐ Health (other than dental or vision)    **b** ☐ Dental    **c** ☐ Vision    **d** ☒ Life insurance

**e** ☐ Temporary disability (accident and sickness)   **f** ☒ Long-term disability   **g** ☐ Supplemental unemployment   **h** ☐ Prescription drug

**i** ☐ Stop loss (large deductible)    **j** ☐ HMO contract    **k** ☐ PPO contract    **l** ☐ Indemnity contract

**m** ☒ Other (specify) ▶ AD & D, CATASTROPHIC MAJOR MEDICAL

**9** Experience-rated contracts:

| | | | | |
|---|---|---|---|---|
| **a** Premiums: (1) Amount received | **9a(1)** | 503131 | | |
| (2) Increase (decrease) in amount due but unpaid | **9a(2)** | 298476 | | |
| (3) Increase (decrease) in unearned premium reserve | **9a(3)** | 315872 | | |
| (4) Earned ((1) + (2) - (3)) | **9a(4)** | | 485735 | |
| **b** Benefit charges (1) Claims paid | **9b(1)** | 395697 | | |
| (2) Increase (decrease) in claim reserves | **9b(2)** | -236957 | | |
| (3) Incurred claims (add (1) and (2)) | **9b(3)** | | 158740 | |
| (4) Claims charged | **9b(4)** | | | |
| **c** Remainder of premium: (1) Retention charges (on an accrual basis) -- | | | | |
| (A) Commissions | **9c(1)(A)** | | | |
| (B) Administrative service or other fees | **9c(1)(B)** | 40895 | | |
| (C) Other specific acquisition costs | **9c(1)(C)** | | | |
| (D) Other expenses | **9c(1)(D)** | 84528 | | |
| (E) Taxes | **9c(1)(E)** | 11069 | | |
| (F) Charges for risks or other contingencies | **9c(1)(F)** | | | |
| (G) Other retention charges | **9c(1)(G)** | | | |
| (H) Total retention | **9c(1)(H)** | | 136492 | |
| (2) Dividends or retroactive rate refunds.  (These amounts were ☐ paid in cash, or ☐ credited.) | **9c(2)** | | | |
| **d** Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement | **9d(1)** | | | |
| (2) Claim reserves | **9d(2)** | | | |
| (3) Other reserves | **9d(3)** | | | |
| **e** Dividends or retroactive rate refunds due.  (Do not include amount entered in c(2).) | **9e** | | | |

**10** Nonexperience-rated contracts:

| | | |
|---|---|---|
| **a** Total premiums or subscription charges paid to carrier | **10a** | |
| **b** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount. | **10b** | |

Specify nature of costs ▶

| Part IV | Provision of Information |
|---|---|

**11** Did the insurance company fail to provide any information necessary to complete Schedule A? ☐ Yes ☒ No

**12** If the answer to line 11 is "Yes," specify the information not provided. ▶

| SCHEDULE A<br>(Form 5500)<br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | Insurance Information<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.**<br><br>▶ Insurance companies are required to provide the information pursuant to ERISA section 103(a)(2). | OMB No. 1210-0110<br><br>**2011**<br><br>**This Form is Open to Public Inspection** |
|---|---|---|

| For calendar plan year 2011 or fiscal plan year beginning | 07/01/2011 | and ending | 06/30/2012 |
|---|---|---|---|

| **A** Name of plan<br>AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST | **B**  Three-digit<br>plan number (PN)   ▶ | 503 |
|---|---|---|

| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST | **D** Employer Identification Number (EIN)<br>52-1846907 |
|---|---|

---

**Part I**   **Information Concerning Insurance Contract Coverage, Fees, and Commissions** Provide information for each contract on a separate Schedule A.  Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A.

**1**  Coverage Information:

**(a)** Name of insurance carrier

METROPOLITAN LIFE INSURANCE COMPANY

| **(b)** EIN | **(c)** NAIC code | **(d)** Contract or identification number | **(e)** Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | **(f)** From | **(g)** To |
| 13-5581829 | 65978 | 119160 | 28621 | 10/01/2011 | 09/30/2012 |

**2**  Insurance fee and commission information. Enter the total fees and total commissions paid.  List in item 3 the agents, brokers, and other persons in descending order of the amount paid.

| **(a)** Total amount of commissions paid | **(b)** Total amount of fees paid |
|---|---|
| 630985 | 13469 |

**3**  Persons receiving commissions and fees.  (Complete as many entries as needed to report all persons.)

| **(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid | |
|---|---|
| USI INS SERVICES LLC | 100 MATAWAN ROAD, SUITE 200<br>MATAWAN, NJ 07747-3913 |

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| 630985 | 19 | | 3 |

| **(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid | |
|---|---|
| USI INS SERVICES LLC | P.O. BOX 3716<br>NORFOLK, VA 23514-3427 |

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | 13450 | | 3 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.

Schedule A (Form 5500) 2011<br>v.012611

Schedule A  (Form 5500) 2011                    Page **2 -** 1

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | 3 |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

| Part II | Investment and Annuity Contract Information |
|---|---|

Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

| | | | |
|---|---|---|---|
| 4 | Current value of plan's interest under this contract in the general account at year end ............................................ | **4** | |
| 5 | Current value of plan's interest under this contract in separate accounts at year end ...................................................... | **5** | |

**6** Contracts With Allocated Funds:

  **a**  State the basis of premium rates ▶

| | | | |
|---|---|---|---|
| **b** | Premiums paid to carrier.................................................................................................................................. | **6b** | |
| **c** | Premiums due but unpaid at the end of the year ............................................................................................ | **6c** | |
| **d** | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount................................................................................................ | **6d** | |

  Specify nature of costs ▶

  **e**  Type of contract:  (1) ☐ individual policies       (2) ☐ group deferred annuity

      (3) ☐ other (specify) ▶

  **f**  If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here       ▶ ☐

**7** Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

  **a**  Type of contract:   (1) ☐ deposit administration       (2) ☐ immediate participation guarantee

      (3) ☐ guaranteed investment     (4) ☐ other ▶

| | | | | |
|---|---|---|---|---|
| **b** | Balance at the end of the previous year ................................................................ | | **7b** | |
| **c** | Additions:  (1) Contributions deposited during the year........................................ | **7c(1)** | | |
| | (2) Dividends and credits ........................................................................ | **7c(2)** | | |
| | (3) Interest credited during the year ...................................................... | **7c(3)** | | |
| | (4) Transferred from separate account .................................................. | **7c(4)** | | |
| | (5) Other (specify below)........................................................................ | **7c(5)** | | |
| | ▶ | | | |
| | (6)Total additions ..................................................................................... | | **7c(6)** | 0 |
| **d** | Total of balance and additions (add b and c(6)). ................................................. | | **7d** | |
| **e** | Deductions: | | | |
| | (1) Disbursed from fund to pay benefits or purchase annuities during year | **7e(1)** | | |
| | (2) Administration charge made by carrier...................................................... | **7e(2)** | | |
| | (3) Transferred to separate account ............................................................. | **7e(3)** | | |
| | (4) Other (specify below)............................................................................... | **7e(4)** | | |
| | ▶ | | | |
| | (5) Total deductions ...................................................................................... | | **7e(5)** | 0 |
| **f** | Balance at the end of the current year (subtract e(5) from d) ........................... | | **7f** | |

Schedule A  (Form 5500) 2011            Page **4**

| Part III | **Welfare Benefit Contract Information** |
|---|---|
| | If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organizations(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where contracts cover individual employees, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

**8**   Benefit and contract type (check all applicable boxes)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **a** ☐ Health (other than dental or vision) | **b** ☐ Dental | **c** ☐ Vision | **d** ☒ Life insurance |
| **e** ☐ Temporary disability (accident and sickness) | **f** ☒ Long-term disability | **g** ☐ Supplemental unemployment | **h** ☐ Prescription drug |
| **i** ☐ Stop loss (large deductible) | **j** ☐ HMO contract | **k** ☐ PPO contract | **l** ☐ Indemnity contract |
| **m** ☒ Other (specify) ▶ AD & D | | | |

**9**   Experience-rated contracts:

| | | | |
|---|---|---|---|
| **a**   Premiums: (1) Amount received................................................ | **9a(1)** | 5712004 | |
|   (2) Increase (decrease) in amount due but unpaid................................... | **9a(2)** | | |
|   (3) Increase (decrease) in unearned premium reserve............................... | **9a(3)** | | |
|   (4) Earned ((1) + (2) - (3)) ............................................. | | **9a(4)** | 5712004 |
| **b**   Benefit charges (1) Claims paid ................................ | **9b(1)** | 3623070 | |
|   (2) Increase (decrease) in claim reserves................................ | **9b(2)** | -224339 | |
|   (3) Incurred claims (add (1) and (2)) ............................................. | | **9b(3)** | 3398731 |
|   (4) Claims charged......................................................... | | **9b(4)** | 3398731 |
| **c**   Remainder of premium: (1) Retention charges (on an accrual basis) -- | | | |
|   (A) Commissions.............................................. | **9c(1)(A)** | 694418 | |
|   (B) Administrative service or other fees ..................................... | **9c(1)(B)** | | |
|   (C) Other specific acquisition costs.............................. | **9c(1)(C)** | | |
|   (D) Other expenses.......................................... | **9c(1)(D)** | 622285 | |
|   (E) Taxes.................................................... | **9c(1)(E)** | 146230 | |
|   (F) Charges for risks or other contingencies .......................... | **9c(1)(F)** | 77499 | |
|   (G) Other retention charges .................................. | **9c(1)(G)** | 772861 | |
|   (H) Total retention ........................................ | | **9c(1)(H)** | 2313273 |
|   (2) Dividends or retroactive rate refunds. (These amounts were ☐ paid in cash, or ☐ credited.) .................... | | **9c(2)** | |
| **d**   Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement................. | | **9d(1)** | |
|   (2) Claim reserves............................................. | | **9d(2)** | 1945146 |
|   (3) Other reserves ............................................ | | **9d(3)** | 2451715 |
| **e**   Dividends or retroactive rate refunds due. (Do not include amount entered in c(2).) .................. | | **9e** | |

**10**   Nonexperience-rated contracts:

| | | |
|---|---|---|
| **a**   Total premiums or subscription charges paid to carrier ................................................. | **10a** | |
| **b**   If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount............................ | **10b** | |

Specify nature of costs ▶

| Part IV | **Provision of Information** | | | |
|---|---|---|---|---|
| **11** | Did the insurance company fail to provide any information necessary to complete Schedule A?............. | ☐ Yes | ☒ No | |

**12**   If the answer to line 11 is "Yes," specify the information not provided. ▶

| SCHEDULE A<br>(Form 5500)<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | Insurance Information<br><br>This schedule is required to be filed under section 104 of the<br>Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ File as an attachment to Form 5500.<br><br>▶ Insurance companies are required to provide the information<br>pursuant to ERISA section 103(a)(2). | OMB No. 1210-0110<br><br>**2011**<br><br>This Form Is Open to Public<br>Inspection |

| For calendar plan year 2011 or fiscal plan year beginning | 07/01/2011 | and ending | 06/30/2012 | |
|---|---|---|---|---|

| A  Name of plan<br>AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST | B  Three-digit<br>plan number (PN)      ▶ | 503 |
|---|---|---|

| C  Plan sponsor's name as shown on line 2a of Form 5500<br>AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST | D  Employer Identification Number (EIN)<br>52-1846907 |
|---|---|

| Part I | Information Concerning Insurance Contract Coverage, Fees, and Commissions Provide information for each contract<br>on a separate Schedule A.  Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A. |
|---|---|

**1** Coverage Information:

**(a)** Name of insurance carrier

METROPOLITAN LIFE INSURANCE COMPANY

| (b) EIN | (c) NAIC<br>code | (d) Contract or<br>identification number | (e) Approximate number of<br>persons covered at end of<br>policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | (f) From | (g) To |
| 13-5581829 | 65978 | 0119164 | 397 | 10/01/2011 | 09/30/2012 |

**2** Insurance fee and commission information. Enter the total fees and total commissions paid.  List in item 3 the agents, brokers, and other persons in descending order of the amount paid.

| (a) Total amount of commissions paid | (b) Total amount of fees paid |
|---|---|
| 10630 | 291 |

**3** Persons receiving commissions and fees.  (Complete as many entries as needed to report all persons).

| (a) Name and address of the agent, broker, or other person to whom commissions or fees were paid |
|---|
| USI INSURANCE SERVICES LLC          100 MATAWAN ROAD, SUITE 200<br>                                                        MATAWAN, NJ 07747 |

| (b) Amount of sales and base<br>commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| 10630 | 19 | | 3 |

| (a) Name and address of the agent, broker, or other person to whom commissions or fees were paid |
|---|
| USI INSURANCE SERVICES LLC          PO BOX 3427<br>                                                        NORFOLK, VA 23514-3716 |

| (b) Amount of sales and base<br>commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | 272 | | 3 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.          Schedule A (Form 5500) 2011<br>                                                                                                                                          v.012611

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

| Part II | Investment and Annuity Contract Information |
|---|---|
| | Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

| | | | |
|---|---|---|---|
| 4 | Current value of plan's interest under this contract in the general account at year end ................................................ | 4 | |
| 5 | Current value of plan's interest under this contract in separate accounts at year end ...................................................... | 5 | |

6   Contracts With Allocated Funds:

a   State the basis of premium rates ▶

| | | | |
|---|---|---|---|
| b | Premiums paid to carrier ................................................................................................................... | 6b | |
| c | Premiums due but unpaid at the end of the year ............................................................................. | 6c | |
| d | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount.......................................................................... | 6d | |

Specify nature of costs   ▶

e   Type of contract:   (1) ☐  individual policies        (2) ☐  group deferred annuity

(3) ☐  other (specify)   ▶

f   If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here      ▶ ☐

7   Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

a   Type of contract:   (1) ☐  deposit administration      (2) ☐  immediate participation guarantee

(3) ☐  guaranteed investment      (4) ☐  other ▶

| | | | |
|---|---|---|---|
| b | Balance at the end of the previous year ....................................................................................... | 7b | |
| c | Additions: (1) Contributions deposited during the year................................... | 7c(1) | |
| | (2) Dividends and credits ................................................................ | 7c(2) | |
| | (3) Interest credited during the year ............................................... | 7c(3) | |
| | (4) Transferred from separate account ........................................... | 7c(4) | |
| | (5) Other (specify below)................................................................ | 7c(5) | |
| | ▶ | | |
| | (6)Total additions ......................................................................... | 7c(6) | 0 |
| d | Total of balance and additions (add b and c(6)). ............................................................................ | 7d | |
| e | Deductions: | | |
| | (1) Disbursed from fund to pay benefits or purchase annuities during year | 7e(1) | |
| | (2) Administration charge made by carrier........................................ | 7e(2) | |
| | (3) Transferred to separate account ................................................. | 7e(3) | |
| | (4) Other (specify below)................................................................ | 7e(4) | |
| | ▶ | | |
| | (5) Total deductions ...................................................................... | 7e(5) | 0 |
| f | Balance at the end of the current year (subtract e(5) from d)......................................................... | 7f | |

Schedule A  (Form 5500) 2011                                                    Page **4**

| Part III | Welfare Benefit Contract Information |
|---|---|

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organizations(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit.  Where contracts cover individual employees, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

**8**  Benefit and contract type (check all applicable boxes)

- **a** ☐ Health (other than dental or vision)
- **b** ☐ Dental
- **c** ☐ Vision
- **d** ☐ Life insurance
- **e** ☐ Temporary disability (accident and sickness)
- **f** ☒ Long-term disability
- **g** ☐ Supplemental unemployment
- **h** ☐ Prescription drug
- **i** ☐ Stop loss (large deductible)
- **j** ☐ HMO contract
- **k** ☐ PPO contract
- **l** ☐ Indemnity contract
- **m** ☒ Other (specify) ▶ OPTIONAL AD & D

**9**  Experience-rated contracts:

| | | |
|---|---|---|
| **a**  Premiums: (1) Amount received | 9a(1) | |
| (2) Increase (decrease) in amount due but unpaid | 9a(2) | |
| (3) Increase (decrease) in unearned premium reserve | 9a(3) | |
| (4) Earned ((1) + (2) - (3)) | 9a(4) | |
| **b**  Benefit charges (1) Claims paid | 9b(1) | |
| (2) Increase (decrease) in claim reserves | 9b(2) | |
| (3) Incurred claims (add (1) and (2)) | 9b(3) | |
| (4) Claims charged | 9b(4) | |
| **c**  Remainder of premium: (1) Retention charges (on an accrual basis) – | | |
| (A) Commissions | 9c(1)(A) | |
| (B) Administrative service or other fees | 9c(1)(B) | |
| (C) Other specific acquisition costs | 9c(1)(C) | |
| (D) Other expenses | 9c(1)(D) | |
| (E) Taxes | 9c(1)(E) | |
| (F) Charges for risks or other contingencies | 9c(1)(F) | |
| (G) Other retention charges | 9c(1)(G) | |
| (H) Total retention | 9c(1)(H) | |
| (2) Dividends or retroactive rate refunds.  (These amounts were ☐ paid in cash, or ☐ credited.) | 9c(2) | |
| **d**  Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement | 9d(1) | |
| (2) Claim reserves | 9d(2) | |
| (3) Other reserves | 9d(3) | |
| **e**  Dividends or retroactive rate refunds due.  (Do not include amount entered in c(2).) | 9e | |

**10**  Nonexperience-rated contracts:

| | | |
|---|---|---|
| **a**  Total premiums or subscription charges paid to carrier | 10a | 37350 |
| **b**  If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount. | 10b | |

Specify nature of costs ▶

| Part IV | Provision of Information |
|---|---|

**11**  Did the insurance company fail to provide any information necessary to complete Schedule A? ............ ☐ Yes  ☒ No

**12**  If the answer to line 11 is "Yes," specify the information not provided. ▶

| SCHEDULE A<br>(Form 5500)<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | Insurance Information<br><br>This schedule is required to be filed under section 104 of the<br>Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.**<br><br>▶ Insurance companies are required to provide the information<br>pursuant to ERISA section 103(a)(2). | OMB No. 1210-0110<br><br>**2011**<br><br>This Form is Open to Public<br>Inspection |
|---|---|---|

For calendar plan year 2011 or fiscal plan year beginning    07/01/2011      and ending    06/30/2012

| **A**   Name of plan<br>AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST | **B**   Three-digit<br>plan number (PN)    ▶ | 503 |
|---|---|---|

| **C**   Plan sponsor's name as shown on line 2a of Form 5500<br>AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST | **D**   Employer Identification Number (EIN)<br>52-1846907 |
|---|---|

| Part I | **Information Concerning Insurance Contract Coverage, Fees, and Commissions** Provide information for each contract<br>on a separate Schedule A. Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A. |
|---|---|

**1**   Coverage Information:

**(a)** Name of insurance carrier

TRANSAMERICA LIFE COMPANIES

| **(b)** EIN | **(c)** NAIC<br>code | **(d)** Contract or<br>identification number | **(e)** Approximate number of<br>persons covered at end of<br>policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | **(f)** From | **(g)** To |
| 95-1060502 | 67121 | | 390 | 07/01/2011 | 06/30/2012 |

**2**   Insurance fee and commission information. Enter the total fees and total commissions paid. List in item 3 the agents, brokers, and other persons in
descending order of the amount paid.

| **(a)** Total amount of commissions paid | **(b)** Total amount of fees paid |
|---|---|
| 172209 | 0 |

**3**   Persons receiving commissions and fees. (Complete as many entries as needed to report all persons).

| **(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid |
|---|

USI INSURANCE SERVICES LLC

| **(b)** Amount of sales and base<br>commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| 172209 | | | |

| **(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid |
|---|

FUTURE PLANNING ASSOCIATES, INC.      100 MATAWAN ROAD, SUITE 200
MATAWAN, NJ 07747-3913

| **(b)** Amount of sales and base<br>commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | 3 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.      Schedule A (Form 5500) 2011
v.012611

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

Schedule A  (Form 5500) 2011                                              Page **3**

| Part II | Investment and Annuity Contract Information |
|---------|---------------------------------------------|
|         | Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

| 4 | Current value of plan's interest under this contract in the general account at year end............................. | 4 | |
|---|---|---|---|
| 5 | Current value of plan's interest under this contract in separate accounts at year end.............................. | 5 | |

**6** Contracts With Allocated Funds:

**a**  State the basis of premium rates  ▶

| | | | |
|---|---|---|---|
| **b** | Premiums paid to carrier............................................................................ | 6b | |
| **c** | Premiums due but unpaid at the end of the year.......................................... | 6c | |
| **d** | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount............................................................ | 6d | |

Specify nature of costs  ▶

**e**  Type of contract:   (1) ☐ individual policies      (2) ☐ group deferred annuity

(3) ☐  other (specify)     ▶

**f**  If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here     ▶  ☐

**7** Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

**a**  Type of contract:   (1) ☐ deposit administration      (2) ☐ immediate participation guarantee

(3) ☐ guaranteed investment      (4) ☐ other ▶

| | | | |
|---|---|---|---|
| **b** | Balance at the end of the previous year............................................................ | 7b | |
| **c** | Additions:  (1) Contributions deposited during the year................................ | 7c(1) | |
| | (2) Dividends and credits...................................................................... | 7c(2) | |
| | (3) Interest credited during the year...................................................... | 7c(3) | |
| | (4) Transferred from separate account ................................................... | 7c(4) | |
| | (5) Other (specify below).................................................................... | 7c(5) | |
| | ▶ | | |
| | (6)Total additions ............................................................................ | 7c(6) | 0 |
| **d** | Total of balance and additions (add **b** and **c(6)**). ...................................... | 7d | |
| **e** | Deductions: | | |
| | (1) Disbursed from fund to pay benefits or purchase annuities during year | 7e(1) | |
| | (2) Administration charge made by carrier............................................... | 7e(2) | |
| | (3) Transferred to separate account....................................................... | 7e(3) | |
| | (4) Other (specify below).................................................................... | 7e(4) | |
| | ▶ | | |
| | (5) Total deductions ............................................................................ | 7e(5) | 0 |
| **f** | Balance at the end of the current year (subtract **e(5)** from **d**) ...................... | 7f | |

Schedule A  (Form 5500) 2011        Page **4**

| Part III | Welfare Benefit Contract Information |
|---|---|

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organizations(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where contracts cover individual employees, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

**8** Benefit and contract type (check all applicable boxes)

- **a** ☐ Health (other than dental or vision)
- **b** ☐ Dental
- **c** ☒ Vision
- **d** ☒ Life insurance
- **e** ☐ Temporary disability (accident and sickness)
- **f** ☐ Long-term disability
- **g** ☐ Supplemental unemployment
- **h** ☐ Prescription drug
- **i** ☐ Stop loss (large deductible)
- **j** ☐ HMO contract
- **k** ☐ PPO contract
- **l** ☐ Indemnity contract
- **m** ☐ Other (specify) ▶

**9** Experience-rated contracts:

| | | | |
|---|---|---|---|
| **a** Premiums: (1) Amount received | 9a(1) | | |
| (2) Increase (decrease) in amount due but unpaid | 9a(2) | | |
| (3) Increase (decrease) in unearned premium reserve | 9a(3) | | |
| (4) Earned ((1) + (2) - (3)) | | 9a(4) | |
| **b** Benefit charges (1) Claims paid | 9b(1) | | |
| (2) Increase (decrease) in claim reserves | 9b(2) | | |
| (3) Incurred claims (add (1) and (2)) | | 9b(3) | |
| (4) Claims charged | | 9b(4) | |
| **c** Remainder of premium: (1) Retention charges (on an accrual basis) -- | | | |
| (A) Commissions | 9c(1)(A) | | |
| (B) Administrative service or other fees | 9c(1)(B) | | |
| (C) Other specific acquisition costs | 9c(1)(C) | | |
| (D) Other expenses | 9c(1)(D) | | |
| (E) Taxes | 9c(1)(E) | | |
| (F) Charges for risks or other contingencies | 9c(1)(F) | | |
| (G) Other retention charges | 9c(1)(G) | | |
| (H) Total retention | | 9c(1)(H) | |
| (2) Dividends or retroactive rate refunds. (These amounts were ☐ paid in cash, or ☐ credited.) | | 9c(2) | |
| **d** Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement | | 9d(1) | |
| (2) Claim reserves | | 9d(2) | |
| (3) Other reserves | | 9d(3) | |
| **e** Dividends or retroactive rate refunds due. (Do not include amount entered in c(2).) | | 9e | |

**10** Nonexperience-rated contracts:

| | | |
|---|---|---|
| **a** Total premiums or subscription charges paid to carrier | 10a | 322708 |
| **b** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount. | 10b | |

Specify nature of costs ▶

| Part IV | Provision of Information |
|---|---|

**11** Did the insurance company fail to provide any information necessary to complete Schedule A? ............ ☐ Yes  ☒ No

**12** If the answer to line 11 is "Yes," specify the information not provided. ▶

| SCHEDULE A | Insurance Information | OMB No. 1210-0110 |
|---|---|---|
| **(Form 5500)**<br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.**<br><br>▶ Insurance companies are required to provide the information pursuant to ERISA section 103(a)(2). | **2011**<br><br>**This Form is Open to Public Inspection** |

| For calendar plan year 2011 or fiscal plan year beginning | 07/01/2011 | and ending | 06/30/2012 |
|---|---|---|---|

**A** Name of plan
AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST

**B** Three-digit plan number (PN) ▶ | 503

**C** Plan sponsor's name as shown on line 2a of Form 5500
AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST

**D** Employer Identification Number (EIN)
52-1846907

| Part I | **Information Concerning Insurance Contract Coverage, Fees, and Commissions** Provide information for each contract on a separate Schedule A. Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A. |
|---|---|

**1** Coverage Information:

**(a)** Name of insurance carrier

METROPOLITAN LIFE INSURANCE COMPANY

| (b) EIN | (c) NAIC code | (d) Contract or identification number | (e) Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | (f) From | (g) To |
| 13-5581829 | 65978 | 119238 | 5492 | 10/01/2011 | 09/30/2012 |

**2** Insurance fee and commission information. Enter the total fees and total commissions paid. List in item 3 the agents, brokers, and other persons in descending order of the amount paid.

| (a) Total amount of commissions paid | (b) Total amount of fees paid |
|---|---|
| 0 | 19 |

**3** Persons receiving commissions and fees. (Complete as many entries as needed to report all persons).

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

USI INS SERVICES LLC
100 MATAWAN ROAD, SUITE 200
MATAWAN, NJ 07747

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | 19 | | 3 |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**

Schedule A (Form 5500) 2011
v.012611

Schedule A  (Form 5500) 2011                    Page **2** - 1

(a) Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

(a) Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

(a) Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

(a) Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

(a) Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

| Part II | Investment and Annuity Contract Information |
|---|---|
| | Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

| | | | |
|---|---|---|---|
| **4** | Current value of plan's interest under this contract in the general account at year end .................................. | **4** | |
| **5** | Current value of plan's interest under this contract in separate accounts at year end ...................................... | **5** | |

**6** Contracts With Allocated Funds:

  **a** State the basis of premium rates ▶

| | | | |
|---|---|---|---|
| **b** | Premiums paid to carrier ............................................................................................................................... | **6b** | |
| **c** | Premiums due but unpaid at the end of the year ......................................................................................... | **6c** | |
| **d** | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount............................................................................................. | **6d** | |

    Specify nature of costs   ▶

  **e** Type of contract:   (1) ☐ individual policies     (2) ☐ group deferred annuity

    (3) ☐ other (specify)   ▶

  **f** If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here     ▶ ☐

**7** Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

  **a** Type of contract:   (1) ☐ deposit administration     (2) ☐ immediate participation guarantee

    (3) ☐ guaranteed investment     (4) ☐ other ▶

| | | | | |
|---|---|---|---|---|
| **b** | Balance at the end of the previous year ......................................................................................... | | **7b** | |
| **c** | Additions: (1) Contributions deposited during the year................................... | **7c(1)** | | |
| | (2) Dividends and credits ........................................................................ | **7c(2)** | | |
| | (3) Interest credited during the year ....................................................... | **7c(3)** | | |
| | (4) Transferred from separate account ................................................... | **7c(4)** | | |
| | (5) Other (specify below)......................................................................... | **7c(5)** | | |
| | ▶ | | | |
| | (6) Total additions ............................................................................................ | | **7c(6)** | 0 |
| **d** | Total of balance and additions (add **b** and **c(6)**). ..................................................................... | | **7d** | |
| **e** | Deductions: | | | |
| | (1) Disbursed from fund to pay benefits or purchase annuities during year | **7e(1)** | | |
| | (2) Administration charge made by carrier ............................................. | **7e(2)** | | |
| | (3) Transferred to separate account ........................................................ | **7e(3)** | | |
| | (4) Other (specify below)......................................................................... | **7e(4)** | | |
| | ▶ | | | |
| | (5) Total deductions ......................................................................................... | | **7e(5)** | 0 |
| **f** | Balance at the end of the current year (subtract **e(5)** from **d**) ......................................... | | **7f** | |

Schedule A  (Form 5500) 2011                                    Page **4**

| Part III | Welfare Benefit Contract Information |
|---|---|

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organizations(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit.  Where contracts cover individual employees, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

**8** Benefit and contract type (check all applicable boxes)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **a** ☐ Health (other than dental or vision) | **b** ☐ Dental | **c** ☐ Vision | **d** ☒ Life insurance |
| **e** ☐ Temporary disability (accident and sickness) | **f** ☐ Long-term disability | **g** ☐ Supplemental unemployment | **h** ☐ Prescription drug |
| **i** ☐ Stop loss (large deductible) | **j** ☐ HMO contract | **k** ☐ PPO contract | **l** ☐ Indemnity contract |
| **m** ☒ Other (specify) ▶ AD & D | | | |

**9** Experience-rated contracts:

| | | | | |
|---|---|---|---|---|
| **a** Premiums: (1) Amount received................................................ | 9a(1) | | | |
| (2) Increase (decrease) in amount due but unpaid................................. | 9a(2) | | | |
| (3) Increase (decrease) in unearned premium reserve............................ | 9a(3) | | | |
| (4) Earned ((1) + (2) - (3))................................................... | | | 9a(4) | |
| **b** Benefit charges (1) Claims paid............................................ | 9b(1) | 68585 | | |
| (2) Increase (decrease) in claim reserves........................................ | 9b(2) | 9000 | | |
| (3) Incurred claims (add (1) and (2))............................................ | | | 9b(3) | 77585 |
| (4) Claims charged............................................................. | | | 9b(4) | 77585 |
| **c** Remainder of premium: (1) Retention charges (on an accrual basis) -- | | | | |
| (A) Commissions............................................................ | 9c(1)(A) | | | |
| (B) Administrative service or other fees...................................... | 9c(1)(B) | | | |
| (C) Other specific acquisition costs.......................................... | 9c(1)(C) | | | |
| (D) Other expenses......................................................... | 9c(1)(D) | 1220 | | |
| (E) Taxes................................................................. | 9c(1)(E) | | | |
| (F) Charges for risks or other contingencies.................................. | 9c(1)(F) | 425 | | |
| (G) Other retention charges................................................. | 9c(1)(G) | -79230 | | |
| (H) Total retention........................................................ | | | 9c(1)(H) | -77585 |
| (2) Dividends or retroactive rate refunds.  (These amounts were ☐ paid in cash, or ☐ credited.) ..................... | | | 9c(2) | |
| **d** Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement.................. | | | 9d(1) | |
| (2) Claim reserves........................................................... | | | 9d(2) | 17250 |
| (3) Other reserves.......................................................... | | | 9d(3) | |
| **e** Dividends or retroactive rate refunds due.  (Do not include amount entered in c(2).) ................................ | | | 9e | |

**10** Nonexperience-rated contracts:

| | | |
|---|---|---|
| **a** Total premiums or subscription charges paid to carrier ..................................................... | 10a | |
| **b** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount.................... | 10b | |

Specify nature of costs ▶

| Part IV | Provision of Information |
|---|---|

| | | |
|---|---|---|
| **11** Did the insurance company fail to provide any information necessary to complete Schedule A?............. | ☐ Yes | ☒ No |

**12** If the answer to line 11 is "Yes," specify the information not provided. ▶

| SCHEDULE A<br>(Form 5500)<br><br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | Insurance Information<br><br>This schedule is required to be filed under section 104 of the<br>Employee Retirement Income Security Act of 1974 (ERISA).<br>▶ File as an attachment to Form 5500.<br>▶ Insurance companies are required to provide the information<br>pursuant to ERISA section 103(a)(2). | OMB No. 1210-0110<br><br>**2011**<br><br>This Form is Open to Public<br>Inspection |
|---|---|---|

For calendar plan year 2011 or fiscal plan year beginning   07/01/2011   and ending   06/30/2012

**A** Name of plan
AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST

**B** Three-digit plan number (PN)   ▶   503

**C** Plan sponsor's name as shown on line 2a of Form 5500
AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST

**D** Employer Identification Number (EIN)
52-1846907

| Part I | Information Concerning Insurance Contract Coverage, Fees, and Commissions Provide information for each contract on a separate Schedule A. Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A. |
|---|---|

**1** Coverage Information:

**(a)** Name of insurance carrier

METROPOLITAN LIFE INSURANCE COMPANY

| (b) EIN | (c) NAIC code | (d) Contract or identification number | (e) Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | (f) From | (g) To |
| 13-5581829 | 65978 | 0144682 | 64 | 02/01/2012 | 09/30/2012 |

**2** Insurance fee and commission information. Enter the total fees and total commissions paid. List in item 3 the agents, brokers, and other persons in descending order of the amount paid.

| (a) Total amount of commissions paid | (b) Total amount of fees paid |
|---|---|
| 5740 | 919 |

**3** Persons receiving commissions and fees. (Complete as many entries as needed to report all persons).

| (a) Name and address of the agent, broker, or other person to whom commissions or fees were paid |
|---|
| USI AFFINITY   100 MATAWAN ROAD, SUITE 200   MATAWAN, NJ 07747 |

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| 5740 | | | 3 |

| (a) Name and address of the agent, broker, or other person to whom commissions or fees were paid |
|---|
| USI INS SERVICES LLC   PO BOX 3716   NORFOLK, VA 23514 |

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | 919 | | |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.

Schedule A (Form 5500) 2011
v.012611

Schedule A  (Form 5500) 2011                                     Page **2** - 1

(a) Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
| --- | --- | --- | --- |
| | (c) Amount | (d) Purpose | |
| | | | |

(a) Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
| --- | --- | --- | --- |
| | (c) Amount | (d) Purpose | |
| | | | |

(a) Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
| --- | --- | --- | --- |
| | (c) Amount | (d) Purpose | |
| | | | |

(a) Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
| --- | --- | --- | --- |
| | (c) Amount | (d) Purpose | |
| | | | |

(a) Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
| --- | --- | --- | --- |
| | (c) Amount | (d) Purpose | |
| | | | |

| Part II | Investment and Annuity Contract Information |
|---|---|
| | Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

| | | | |
|---|---|---|---|
| **4** | Current value of plan's interest under this contract in the general account at year end........................ | **4** | |
| **5** | Current value of plan's interest under this contract in separate accounts at year end ........................ | **5** | |

**6** Contracts With Allocated Funds:

| | | | |
|---|---|---|---|
| **a** | State the basis of premium rates  ▶ | | |
| **b** | Premiums paid to carrier........................................................ | **6b** | |
| **c** | Premiums due but unpaid at the end of the year ........................................................ | **6c** | |
| **d** | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount........................................................ | **6d** | |
| | Specify nature of costs  ▶ | | |

**e** Type of contract:   (1) ☐ individual policies          (2) ☐ group deferred annuity

   (3) ☐ other (specify)   ▶

**f** If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here   ▶ ☐

**7** Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

**a** Type of contract:   (1) ☐ deposit administration          (2) ☐ immediate participation guarantee

   (3) ☐ guaranteed investment          (4) ☐ other  ▶

| | | | |
|---|---|---|---|
| **b** | Balance at the end of the previous year | **7b** | |
| **c** | Additions:  (1) Contributions deposited during the year........................... | **7c(1)** | |
| | (2) Dividends and credits ........................... | **7c(2)** | |
| | (3) Interest credited during the year ........................... | **7c(3)** | |
| | (4) Transferred from separate account ........................... | **7c(4)** | |
| | (5) Other (specify below)........................... | **7c(5)** | |
| | ▶ | | |
| | (6)Total additions ........................... | **7c(6)** | 0 |
| **d** | Total of balance and additions (add b and c(6)). ........................... | **7d** | |
| **e** | Deductions: | | |
| | (1) Disbursed from fund to pay benefits or purchase annuities during year | **7e(1)** | |
| | (2) Administration charge made by carrier........................... | **7e(2)** | |
| | (3) Transferred to separate account ........................... | **7e(3)** | |
| | (4) Other (specify below)........................... | **7e(4)** | |
| | ▶ | | |
| | (5) Total deductions ........................... | **7e(5)** | 0 |
| **f** | Balance at the end of the current year (subtract e(5) from d) ........................... | **7f** | |

| Part III | Welfare Benefit Contract Information |
|---|---|

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organizations(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where contracts cover individual employees, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

**8**  Benefit and contract type (check all applicable boxes)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **a** ☐ Health (other than dental or vision) | **b** ☐ Dental | **c** ☐ Vision | **d** ☐ Life insurance |
| **e** ☒ Temporary disability (accident and sickness) | **f** ☒ Long-term disability | **g** ☐ Supplemental unemployment | **h** ☐ Prescription drug |
| **i** ☐ Stop loss (large deductible) | **j** ☐ HMO contract | **k** ☐ PPO contract | **l** ☐ Indemnity contract |
| **m** ☐ Other (specify) ▶ | | | |

**9**  Experience-rated contracts:

| | | | |
|---|---|---|---|
| **a** Premiums: (1) Amount received........................................... | **9a(1)** | | |
| (2) Increase (decrease) in amount due but unpaid.................... | **9a(2)** | | |
| (3) Increase (decrease) in unearned premium reserve............... | **9a(3)** | | |
| (4) Earned ((1) + (2) - (3)).................................................. | | **9a(4)** | |
| **b** Benefit charges (1) Claims paid.......................................... | **9b(1)** | | |
| (2) Increase (decrease) in claim reserves............................ | **9b(2)** | | |
| (3) Incurred claims (add **(1)** and **(2)**)................................ | | **9b(3)** | |
| (4) Claims charged............................................................ | | **9b(4)** | |
| **c** Remainder of premium: (1) Retention charges (on an accrual basis) -- | | | |
| (A) Commissions................................................ | **9c(1)(A)** | | |
| (B) Administrative service or other fees ....................... | **9c(1)(B)** | | |
| (C) Other specific acquisition costs............................ | **9c(1)(C)** | | |
| (D) Other expenses ........................................... | **9c(1)(D)** | | |
| (E) Taxes....................................................... | **9c(1)(E)** | | |
| (F) Charges for risks or other contingencies .................. | **9c(1)(F)** | | |
| (G) Other retention charges.................................... | **9c(1)(G)** | | |
| (H) Total retention.............................................. | | **9c(1)(H)** | |
| (2) Dividends or retroactive rate refunds.  (These amounts were ☐ paid in cash, or ☐ credited.) ................. | | **9c(2)** | |
| **d** Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement............... | | **9d(1)** | |
| (2) Claim reserves.................................................... | | **9d(2)** | |
| (3) Other reserves.................................................... | | **9d(3)** | |
| **e** Dividends or retroactive rate refunds due.  (Do not include amount entered in c(2).) ........................... | | **9e** | |

**10**  Nonexperience-rated contracts:

| | | |
|---|---|---|
| **a** Total premiums or subscription charges paid to carrier ....................................... | **10a** | |
| **b** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount.................... | **10b** | |

Specify nature of costs ▶

| Part IV | Provision of Information |
|---|---|

| | | |
|---|---|---|
| **11** Did the insurance company fail to provide any information necessary to complete Schedule A?............ | ☐ Yes | ☒ No |

**12**  If the answer to line 11 is "Yes," specify the information not provided. ▶

| **SCHEDULE A** **(Form 5500)** Department of the Treasury Internal Revenue Service <br> Department of Labor Employee Benefits Security Administration <br> Pension Benefit Guaranty Corporation | **Insurance Information** <br> This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA). <br> ▶ **File as an attachment to Form 5500.** <br> ▶ Insurance companies are required to provide the information pursuant to ERISA section 103(a)(2). | OMB No. 1210-0110 <br><br> **2011** <br><br> **This Form is Open to Public Inspection** |
|---|---|---|

| For calendar plan year 2011 or fiscal plan year beginning | 07/01/2011 | and ending | 06/30/2012 |
|---|---|---|---|

| **A** Name of plan <br> AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST | **B** Three-digit plan number (PN) ▶ | 503 |
|---|---|---|

| **C** Plan sponsor's name as shown on line 2a of Form 5500 <br> AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST | **D** Employer Identification Number (EIN) <br> 52-1846907 |
|---|---|

| **Part I** | **Information Concerning Insurance Contract Coverage, Fees, and Commissions** Provide information for each contract on a separate Schedule A. Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A. |
|---|---|

**1** Coverage Information:

**(a)** Name of insurance carrier

GUARDIAN LIFE INSURANCE COMPANY

| **(b)** EIN | **(c)** NAIC code | **(d)** Contract or identification number | **(e)** Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | **(f)** From | **(g)** To |
| 13-5123390 | 64246 | 00430149 | | 10/01/2011 | 12/31/2011 |

**2** Insurance fee and commission information. Enter the total fees and total commissions paid. List in item 3 the agents, brokers, and other persons in descending order of the amount paid.

| **(a)** Total amount of commissions paid | | **(b)** Total amount of fees paid | |
|---|---|---|---|
| | 0 | | 0 |

**3** Persons receiving commissions and fees. (Complete as many entries as needed to report all persons.)

| **(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid |
|---|
| HUB INTERNATIONAL NEW ENGLAND LLC          299 BALLARDVALE STREET <br> WILMINGTON, MA 01887 |

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | 3 |

| **(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid |
|---|
| |

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.

Schedule A (Form 5500) 2011 v.012611

Schedule A  (Form 5500) 2011                               Page **2** - [1]

**(a) Name and address of the agent, broker, or other person to whom commissions or fees were paid**

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

**(a) Name and address of the agent, broker, or other person to whom commissions or fees were paid**

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

**(a) Name and address of the agent, broker, or other person to whom commissions or fees were paid**

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

**(a) Name and address of the agent, broker, or other person to whom commissions or fees were paid**

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

**(a) Name and address of the agent, broker, or other person to whom commissions or fees were paid**

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

Page **3**

| Part II | Investment and Annuity Contract Information | | |
|---|---|---|---|
| | Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. | | |

| | | | |
|---|---|---|---|
| **4** | Current value of plan's interest under this contract in the general account at year end .................................. | **4** | |
| **5** | Current value of plan's interest under this contract in separate accounts at year end ...................................... | **5** | |

**6** Contracts With Allocated Funds:

**a** State the basis of premium rates ▶

| | | | |
|---|---|---|---|
| **b** | Premiums paid to carrier ............................................................................................................................. | **6b** | |
| **c** | Premiums due but unpaid at the end of the year ........................................................................................ | **6c** | |
| **d** | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount........................................................................................ | **6d** | |

Specify nature of costs ▶

**e** Type of contract: (1) ☐ individual policies     (2) ☐ group deferred annuity

(3) ☐ other (specify) ▶

**f** If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here     ▶ ☐

**7** Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

**a** Type of contract:    (1) ☐ deposit administration     (2) ☐ immediate participation guarantee

(3) ☐ guaranteed investment     (4) ☐ other ▶

| | | | | |
|---|---|---|---|---|
| **b** | Balance at the end of the previous year ..................................................................... | | **7b** | |
| **c** | Additions: (1) Contributions deposited during the year.............................. | **7c(1)** | | |
| | (2) Dividends and credits ...................................................... | **7c(2)** | | |
| | (3) Interest credited during the year ..................................... | **7c(3)** | | |
| | (4) Transferred from separate account .................................. | **7c(4)** | | |
| | (5) Other (specify below)...................................................... | **7c(5)** | | |
| | ▶ | | | |
| | (6)Total additions ................................................................. | | **7c(6)** | 0 |
| **d** | Total of balance and additions (add **b** and **c(6)**). ................................................... | | **7d** | |
| **e** | Deductions: | | | |
| | (1) Disbursed from fund to pay benefits or purchase annuities during year | **7e(1)** | | |
| | (2) Administration charge made by carrier ............................. | **7e(2)** | | |
| | (3) Transferred to separate account ..................................... | **7e(3)** | | |
| | (4) Other (specify below)...................................................... | **7e(4)** | | |
| | ▶ | | | |
| | (5) Total deductions ............................................................. | | **7e(5)** | 0 |
| **f** | Balance at the end of the current year (subtract **e(5)** from **d**) ............................. | | **7f** | |

Schedule A  (Form 5500) 2011                  Page **4**

| Part III | Welfare Benefit Contract Information |
|---|---|

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organizations(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where contracts cover individual employees, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

**8** Benefit and contract type (check all applicable boxes)

a ☐ Health (other than dental or vision)    b ☐ Dental    c ☐ Vision    d ☐ Life insurance

e ☐ Temporary disability (accident and sickness)    f ☐ Long-term disability    g ☐ Supplemental unemployment    h ☐ Prescription drug

i ☐ Stop loss (large deductible)    j ☐ HMO contract    k ☐ PPO contract    l ☐ Indemnity contract

m ☐ Other (specify) ▶

**9** Experience-rated contracts:

| | | | |
|---|---|---|---|
| a Premiums: (1) Amount received | 9a(1) | | |
| (2) Increase (decrease) in amount due but unpaid | 9a(2) | | |
| (3) Increase (decrease) in unearned premium reserve | 9a(3) | | |
| (4) Earned ((1) + (2) - (3)) | | 9a(4) | |
| b Benefit charges (1) Claims paid | 9b(1) | | |
| (2) Increase (decrease) in claim reserves | 9b(2) | | |
| (3) Incurred claims (add (1) and (2)) | | 9b(3) | |
| (4) Claims charged | | 9b(4) | |
| c Remainder of premium: (1) Retention charges (on an accrual basis) -- | | | |
| (A) Commissions | 9c(1)(A) | | |
| (B) Administrative service or other fees | 9c(1)(B) | | |
| (C) Other specific acquisition costs | 9c(1)(C) | | |
| (D) Other expenses | 9c(1)(D) | | |
| (E) Taxes | 9c(1)(E) | | |
| (F) Charges for risks or other contingencies | 9c(1)(F) | | |
| (G) Other retention charges | 9c(1)(G) | | |
| (H) Total retention | | 9c(1)(H) | |
| (2) Dividends or retroactive rate refunds.  (These amounts were ☐ paid in cash, or ☐ credited.) | | 9c(2) | |
| d Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement | | 9d(1) | |
| (2) Claim reserves | | 9d(2) | |
| (3) Other reserves | | 9d(3) | |
| e Dividends or retroactive rate refunds due.  (Do not include amount entered in c(2).) | | 9e | |

**10** Nonexperience-rated contracts:

| | | |
|---|---|---|
| a Total premiums or subscription charges paid to carrier | 10a | |
| b If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount. | 10b | |

Specify nature of costs ▶

| Part IV | Provision of Information |
|---|---|

**11** Did the insurance company fail to provide any information necessary to complete Schedule A? ........... ☐ Yes   ☒ No

**12** If the answer to line 11 is "Yes," specify the information not provided. ▶

| **SCHEDULE A**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Insurance Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.**<br><br>▶ Insurance companies are required to provide the information pursuant to ERISA section 103(a)(2). | OMB No. 1210-0110<br><br>**2011**<br><br>**This Form is Open to Public Inspection** |
|---|---|---|

| For calendar plan year 2011 or fiscal plan year beginning    07/01/2011    and ending    06/30/2012 |

| **A**  Name of plan<br>AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST | **B**    Three-digit<br>plan number (PN)    ▶ | 503 |
|---|---|---|

| **C**  Plan sponsor's name as shown on line 2a of Form 5500<br>AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST | **D**  Employer Identification Number (EIN)<br>52-1846907 |
|---|---|

| **Part I** | **Information Concerning Insurance Contract Coverage, Fees, and Commissions** Provide information for each contract on a separate Schedule A.  Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A. |
|---|---|

**1**  Coverage Information:

**(a)** Name of insurance carrier

USI INSRUANCE SERVICES LLC

| **(b)** EIN | **(c)** NAIC code | **(d)** Contract or identification number | **(e)** Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | **(f)** From | **(g)** To |
| 39-0989781 | 86231 | | 313 | 07/01/2011 | 06/30/2012 |

**2**  Insurance fee and commission information. Enter the total fees and total commissions paid. List in item 3 the agents, brokers, and other persons in descending order of the amount paid.

| **(a)** Total amount of commissions paid | **(b)** Total amount of fees paid |
|---|---|
| 91135 | 0 |

**3**  Persons receiving commissions and fees.  (Complete as many entries as needed to report all persons).

| **(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid |
|---|

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

| **(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid |
|---|

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

| For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500. | Schedule A (Form 5500) 2011<br>v.012611 |
|---|---|

Schedule A  (Form 5500) 2011                    Page **2** - 1

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| (b) Amount of sales and base commissions paid | Fees and other commissions paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

Schedule A (Form 5500) 2011           Page **3**

| Part II | Investment and Annuity Contract Information |
|---|---|
| | Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

| | | | |
|---|---|---|---|
| 4 | Current value of plan's interest under this contract in the general account at year end............ | **4** | |
| 5 | Current value of plan's interest under this contract in separate accounts at year end ................... | **5** | |

6   Contracts With Allocated Funds:

   **a**   State the basis of premium rates ▶

| | | | |
|---|---|---|---|
| **b** | Premiums paid to carrier................................................................................................ | **6b** | |
| **c** | Premiums due but unpaid at the end of the year ........................................................... | **6c** | |
| **d** | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount.......................................... | **6d** | |

     Specify nature of costs   ▶

   **e**   Type of contract:   (1) ☐ individual policies     (2) ☐ group deferred annuity

       (3) ☐ other (specify)   ▶

   **f**   If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here     ▶ ☐

7   Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

   **a**   Type of contract:    (1) ☐ deposit administration     (2) ☐ immediate participation guarantee

                   (3) ☐ guaranteed investment     (4) ☐ other ▶

| | | | | |
|---|---|---|---|---|
| **b** | Balance at the end of the previous year .......................................................... | | **7b** | |
| **c** | Additions: (1) Contributions deposited during the year............................... | **7c(1)** | | |
| | (2) Dividends and credits ................................................................ | **7c(2)** | | |
| | (3) Interest credited during the year............................................... | **7c(3)** | | |
| | (4) Transferred from separate account ............................................ | **7c(4)** | | |
| | (5) Other (specify below)................................................................. | **7c(5)** | | |
| | ▶ | | | |
| | (6)Total additions ........................................................................... | | **7c(6)** | 0 |
| **d** | Total of balance and additions (add b and c(6)). .......................................... | | **7d** | |
| **e** | Deductions: | | | |
| | (1) Disbursed from fund to pay benefits or purchase annuities during year | **7e(1)** | | |
| | (2) Administration charge made by carrier ...................................... | **7e(2)** | | |
| | (3) Transferred to separate account ............................................... | **7e(3)** | | |
| | (4) Other (specify below)................................................................. | **7e(4)** | | |
| | ▶ | | | |
| | (5) Total deductions ....................................................................... | | **7e(5)** | 0 |
| **f** | Balance at the end of the current year (subtract e(5) from d)......................... | | **7f** | |

Schedule A  (Form 5500) 2011                                                    Page **4**

| Part III | **Welfare Benefit Contract Information** |
|---|---|
| | If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organizations(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit.  Where contracts cover individual employees, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

**8**  Benefit and contract type (check all applicable boxes)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **a** ☐ Health (other than dental or vision) | **b** ☐ Dental | **c** ☐ Vision | **d** ☒ Life insurance |
| **e** ☐ Temporary disability (accident and sickness) | **f** ☐ Long-term disability | **g** ☐ Supplemental unemployment | **h** ☐ Prescription drug |
| **i** ☐ Stop loss (large deductible) | **j** ☐ HMO contract | **k** ☐ PPO contract | **l** ☐ Indemnity contract |
| **m** ☐ Other (specify) ▶ | | | |

| **9** | Experience-rated contracts: | | | |
|---|---|---|---|---|
| **a** | Premiums: (1) Amount received.................................................... | 9a(1) | 88637 | |
| | (2) Increase (decrease) in amount due but unpaid ...................... | 9a(2) | | |
| | (3) Increase (decrease) in unearned premium reserve................ | 9a(3) | | |
| | (4) Earned ((1) + (2) - (3)) ..................................................... | | 9a(4) | 88637 |
| **b** | Benefit charges (1) Claims paid .................................................. | 9b(1) | | |
| | (2) Increase (decrease) in claim reserves................................... | 9b(2) | | |
| | (3) Incurred claims (add (1) and (2)) ......................................... | | 9b(3) | |
| | (4) Claims charged...................................................................... | | 9b(4) | |
| **c** | Remainder of premium: (1) Retention charges (on an accrual basis) -- | | | |
| | (A) Commissions ...................................................................... | 9c(1)(A) | | |
| | (B) Administrative service or other fees ................................... | 9c(1)(B) | | |
| | (C) Other specific acquisition costs.......................................... | 9c(1)(C) | | |
| | (D) Other expenses .................................................................. | 9c(1)(D) | | |
| | (E) Taxes.................................................................................. | 9c(1)(E) | | |
| | (F) Charges for risks or other contingencies ........................... | 9c(1)(F) | | |
| | (G) Other retention charges ..................................................... | 9c(1)(G) | | |
| | (H) Total retention .................................................................... | | 9c(1)(H) | |
| | (2) Dividends or retroactive rate refunds.  (These amounts were ☐ paid in cash, or ☐ credited.) ..................... | | 9c(2) | |
| **d** | Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement.................. | | 9d(1) | |
| | (2) Claim reserves....................................................................... | | 9d(2) | |
| | (3) Other reserves ...................................................................... | | 9d(3) | |
| **e** | Dividends or retroactive rate refunds due.  (Do not include amount entered in c(2).) ......................................... | | 9e | |
| **10** | Nonexperience-rated contracts: | | | |
| **a** | Total premiums or subscription charges paid to carrier ......................................................................................... | | 10a | |
| **b** | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount............................ | | 10b | |
| | Specify nature of costs ▶ | | | |

| Part IV | **Provision of Information** | | | |
|---|---|---|---|---|
| **11** | Did the insurance company fail to provide any information necessary to complete Schedule A?............ | ☐ Yes | ☒ No | |
| **12** | If the answer to line 11 is "Yes," specify the information not provided. ▶ | | | |

| SCHEDULE C<br>(Form 5500)<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | Service Provider Information<br><br>This schedule is required to be filed under section 104 of the Employee<br>Retirement Income Security Act of 1974 (ERISA).<br><br>▶ File as an attachment to Form 5500. | OMB No. 1210-0110<br><br>**2011**<br><br>This Form is Open to Public Inspection. |
|---|---|---|

For calendar plan year 2011 or fiscal plan year beginning   07/01/2011        and ending     06/30/2012

| **A** Name of plan<br>AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST | **B** Three-digit<br>plan number (PN)     ▶ | 503 |
|---|---|---|

| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST | **D** Employer Identification Number (EIN)<br>52-1846907 |
|---|---|

---

**Part I    Service Provider Information (see instructions)**

You must complete this Part, in accordance with the instructions, to report the information required for **each person** who received, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of monetary value) in connection with services rendered to the plan or the person's position with the plan during the plan year. If a person received **only** eligible indirect compensation for which the plan received the required disclosures, you are required to answer line 1 but are not required to include that person when completing the remainder of this Part.

**1  Information on Persons Receiving Only Eligible Indirect Compensation**

**a** Check "Yes" or "No" to indicate whether you are excluding a person from the remainder of this Part because they received only eligible indirect compensation for which the plan received the required disclosures (see instructions for definitions and conditions)................. ☐ Yes  ☒ No

**b** If you answered line 1a "Yes," enter the name and EIN or address of each person providing the required disclosures for the service providers who received only eligible indirect compensation. Complete as many entries as needed (see instructions).

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosure on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

---

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

Schedule C (Form 5500) 2011                     Page **3** - 1

---

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions.)

| (a) Enter name and EIN or address (see instructions) |
| --- |
| AMERICAN FEDERATION OF TEACHRES |
| 36-0725240 |

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
| --- | --- | --- | --- | --- | --- | --- |
| 13 | ADMINISTRATOR | 374518 | Yes ☐  No ☒ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

| (a) Enter name and EIN or address (see instructions) |
| --- |
| CALIBRE CPA GROUP PLLC |
| 47-0900880 |

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
| --- | --- | --- | --- | --- | --- | --- |
| 10 | NONE | 16983 | Yes ☐  No ☒ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

| (a) Enter name and EIN or address (see instructions) |
| --- |
| MORGAN STANLEY |
| 26-4310632 |

| (b) Service Code(s) | (c) Relationship to employer, employee organization, or person known to be a party-in-interest | (d) Enter direct compensation paid by the plan. If none, enter -0-. | (e) Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | (f) Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | (g) Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | (h) Did the service provider give you a formula instead of an amount or estimated amount? |
| --- | --- | --- | --- | --- | --- | --- |
| 28 | NONE | 11843 | Yes ☐  No ☒ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions.)

| (a) Enter name and EIN or address (see instructions) | | | | | | |
|---|---|---|---|---|---|---|
| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
| | | | Yes ☐  No ☐ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

| (a) Enter name and EIN or address (see instructions) | | | | | | |
|---|---|---|---|---|---|---|
| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
| | | | Yes ☐  No ☐ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

| (a) Enter name and EIN or address (see instructions) | | | | | | |
|---|---|---|---|---|---|---|
| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
| | | | Yes ☐  No ☐ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

Schedule C (Form 5500) 2011

Page **4-** 1

---

| Part I | Service Provider Information (continued) |
| --- | --- |

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
| --- | --- | --- |
| | | |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| | |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
| --- | --- | --- |
| | | |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| | |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
| --- | --- | --- |
| | | |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
| --- | --- |
| | |

Schedule C (Form 5500) 2011

Page **5-** 1

| **Part II** | **Service Providers Who Fail or Refuse to Provide Information** |

**4**    Provide, to the extent possible, the following information for each service provider who failed or refused to provide the information necessary to complete this Schedule.

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
| | | |

Schedule C (Form 5500) 2011        Page **6-** | 1 |

| Part III | Termination Information on Accountants and Enrolled Actuaries (see instructions) |
|---|---|
| | (complete as many entries as needed) |

| **a** | Name: | | **b** EIN: |
|---|---|---|---|
| **c** | Position: | | |
| **d** | Address: | | **e** Telephone: |

Explanation:

| **a** | Name: | | **b** EIN: |
|---|---|---|---|
| **c** | Position: | | |
| **d** | Address: | | **e** Telephone: |

Explanation:

| **a** | Name: | | **b** EIN: |
|---|---|---|---|
| **c** | Position: | | |
| **d** | Address: | | **e** Telephone: |

Explanation:

| **a** | Name: | | **b** EIN: |
|---|---|---|---|
| **c** | Position: | | |
| **d** | Address: | | **e** Telephone: |

Explanation:

| **a** | Name: | | **b** EIN: |
|---|---|---|---|
| **c** | Position: | | |
| **d** | Address: | | **e** Telephone: |

Explanation:

| SCHEDULE H | Financial Information | OMB No. 1210-0110 |
|---|---|---|
| **(Form 5500)** | This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code). | **2011** |
| Department of the Treasury Internal Revenue Service | ▶ **File as an attachment to Form 5500.** | |
| Department of Labor Employee Benefits Security Administration | | **This Form is Open to Public Inspection** |
| Pension Benefit Guaranty Corporation | | |

For calendar plan year 2011 or fiscal plan year beginning   07/01/2011          and ending      06/30/2012

| **A** Name of plan | **B** Three-digit |
|---|---|
| AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST | plan number (PN)   ▶   503 |

| **C** Plan sponsor's name as shown on line 2a of Form 5500 | **D** Employer Identification Number (EIN) |
|---|---|
| AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST | 52-1846907 |

## Part I   Asset and Liability Statement

**1**   Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.** MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| Assets | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| **a** Total noninterest-bearing cash | 1a | 85187 | 206371 |
| **b** Receivables (less allowance for doubtful accounts): | | | |
| (1) Employer contributions | 1b(1) | | |
| (2) Participant contributions | 1b(2) | | |
| (3) Other | 1b(3) | 276513 | 200275 |
| **c** General investments: | | | |
| (1) Interest-bearing cash (include money market accounts & certificates of deposit) | 1c(1) | 171450 | 635004 |
| (2) U.S. Government securities | 1c(2) | 171927 | 133125 |
| (3) Corporate debt instruments (other than employer securities): | | | |
| (A) Preferred | 1c(3)(A) | | |
| (B) All other | 1c(3)(B) | 1359855 | 897876 |
| (4) Corporate stocks (other than employer securities): | | | |
| (A) Preferred | 1c(4)(A) | | |
| (B) Common | 1c(4)(B) | 1291323 | 912935 |
| (5) Partnership/joint venture interests | 1c(5) | | |
| (6) Real estate (other than employer real property) | 1c(6) | | |
| (7) Loans (other than to participants) | 1c(7) | | |
| (8) Participant loans | 1c(8) | | |
| (9) Value of interest in common/collective trusts | 1c(9) | | |
| (10) Value of interest in pooled separate accounts | 1c(10) | | |
| (11) Value of interest in master trust investment accounts | 1c(11) | | |
| (12) Value of interest in 103-12 investment entities | 1c(12) | | |
| (13) Value of interest in registered investment companies (e.g., mutual funds) | 1c(13) | | 285150 |
| (14) Value of funds held in insurance company general account (unallocated contracts) | 1c(14) | | |
| (15) Other | 1c(15) | | 51164 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500

Schedule H (Form 5500) 2011
v.012611

Schedule H (Form 5500) 2011        Page **2**

| | | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| **1d** | Employer-related investments: | | | |
| | (1) Employer securities | 1d(1) | | |
| | (2) Employer real property | 1d(2) | ' | |
| **e** | Buildings and other property used in plan operation | 1e | | |
| **f** | Total assets (add all amounts in lines 1a through 1e) | 1f | 3356255 | 3321900 |

### Liabilities

| | | | | |
|---|---|---|---|---|
| **g** | Benefit claims payable | 1g | | |
| **h** | Operating payables | 1h | 173489 | 198666 |
| **i** | Acquisition indebtedness | 1i | | |
| **j** | Other liabilities | 1j | | |
| **k** | Total liabilities (add all amounts in lines 1g through1j) | 1k | 173489 | 198666 |

### Net Assets

| | | | | |
|---|---|---|---|---|
| **l** | Net assets (subtract line 1k from line 1f) | 1l | 3182766 | 3123234 |

| **Part II** | **Income and Expense Statement** |
|---|---|

**2**   Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

| Income | | | (a) Amount | (b) Total |
|---|---|---|---|---|
| **a** | **Contributions:** | | | |
| | (1) Received or receivable in cash from: **(A)** Employers | 2a(1)(A) | | |
| |      **(B)** Participants | 2a(1)(B) | 8081772 | |
| |      **(C)** Others (including rollovers) | 2a(1)(C) | | |
| | (2) Noncash contributions | 2a(2) | | |
| | (3) Total contributions. Add lines 2a(1)(A), (B), (C), and line 2a(2) | 2a(3) | | 8081772 |
| **b** | **Earnings on investments:** | | | |
| | (1) Interest: | | | |
| |      **(A)** Interest-bearing cash (including money market accounts and certificates of deposit) | 2b(1)(A) | 101 | |
| |      **(B)** U.S. Government securities | 2b(1)(B) | 7064 | |
| |      **(C)** Corporate debt instruments | 2b(1)(C) | 91028 | |
| |      **(D)** Loans (other than to participants) | 2b(1)(D) | | |
| |      **(E)** Participant loans | 2b(1)(E) | | |
| |      **(F)** Other | 2b(1)(F) | | |
| |      **(G)** Total interest. Add lines 2b(1)(A) through (F) | 2b(1)(G) | | 98193 |
| | (2) Dividends: **(A)** Preferred stock | 2b(2)(A) | | |
| |      **(B)** Common stock | 2b(2)(B) | 26172 | |
| |      **(C)** Registered investment company shares (e.g. mutual funds) | 2b(2)(C) | | |
| |      **(D)** Total dividends. Add lines 2b(2)(A), (B), and (C) | 2b(2)(D) | | 26172 |
| | (3) Rents | 2b(3) | | |
| | (4) Net gain (loss) on sale of assets: **(A)** Aggregate proceeds | 2b(4)(A) | 1751269 | |
| |      **(B)** Aggregate carrying amount (see instructions) | 2b(4)(B) | 1702948 | |
| |      **(C)** Subtract line 2b(4)(B) from line 2b(4)(A) and enter result | 2b(4)(C) | | 48321 |

Schedule H  (Form 5500) 2011                               Page **3**

| | | (a) Amount | (b) Total |
|---|---|---|---|
| **2b** (5) Unrealized appreciation (depreciation) of assets: (A) Real estate | 2b(5)(A) | | |
| (B) Other | 2b(5)(B) | -127356 | |
| (C) Total unrealized appreciation of assets. Add lines 2b(5)(A) and (B) | 2b(5)(C) | | -127356 |
| (6) Net investment gain (loss) from common/collective trusts | 2b(6) | | |
| (7) Net investment gain (loss) from pooled separate accounts | 2b(7) | | |
| (8) Net investment gain (loss) from master trust investment accounts | 2b(8) | | |
| (9) Net investment gain (loss) from 103-12 investment entities | 2b(9) | | |
| (10) Net investment gain (loss) from registered investment companies (e.g., mutual funds) | 2b(10) | | |
| **c** Other income | 2c | | 338691 |
| **d** Total income. Add all income amounts in column (b) and enter total | 2d | | 8465793 |

### Expenses

| | | (a) Amount | (b) Total |
|---|---|---|---|
| **e** Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries, including direct rollovers | 2e(1) | | |
| (2) To insurance carriers for the provision of benefits | 2e(2) | 8081772 | |
| (3) Other | 2e(3) | | |
| (4) Total benefit payments. Add lines 2e(1) through (3) | 2e(4) | | 8081772 |
| **f** Corrective distributions (see instructions) | 2f | | |
| **g** Certain deemed distributions of participant loans (see instructions) | 2g | | |
| **h** Interest expense | 2h | | |
| **i** Administrative expenses: (1) Professional fees | 2i(1) | 60380 | |
| (2) Contract administrator fees | 2i(2) | | |
| (3) Investment advisory and management fees | 2i(3) | 11843 | |
| (4) Other | 2i(4) | 371330 | |
| (5) Total administrative expenses. Add lines 2i(1) through (4) | 2i(5) | | 443553 |
| **j** Total expenses. Add all expense amounts in column (b) and enter total | 2j | | 8525325 |

### Net Income and Reconciliation

| | | (a) Amount | (b) Total |
|---|---|---|---|
| **k** Net income (loss). Subtract line 2j from line 2d | 2k | | -59532 |
| **l** Transfers of assets: | | | |
| (1) To this plan | 2l(1) | | |
| (2) From this plan | 2l(2) | | |

---

**Part III**  **Accountant's Opinion**

**3** Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):

(1) ☒ Unqualified   (2) ☐ Qualified   (3) ☐ Disclaimer   (4) ☐ Adverse

**b** Did the accountant perform a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 103-12(d)?   ☐ Yes   ☒ No

**c** Enter the name and EIN of the accountant (or accounting firm) below:

(1) Name: CALIBRE CPA GROUP PLLC   (2) EIN: 47-0900880

**d** The opinion of an independent qualified public accountant is **not attached** because:

(1) ☐ This form is filed for a CCT, PSA, or MTIA.   (2) ☐ It will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

| Part IV | Compliance Questions |
|---|---|

**4**  CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete 4a, 4e, 4f, 4g, 4h, 4k, 4m, 4n, or 5. 103-12 IEs also do not complete 4j and 4l. MTIAs also do not complete 4l.

During the plan year:

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| a | Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program.)...... | 4a | | X | |
| b | Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked.)................................. | 4b | | X | |
| c | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked.) ............................... | 4c | | X | |
| d | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked.)................................. | 4d | | X | |
| e | Was this plan covered by a fidelity bond?................. | 4e | X | | 2000000 |
| f | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? ................................. | 4f | | X | |
| g | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? ........................................ | 4g | | X | |
| h | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser? ......... | 4h | | X | |
| i | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements.)................. | 4i | X | | |
| j | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked, and see instructions for format requirements.)................. | 4j | | X | |
| k | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC?................. | 4k | | X | |
| l | Has the plan failed to provide any benefit when due under the plan? ......................... | 4l | | X | |
| m | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.)................................. | 4m | | X | |
| n | If 4m was answered "Yes," check the "Yes" box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3. ............................ | 4n | | X | |

**5a**  Has a resolution to terminate the plan been adopted during the plan year or any prior plan year?
If "Yes," enter the amount of any plan assets that reverted to the employer this year............................ ☐ Yes  ☒ No   Amount:

**5b**  If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| 5b(1) Name of plan(s) | 5b(2) EIN(s) | 5b(3) PN(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

# AMERICAN FEDERATION OF TEACHERS
## BENEFIT PLAN AND TRUST

FINANCIAL STATEMENTS

JUNE 30, 2012 AND 2011



**AMERICAN FEDERATION OF TEACHERS**
**BENEFIT PLAN AND TRUST**

FINANCIAL STATEMENTS

JUNE 30, 2012 AND 2011

## CONTENTS

|                                                              | PAGE |
|--------------------------------------------------------------|------|
| Report of Independent Auditors                               | 1    |
| Statements of Net Assets Available for Benefits              | 3    |
| Statements of Changes in Net Assets Available for Benefits   | 4    |
| Notes to Financial Statements                                | 5    |
| Additional Information                                        |      |
|    Schedule of Assets Held for Investment Purposes | 11   |
|    Schedule of Administration Expenses        | 21   |



**CALIBRE**
CPA GROUP
PLLC

CERTIFIED PUBLIC ACCOUNTANTS
AND BUSINESS ADVISORS

7501 WISCONSIN AVENUE
SUITE 1200 WEST
BETHESDA, MD 20814

202.331.9880 PHONE
202.331.9890 FAX

566 WEST LAKE STREET
SUITE 300
CHICAGO, IL 60661

312.920.9400 PHONE
312.920.9494 FAX

www.calibrecpa.com


A member of
KS International

**REPORT OF INDEPENDENT AUDITORS**

The Trustees
American Federation of Teachers Benefit
  Plan and Trust

We have audited the accompanying statements of net assets available for benefits of
the American Federation of Teachers Benefit Plan and Trust (the Plan) as of June 30,
2012 and 2011 and the related statements of changes in net assets available for
benefits for the years then ended. These financial statements are the responsibility of
the Plan's management. Our responsibility is to express an opinion on these financial
statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in
the United States of America. Those standards require that we plan and perform an
audit to obtain reasonable assurance about whether the financial statements are free of
material misstatement. An audit includes consideration of internal control over
financial reporting as a basis for designing audit procedures that are appropriate in the
circumstances, but not for the purpose of expressing an opinion on the effectiveness
of the Plan's internal control over financial reporting. Accordingly, we express no
such opinion. An audit also includes examining, on a test basis, evidence supporting
the amounts and disclosures in the financial statements, assessing the accounting
principles used and significant estimates made by the Plan's management, as well as
evaluating the overall financial statement presentation. We believe that our audits
provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material
respects, the financial status of the American Federation of Teachers Benefit Plan and
Trust as of June 30, 2012 and 2011, and the changes in its financial status for the
years then ended in conformity with accounting principles generally accepted in the
United States of America.

Our audit was conducted for the purpose of forming an opinion on the financial
statements as a whole. The schedules of assets held for investment purposes and
reportable transactions are presented for the purpose of additional analysis and are not
a required part of the basic financial statements but are supplementary information
required by the Department of Labor's Rules and Regulations for Reporting and
Disclosure under the Employee Retirement Income Security Act of 1974. The
schedule of administration expenses is presented for purposes of additional analysis
and is not a required part of the financial statements. Such information is the
responsibility of management and was derived from and relates directly to the
underlying accounting and other records used to prepare the financial statements. The

information has been subjected to the auditing procedures applied in the audit of the financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the financial statements or to the financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the information is fairly stated in all material respects in relation to the financial statements as a whole.

*Calibre CPA Group, PLLC*

Bethesda, MD
March 25, 2013

# AMERICAN FEDERATION OF TEACHERS
# BENEFIT PLAN AND TRUST

## STATEMENTS OF NET ASSETS AVAILABLE FOR BENEFITS

### JUNE 30, 2012 AND 2011

|  | 2012 | 2011 |
|---|---|---|
| **ASSETS** | | |
| **ASSETS** | | |
| Cash and cash equivalents | $ 206,371 | $ 85,187 |
| Short-term investments | 635,004 | 171,450 |
| Administration fees and other receivables | 111,236 | 121,109 |
| Interest receivable | 14,968 | 2,181 |
| Investments | 2,280,250 | 2,823,105 |
| Due from American Federation of Teachers, AFL-CIO | 74,071 | 153,223 |
| Total assets | 3,321,900 | 3,356,255 |
| **LIABILITIES AND NET ASSETS** | | |
| **LIABILITIES** | | |
| Accounts payable | 67,151 | 64,986 |
| Due to American Federation of Teachers, AFL-CIO | 131,515 | 108,503 |
| Total liabilities | 198,666 | 173,489 |
| **NET ASSETS AVAILABLE FOR BENEFITS** | $ 3,123,234 | $ 3,182,766 |

See accompanying notes to financial statements.

# AMERICAN FEDERATION OF TEACHERS
## BENEFIT PLAN AND TRUST

## STATEMENTS OF CHANGES IN NET ASSETS AVAILABLE FOR BENEFITS

### YEARS ENDED JUNE 30, 2012 AND 2011

|  | 2012 | 2011 |
|---|---|---|
| ADDITIONS TO NET ASSETS ATTRIBUTED TO |  |  |
| Contributions from participants | $ 8,081,772 | $ 8,327,174 |
| Program administration reimbursement | 338,691 | 359,853 |
| Net appreciation (depreciation) in fair value of investments | (79,035) | 283,032 |
| Interest and dividend income (net of investment |  |  |
| expenses of $11,843 and $12,082) | 112,522 | 72,089 |
| Contribution from AFT | - | 105,079 |
| Total additions | 8,453,950 | 9,147,227 |
|  |  |  |
| DEDUCTIONS FROM NET ASSETS ATTRIBUTED TO |  |  |
| Premiums to insurance companies | 8,081,772 | 8,389,797 |
| Administration expenses | 431,710 | 446,550 |
| Total deductions | 8,513,482 | 8,836,347 |
|  |  |  |
| INCREASE (DECREASE) BEFORE OTHER INCOME | (59,532) | 310,880 |
|  |  |  |
| OTHER INCOME |  |  |
| Elimination of retiree life obligation | - | 1,566,486 |
|  |  |  |
| NET INCREASE (DECREASE) | (59,532) | 1,877,366 |
|  |  |  |
| NET ASSETS AVAILABLE FOR BENEFITS |  |  |
| Beginning of year | 3,182,766 | 1,305,400 |
|  |  |  |
| End of year | $ 3,123,234 | $ 3,182,766 |

See accompanying notes to financial statements.

## AMERICAN FEDERATION OF TEACHERS
## BENEFIT PLAN AND TRUST

### NOTES TO FINANCIAL STATEMENTS

### JUNE 30, 2012 AND 2011

**NOTE 1.   DESCRIPTION OF THE PLAN**

The following brief description of the American Federation of Teachers Benefit Plan and Trust (the Plan) is provided for general information purposes only. Participants should refer to the Plan agreement for more complete information.

**General -** On July 1, 1993 the American Federation of Teachers, AFL-CIO (the Federation) established the Plan as a separate organization. The Plan has been formed as a welfare benefit plan for members of the Federation and is fully subject to the provisions of the Employee Retirement Income Security Act of 1974 (ERISA). The purpose of the Plan is to provide various medical, life and disability insurance benefits to participating Federation members as an enhancement to collectively bargained benefits.

Premium payments for applicable insurance policies are paid by participating members. Participant payments are collected by a designated administrator who performs administrative duties on behalf of the Plan. All benefits are provided through fully insured arrangements with various carriers.

**NOTE 2.   SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

**Basis of Presentation -** The accompanying financial statements have been prepared on the accrual basis and present the net assets of the Plan and the changes in those net assets.

**Investments -** The Plan's investments are stated at fair value in the accompanying statement of net assets available for benefits.

**Income Taxes -** The Plan is exempt from Federal income tax under Section 501(c)(5) of the Internal Revenue Code.

**Premium Income -** Contributions from participants are recognized when received rather than over the period of coverage provided under the insurance contracts. Premium income recognized under this method is not significantly different than the accrual basis.

**Experience Rated Contract Refunds -** Refunds of amounts held by the insurance companies in excess of required reserves are recognized when it is probable that the excess reserves will be paid by the insurance company to the Plan.

NOTE 2.    SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)

**Premiums to Insurance Companies** - Premiums paid to insurance companies are expensed as premiums are paid, rather than over the period of coverage provided under the insurance contracts. Premium expense recognized under this method is not significantly different than the accrual basis.

**Program Administration Reimbursement** - The Plan receives an administration fee from insurance companies for assistance in administration of the Plan and to defray the costs of administering the insurance program.

**Plan Termination** - Although it has not expressed any desire to do so, the Federation has the right under the Plan to terminate the Plan subject to the provisions of ERISA. In the event of Plan termination, assets of the Plan will be used to pay all obligations of the Plan, and any surplus will be distributed to participants, their dependents or beneficiaries for payment of benefits.

**Use of Estimates in the Preparation of Financial Statements** - The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect certain reported amounts and disclosures in the financial statements. Actual results could differ from those estimates.

**Subsequent Events Review** - Subsequent events have been evaluated through March 25, 2013, which is the date the financial statements were available to be issued. Except for the transition agreement as discussed in Note 8, this review and evaluation revealed no new material event or transaction which would require an additional adjustment to or disclosure in the accompanying financial statements.

NOTE 3.    RELATED PARTY AND PARTIES IN INTEREST TRANSACTIONS

The Plan has entered into certain insurance and administrative agreements that result in transactions with entities that are parties in interest. For the years ended June 30, 2012 and 2011, the Plan recognized administration reimbursements of $338,691 and $359,853, respectively, from insurance companies for assistance with administration of the Plan, of which $111,236 and $121,109 are receivable at June 30, 2012 and 2011, respectively.

The Plan reimbursed the Federation $321,835 and $246,846 for the years ended June 30, 2012 and 2011, respectively, for certain administrative services provided and expenses paid on behalf of the Plan by the Federation or its affiliates. The Federation contributed services totaling $105,079 for the year ended June 30, 2011. No services were contributed during the year ended June 30, 2012. At June 30, 2012 and 2011, the Federation owed the Plan (the Plan owed the Federation) a total of $(57,444) and $44,720, respectively, for administrative services and expenses.

**NOTE 4.   INVESTMENTS**

The following summary presents the aggregate cost and fair value for each of the Plan's investment categories.

| | June 30, 2012 | | June 30, 2011 | |
|---|---|---|---|---|
| | Cost | Fair Value | Cost | Fair Value |
| Investments at fair value as determined by quoted market prices | | | | |
| Common stocks | $ 1,272,618 | $ 1,198,085 | $ 1,266,051 | $ 1,291,324 |
| Unit investment trust | 49,995 | 51,164 | - | - |
| Investments at fair value as determined by estimated market prices | | | | |
| U.S. Government and government agency securities | 129,618 | 133,125 | 167,216 | 171,926 |
| Corporate obligations | 960,537 | 897,876 | 1,395,001 | 1,359,855 |
| Total | $ 2,412,768 | $ 2,280,250 | $ 2,828,268 | $ 2,823,105 |

The fair value of the U.S. Government securities and corporate obligations was estimated based on the value of comparable assets.  These investments have interest rates between 5.00% and 6.375%.

The Plan's investments including investments bought, sold, as well as held during the year appreciated (depreciated) in value as follows:

| | Year Ended June 30, | |
|---|---|---|
| | 2012 | 2011 |
| Investments at fair value as determined by quoted market prices | | |
| Common stocks | $   (91,712) | $  161,944 |
| Unit investment trust | 1,169 | - |
| Investments at fair value as determined by estimated market prices | | |
| United States Government and government agency securities | (1,713) | 350 |
| Corporate bonds | 13,221 | 120,738 |
| Total | $   (79,035) | $  283,032 |

NOTE 4.    INVESTMENTS (CONTINUED)

The Plan follows ASC 820, Fair Value Measurement and Disclosures, which clarifies the definition of fair value for financial reporting, establishes a framework for measuring fair value and requires additional disclosures about the use of the fair value measurements. ASC 820 also establishes a three-level hierarchy for fair value measurements based upon the transparency of inputs to the valuation of an asset or liability. Inputs may be observable or unobservable and refer broadly to the assumptions that market participants would use in pricing the asset or liability. Observable inputs reflect the assumptions market participants would use in pricing the asset or liability based on market data obtained from sources independent of the reporting entity. Unobservable inputs reflect the reporting entity's own assumptions about the assumptions that market participants would use in pricing the asset or liability developed based on the best information available in the circumstances. The three levels of the fair value hierarchy are described below:

> **Level 1** – Inputs that reflect unadjusted quoted prices in active markets for identical assets or liabilities that the Plan has the ability to access at the measurement date;

> **Level 2** – Inputs other than quoted prices that are observable for the asset or liability either directly or indirectly, including inputs in markets that are not considered to be active;

> **Level 3** – Inputs that are unobservable (including the Plan's own assumptions in determining the fair value of investments)

The following is a summary of the inputs used as of June 30, 2012 and 2011, in valuing investments carried at fair value:

| Description | 06/30/12 Total | Quoted Market Price for Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
|---|---|---|---|---|
| Common stocks | $ 1,198,085 | $ 1,198,085 | $ - | $ - |
| Unit investment trust | 51,164 | 51,164 | - | - |
| Corporate obligations | | | | |
| Domestic | 580,051 | - | 580,051 | - |
| Foreign | 317,825 | - | 317,825 | - |
| United States Government and Government Agency securities Government National Mortgage Association | 133,125 | - | 133,125 | - |
| Total | $ 2,280,250 | $ 1,249,249 | $ 1,031,001 | $ - |

**NOTE 4.   INVESTMENTS (CONTINUED)**

| Description | 06/30/11 Total | Quoted Market Price for Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
|---|---|---|---|---|
| Common stocks | $ 1,291,524 | $ 1,291,524 | $ - | $ - |
| Mutual funds | 299,063 | 299,063 | - | - |
| Corporate obligations | | | | |
|   Domestic | 1,048,360 | - | 1,048,360 | - |
|   Foreign | 311,495 | - | 311,495 | - |
| United States Government and Government Agency securities Government National Mortgage | | | | |
|   Association | 171,926 | - | 171,926 | - |
| Total | $ 2,823,105 | $ 1,291,324 | $ 1,531,781 | $ - |

Gains and losses realized and unrealized were reported in net appreciation (depreciation) in fair value of investments for June 30, 2012 and 2011, respectively.

**NOTE 5.   RETIREE LIFE OBLIGATION**

The Plan had previously recorded a liability for the present value of group term life insurance policies that were issued under a policy that was terminated by the Plan. The estimated liability of these policies was $1,580,181 at June 30, 2010. During the year ended June 30, 2011, the Plan entered into an agreement with an insurance provider by which the insurance provider assumed responsibility for the retiree life obligation. Due to the insurance provider assuming this liability the Plan will no longer record this liability. The insurance provider pays these life insurance benefits and charges the Plan a premium of $3,500 per month to be taken out of the Plan's premium stabilization reserve. This premium is evaluated annually and adjusted based on the number of claims paid during the previous year. This agreement will remain in effect until all claims submitted have been paid.

**NOTE 6.   UNINSURED CASH**

The Plan maintains its cash in bank deposit accounts which at times may exceed the federally insured limits per bank. The Plan has not experienced any losses in such accounts and believes it is not exposed to any significant credit risk on cash and cash equivalents.

**NOTE 7.   RISKS AND UNCERTAINTIES**

The Plan invests in various investment securities. Investment securities are exposed to various risks such as interest rate, market, and credit risks. Due to the level of risk associated with certain investment securities, it is at least reasonably possible that changes in the values of investment securities will occur in the near term and that such changes could materially affect the amounts reported in the statement of net assets available for benefits.

**NOTE 8.  TRANSITION AGREEMENT**

Subsequent to June 30, 2012, the Plan entered into an agreement with Union Privilege to transition various benefit programs from the Plan to Union Privilege. The parties are currently developing a transition plan to transition these benefits.

**ADDITIONAL INFORMATION**

# AMERICAN FEDERATION OF TEACHERS
## BENEFIT PLAN AND TRUST

## SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES

### JUNE 30, 2012

FORM 5500, SCHEDULE H, ITEM 4i

E.I.N. 36-0725240
Plan No. 503

| (a) | (b) Identity of issuer, borrower, lessor or similar party | (c) Description of investments including maturity date, rate of interest, collateral, par or maturity value | | | | | (d) Cost | (e) Current Value |
|---|---|---|---|---|---|---|---|---|
| | | Description | Collateral | Maturity Date | Rate of Interest | Par Value/ Number of Shares | | |
| | **INTEREST-BEARING CASH** | | | | | | | |
| | Morgan Stanley Bank | Prime Money Market | N/A | N/A | Varies | 635,004 | $  635,004 | $  635,004 |
| | Total interest-bearing cash | | | | | | 635,004 | 635,004 |
| | **U.S. GOVERNMENT AND GOVERNMENT AGENCY SECURITIES** | | | | | | | |
| | GNMA 10-30 LA | Pool | N/A | 04/20/39 | 4.500  % | 100,000 | 31,118 | 31,000 |
| | GNMA 10-30 LG | Pool | N/A | 09/20/39 | 4.500 | 100,000 | 98,500 | 102,125 |
| | Total U.S. Government and Government Agency securities | | | | | | 129,618 | 133,125 |
| | **CORPORATE OBLIGATIONS** | | | | | | | |
| | Alcoa Inc | Note | N/A | 08/15/20 | 6.150 | 100,000 | 105,169 | 107,575 |
| | Alcoa Inc | Note | N/A | 04/15/21 | 5.400 | 50,000 | 50,766 | 50,351 |
| | Alcoa Inc | Note | N/A | 02/23/22 | 5.870 | 40,000 | 40,997 | 41,980 |
| | Bank of America Corporation | Note | N/A | 03/15/17 | 5.420 | 100,000 | 101,667 | 105,125 |
| | Donnelley & Sons | Note | N/A | 05/15/15 | 5.500 | 100,000 | 102,128 | 102,688 |
| | GE Cap Corp | Note | N/A | 11/15/67 | 6.375 | 100,000 | 101,750 | 104,922 |
| | JPMMT | Note | N/A | 01/25/36 | 5.750 | 200,000 | 54,959 | 44,660 |
| | Lehman Brothers Holdings | Note | N/A | 01/14/11 | 5.000 | 100,000 | 97,512 | 22,750 |
| | Lloyds TSB Bank PLC | Note | N/A | 01/21/21 | 6.375 | 100,000 | 105,144 | 116,334 |
| | Royal Bank of Scotland PLC | Note | N/A | 08/24/20 | 5.625 | 100,000 | 99,426 | 108,088 |
| | Telefonica SA | Note | N/A | 07/15/19 | 5.877 | 100,000 | 101,019 | 93,403 |
| | Total corporate obligations | | | | | | 960,537 | 897,876 |
| | **Unit investment trust** | | | | | | | |
| | Unit Guggenheim Strategic Income 55 | Equity Trust | N/A | N/A | N/A | 4,814 | 49,995 | 51,164 |
| | **Common Stock** | | | | | | | |
| | 3M Company | Stock | N/A | N/A | N/A | 38 | 3,331 | 3,405 |
| | 7 Days Group Hldgs LTD ADR | Stock | N/A | N/A | N/A | 77 | 1,342 | 813 |
| | Abbott Laboratories | Stock | N/A | N/A | N/A | 36 | 2,209 | 2,321 |
| | Acme Packet Inc | Stock | N/A | N/A | N/A | 38 | 1,054 | 709 |
| | Alleghney Tech Inc | Stock | N/A | N/A | N/A | 85 | 4,191 | 2,711 |
| | Allegiant Travel Co | Stock | N/A | N/A | N/A | 24 | 971 | 1,672 |
| | Alliant Energy Cp | Stock | N/A | N/A | N/A | 106 | 4,150 | 4,830 |
| | Total - Forward | | | | | | $   17,248 | $   16,461 |

## AMERICAN FEDERATION OF TEACHERS
## BENEFIT PLAN AND TRUST

### SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES (CONTINUED)

#### JUNE 30, 2012

FORM 5500, SCHEDULE H, ITEM 4i

E.I.N. 36-0725240
Plan No. 503

| (a) | (b) Identity of issuer, borrower, lessor or similar party | Description | Collateral | Maturity Date | Rate of Interest | Par Value/ Number of Shares | (d) Cost | (e) Current Value |
|---|---|---|---|---|---|---|---|---|
| | COMMON STOCK (CONTINUED) | | | | | | | |
| | Total - forward | | | | | | $ 17,248 | $ 16,461 |
| | | | | | | | | |
| | AMC Networks Inc CL A | Stock | N/A | N/A | N/A | 60 | 2,417 | 2,133 |
| | Amdocs Limited Ord | Stock | N/A | N/A | N/A | 117 | 3,387 | 3,477 |
| | American Electric Power Co | Stock | N/A | N/A | N/A | 29 | 1,108 | 1,157 |
| | Anadarko Pete (APC) | Stock | N/A | N/A | N/A | 125 | 10,193 | 8,275 |
| | Ansys Inc | Stock | N/A | N/A | N/A | 35 | 1,922 | 2,209 |
| | Arcos Dorados Hldgs Inc CL-A | Stock | N/A | N/A | N/A | 136 | 1,917 | 2,010 |
| | Arm Holdings PLC ADS | Stock | N/A | N/A | N/A | 72 | 1,989 | 1,713 |
| | Aruba Networks Inc | Stock | N/A | N/A | N/A | 184 | 4,320 | 2,769 |
| | Ascena Retail Group Inc Com | Stock | N/A | N/A | N/A | 130 | 2,477 | 2,421 |
| | Aspen Insurance Hldgs Ltd | Stock | N/A | N/A | N/A | 127 | 3,506 | 3,670 |
| | AT&T Inc | Stock | N/A | N/A | N/A | 94 | 2,906 | 3,352 |
| | Athenahealth Inc Com | Stock | N/A | N/A | N/A | 16 | 722 | 1,267 |
| | AutoDesk Inc Delaware | Stock | N/A | N/A | N/A | 175 | 7,121 | 6,123 |
| | Automatic Data Processing Inc | Stock | N/A | N/A | N/A | 60 | 3,322 | 3,340 |
| | Avis Budget Group Com | Stock | N/A | N/A | N/A | 68 | 955 | 1,034 |
| | AXA ADS | Stock | N/A | N/A | N/A | 90 | 1,742 | 1,198 |
| | BASF SE SP ADR | Stock | N/A | N/A | N/A | 35 | 3,393 | 2,429 |
| | BHP Billton Ltd | Stock | N/A | N/A | N/A | 85 | 8,008 | 5,551 |
| | BHP Billton Ltd | Stock | N/A | N/A | N/A | 18 | 1,085 | 1,029 |
| | Big 5 Sporting Goods Corp | Stock | N/A | N/A | N/A | 167 | 2,190 | 1,263 |
| | Biogen IDEC Inc | Stock | N/A | N/A | N/A | 145 | 10,372 | 20,935 |
| | Blue Nile Inc | Stock | N/A | N/A | N/A | 14 | 473 | 416 |
| | Boston Scientific Corp | Stock | N/A | N/A | N/A | 18,300 | 141,662 | 103,761 |
| | BottomLine Tech De Inc | Stock | N/A | N/A | N/A | 151 | 3,207 | 2,726 |
| | Bristol Myers Squibb Co | Stock | N/A | N/A | N/A | 83 | 2,790 | 2,984 |
| | British Amer TOB Spn ADR | Stock | N/A | N/A | N/A | 40 | 3,732 | 4,085 |
| | BroadCom Corp CL A | Stock | N/A | N/A | N/A | 190 | 7,431 | 6,414 |
| | Brookfield Asset Mgnt CL A Ltd | Stock | N/A | N/A | N/A | 50 | 1,616 | 1,655 |
| | Buffalo Wild Wings Inc | Stock | N/A | N/A | N/A | 12 | 1,033 | 1,040 |
| | C&J Energy Services | Stock | N/A | N/A | N/A | 41 | 757 | 759 |
| | Cablevision Systems Corp | Stock | N/A | N/A | N/A | 240 | 5,983 | 3,190 |
| | CACI International Inc CL A | Stock | N/A | N/A | N/A | 61 | 3,327 | 3,356 |
| | | | | | | | | |
| | Total - Forward | | | | | | $ 264,310 | $ 224,202 |

- 12 -

**AMERICAN FEDERATION OF TEACHERS**
**BENEFIT PLAN AND TRUST**

**SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES (CONTINUED)**

**JUNE 30, 2012**

FORM 5500, SCHEDULE H, ITEM 4i

E.I.N. 36-0725240
Plan No. 503

| (a) | (b) Identity of issuer, borrower, lessor or similar party | (c) Description of investments including maturity date, rate of interest, collateral, par or maturity value | | | | | (d) Cost | (e) Current Value |
|---|---|---|---|---|---|---|---|---|
| | | Description | Collateral | Maturity Date | Rate of Interest | Par Value/ Number of Shares | | |
| | **COMMON STOCK (CONTINUED)** | | | | | | | |
| | Total - forward | | | | | | $ 264,310 | $ 224,202 |
| | Canadian Natl Railway Co | Stock | N/A | N/A | N/A | 50 | 3,977 | 4,219 |
| | Canadian Natural Resources Ltd | Stock | N/A | N/A | N/A | 140 | 6,120 | 3,759 |
| | Carmax Inc | Stock | N/A | N/A | N/A | 57 | 2,034 | 1,479 |
| | Carrizo Oil & Gas Inc | Stock | N/A | N/A | N/A | 52 | 1,367 | 1,221 |
| | Casella Waste Sys Inc CL A | Stock | N/A | N/A | N/A | 429 | 3,002 | 2,510 |
| | Cash America International Inc | Stock | N/A | N/A | N/A | 22 | 1,021 | 969 |
| | CDN Pacific RY Ltd New | Stock | N/A | N/A | N/A | 95 | 5,979 | 6,960 |
| | Centerpoint Energy Inc | Stock | N/A | N/A | N/A | 140 | 2,683 | 2,894 |
| | Chart Industries, Inc | Stock | N/A | N/A | N/A | 19 | 779 | 1,306 |
| | Chelsea Therapeutics Intl LTD | Stock | N/A | N/A | N/A | 132 | 556 | 195 |
| | Chemed Corporation | Stock | N/A | N/A | N/A | 17 | 1,027 | 1,027 |
| | Chevron Corp | Stock | N/A | N/A | N/A | 16 | 1,644 | 1,688 |
| | Churchill Downs Inc | Stock | N/A | N/A | N/A | 16 | 946 | 941 |
| | Citi Trends Inc | Stock | N/A | N/A | N/A | 53 | 1,033 | 818 |
| | Citrix Systems Inc | Stock | N/A | N/A | N/A | 60 | 4,248 | 5,036 |
| | Clarcor Inc | Stock | N/A | N/A | N/A | 24 | 977 | 1,156 |
| | Clearwater Paper Corp | Stock | N/A | N/A | N/A | 67 | 2,285 | 2,286 |
| | Cliffs Natural Resources Inc | Stock | N/A | N/A | N/A | 31 | 2,047 | 1,528 |
| | CMS Energy CP | Stock | N/A | N/A | N/A | 147 | 2,682 | 3,455 |
| | Cogent Comm Group | Stock | N/A | N/A | N/A | 169 | 2,507 | 3,252 |
| | Cognex Corp | Stock | N/A | N/A | N/A | 20 | 599 | 633 |
| | Coherent Inc | Stock | N/A | N/A | N/A | 9 | 509 | 388 |
| | Coherent Inc | Stock | N/A | N/A | N/A | 51 | 3,022 | 2,199 |
| | Coinstar Inc | Stock | N/A | N/A | N/A | 25 | 1,541 | 1,717 |
| | Comcast Corp CL A Special New | Stock | N/A | N/A | N/A | 620 | 14,487 | 19,468 |
| | Comcast Corp CL A Special New | Stock | N/A | N/A | N/A | 94 | 2,725 | 2,952 |
| | Computer Programs & System Inc | Stock | N/A | N/A | N/A | 41 | 2,136 | 2,346 |
| | Conocophillips | Stock | N/A | N/A | N/A | 14 | 823 | 782 |
| | Cooper Industries PLC CL A | Stock | N/A | N/A | N/A | 85 | 4,951 | 5,795 |
| | Core Laboratories N V | Stock | N/A | N/A | N/A | 13 | 1,308 | 1,507 |
| | Core Laboratories N V | Stock | N/A | N/A | N/A | 15 | 1,670 | 1,739 |
| | Covidien PLC New | Stock | N/A | N/A | N/A | 80 | 4,145 | 4,280 |
| | Cree Research Inc | Stock | N/A | N/A | N/A | 170 | 7,353 | 4,364 |
| | Crocs Inc | Stock | N/A | N/A | N/A | 53 | 831 | 856 |
| | Crown Hldgs Inc | Stock | N/A | N/A | N/A | 86 | 2,907 | 2,966 |
| | Ctrip.com Intl LTD | Stock | N/A | N/A | N/A | 123 | 3,820 | 2,061 |
| | Cubic Corp | Stock | N/A | N/A | N/A | 42 | 1,838 | 2,019 |
| | Total - Forward | | | | | | $ 365,888 | $ 326,973 |

**AMERICAN FEDERATION OF TEACHERS**
**BENEFIT PLAN AND TRUST**

**SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES (CONTINUED)**

**JUNE 30, 2012**

FORM 5500, SCHEDULE H, ITEM 4i

E.I.N. 36-0725240
Plan No. 503

| (a) | (b) Identity of issuer, borrower, lessor or similar party | Description | Collateral | Maturity Date | Rate of Interest | Par Value/ Number of Shares | (d) Cost | (e) Current Value |
|---|---|---|---|---|---|---|---|---|
| | COMMON STOCK (CONTINUED) | | | | | | | |
| | Total - forward | | | | | | $ 365,888 | $ 326,973 |
| | Decker Outdoor Corporation | Stock | N/A | N/A | N/A | 8 | 654 | 352 |
| | Devry Inc | Stock | N/A | N/A | N/A | 71 | 3,110 | 2,199 |
| | Dexcom Inc | Stock | N/A | N/A | N/A | 112 | 1,534 | 1,452 |
| | Diageo Plc Spon ADR New | Stock | N/A | N/A | N/A | 50 | 4,125 | 5,154 |
| | Digital Globe New | Stock | N/A | N/A | N/A | 130 | 2,430 | 1,971 |
| | Dolby CLA A Com Stk | Stock | N/A | N/A | N/A | 100 | 4,712 | 4,130 |
| | Dolby CLA A Com Stk | Stock | N/A | N/A | N/A | 53 | 2,090 | 2,189 |
| | Domtar Corporation New | Stock | N/A | N/A | N/A | 24 | 2,072 | 1,841 |
| | DSW Inc Cl. A | Stock | N/A | N/A | N/A | 27 | 1,506 | 1,469 |
| | Du Pont EI DE Nemours & Co | Stock | N/A | N/A | N/A | 63 | 3,343 | 3,186 |
| | Dun & Bradstreet CP New | Stock | N/A | N/A | N/A | 57 | 4,414 | 4,057 |
| | Eaton Corporation | Stock | N/A | N/A | N/A | 23 | 1,114 | 911 |
| | Echostar Corporation | Stock | N/A | N/A | N/A | 76 | 1,596 | 2,008 |
| | Electro Scientific Industries | Stock | N/A | N/A | N/A | 122 | 1,806 | 1,442 |
| | EMCOR Group Inc | Stock | N/A | N/A | N/A | 39 | 993 | 1,085 |
| | Emulex Corp | Stock | N/A | N/A | N/A | 203 | 1,927 | 1,462 |
| | Endo Pharmaceuticals Hlds Inc | Stock | N/A | N/A | N/A | 91 | 2,838 | 2,819 |
| | Endologix Inc | Stock | N/A | N/A | N/A | 118 | 1,054 | 1,822 |
| | Energy XXI Bermuda Ltd Com New | Stock | N/A | N/A | N/A | 50 | 1,434 | 1,565 |
| | Ensign Energy Services Ord | Stock | N/A | N/A | N/A | 35 | 786 | 480 |
| | Entropic Comminucations Inc | Stock | N/A | N/A | N/A | 365 | 1,861 | 2,057 |
| | Evercore Partners Inc Class A | Stock | N/A | N/A | N/A | 41 | 1,119 | 959 |
| | Everest RE Group Ltd | Stock | N/A | N/A | N/A | 26 | 2,504 | 2,691 |
| | Exxon Mobil Corp | Stock | N/A | N/A | N/A | 46 | 3,915 | 3,936 |
| | F5 Networks Inc | Stock | N/A | N/A | N/A | 25 | 2,357 | 2,489 |
| | Fabrient | Stock | N/A | N/A | N/A | 115 | 1,884 | 1,443 |
| | Fair Isaac & Co Inc | Stock | N/A | N/A | N/A | 47 | 1,596 | 1,987 |
| | Faro Tech Inc | Stock | N/A | N/A | N/A | 58 | 1,968 | 2,441 |
| | FEI Company | Stock | N/A | N/A | N/A | 39 | 1,262 | 1,866 |
| | Fidelity Natl Finl Inc New | Stock | N/A | N/A | N/A | 128 | 2,300 | 2,465 |
| | Finning Intl Inc Com New | Stock | N/A | N/A | N/A | 10 | 308 | 230 |
| | First Republic Bank | Stock | N/A | N/A | N/A | 125 | 3,620 | 4,200 |
| | Fleetcor Technologies | Stock | N/A | N/A | N/A | 68 | 2,446 | 2,383 |
| | Fluidigm Corp Del Com | Stock | N/A | N/A | N/A | 27 | 386 | 406 |
| | Fluor Corp New | Stock | N/A | N/A | N/A | 90 | 6,496 | 4,441 |
| | FMC Corp New | Stock | N/A | N/A | N/A | 32 | 1,204 | 1,711 |
| | Forest Laboratories Inc | Stock | N/A | N/A | N/A | 325 | 10,198 | 11,372 |
| | Forum Energy Technologies | Stock | N/A | N/A | N/A | 29 | 628 | 571 |
| | Total - Forward | | | | | | $ 455,479 | $ 416,215 |

**AMERICAN FEDERATION OF TEACHERS**
**BENEFIT PLAN AND TRUST**

**SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES (CONTINUED)**

**JUNE 30, 2012**

FORM 5500, SCHEDULE H, ITEM 4i

E.I.N. 36-0725240
Plan No. 503

| (a) | (b) Identity of issuer, borrower, lessor or similar party | Description | Collateral | Maturity Date | Rate of Interest | Par Value/ Number of Shares | (d) Cost | (e) Current Value |
|---|---|---|---|---|---|---|---|---|
| | | | (c) Description of investments including maturity date, rate of interest, collateral, par or maturity value | | | | | |
| COMMON STOCK (CONTINUED) | | | | | | | | |
| | Total - forward | | | | | | $ 455,479 | $ 416,215 |
| | Freeport McMoran CP&GLD | Stock | N/A | N/A | N/A | 60 | 3,160 | 2,044 |
| | FTI Consulting Inc | Stock | N/A | N/A | N/A | 138 | 4,768 | 3,968 |
| | Fusion-io Inc | Stock | N/A | N/A | N/A | 21 | 502 | 439 |
| | Gaiam Inc CL A | Stock | N/A | N/A | N/A | 67 | 511 | 261 |
| | Gamestop Corp CL A New | Stock | N/A | N/A | N/A | 150 | 3,171 | 2,754 |
| | General Electric Co | Stock | N/A | N/A | N/A | 57 | 1,121 | 1,188 |
| | General Mills Inc | Stock | N/A | N/A | N/A | 35 | 1,374 | 1,349 |
| | Genesee & Wyoming Inc A | Stock | N/A | N/A | N/A | 24 | 1,436 | 1,268 |
| | Gildan Activewear Inc | Stock | N/A | N/A | N/A | 51 | 1,121 | 1,404 |
| | Global Cash Access Inc | Stock | N/A | N/A | N/A | 216 | 821 | 1,557 |
| | Global Payment Inc | Stock | N/A | N/A | N/A | 66 | 3,236 | 2,853 |
| | Grand Canyon Ed Inc Com | Stock | N/A | N/A | N/A | 63 | 1,070 | 1,319 |
| | GreatBatch Inc | Stock | N/A | N/A | N/A | 97 | 2,318 | 2,203 |
| | GT Advanced Technologies Inc | Stock | N/A | N/A | N/A | 292 | 2,563 | 1,542 |
| | H J Heinz Co | Stock | N/A | N/A | N/A | 63 | 3,342 | 3,426 |
| | H&R Block Inc | Stock | N/A | N/A | N/A | 213 | 3,150 | 3,404 |
| | Haemonetics Corp | Stock | N/A | N/A | N/A | 14 | 824 | 1,038 |
| | Hanover Insurance Group Inc | Stock | N/A | N/A | N/A | 73 | 2,943 | 2,856 |
| | Harman Int Inds New | Stock | N/A | N/A | N/A | 69 | 3,005 | 2,732 |
| | HCC Insurance Hldgs Inc | Stock | N/A | N/A | N/A | 65 | 1,760 | 2,041 |
| | Heartware Intl Inc Com | Stock | N/A | N/A | N/A | 7 | 593 | 622 |
| | Higher One Hldgs Inc Com | Stock | N/A | N/A | N/A | 38 | 524 | 464 |
| | HMS Holdings Corp | Stock | N/A | N/A | N/A | 31 | 747 | 1,033 |
| | Hollyfrontier Corp Com | Stock | N/A | N/A | N/A | 47 | 1,413 | 1,665 |
| | Home Depot Inc | Stock | N/A | N/A | N/A | 33 | 1,666 | 1,749 |
| | Houston Wire & Cable Co | Stock | N/A | N/A | N/A | 76 | 1,001 | 831 |
| | HUB Group Inc CL A | Stock | N/A | N/A | N/A | 31 | 1,039 | 1,120 |
| | Human Genome Services Inc | Stock | N/A | N/A | N/A | 204 | 3,145 | 2,679 |
| | Human Genome Services Inc | Stock | N/A | N/A | N/A | 235 | 5,069 | 3,086 |
| | Iconix Brand Grp Inc | Stock | N/A | N/A | N/A | 132 | 2,227 | 2,306 |
| | Idacorp Inc | Stock | N/A | N/A | N/A | 105 | 4,007 | 4,418 |
| | Illumina Inc | Stock | N/A | N/A | N/A | 33 | 143 | 1,333 |
| | Immunogen Inc | Stock | N/A | N/A | N/A | 240 | 2,056 | 4,018 |
| | Impax Laboratories Inc | Stock | N/A | N/A | N/A | 52 | 976 | 1,054 |
| | Impax Laboratories Inc | Stock | N/A | N/A | N/A | 122 | 2,484 | 2,473 |
| | Impax Laboratories Inc | Stock | N/A | N/A | N/A | 67 | 1,243 | 1,358 |
| | Total - Forward | | | | | | $ 526,009 | $ 486,070 |

**AMERICAN FEDERATION OF TEACHERS**
**BENEFIT PLAN AND TRUST**

**SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES (CONTINUED)**

JUNE 30, 2012

FORM 5500, SCHEDULE H, ITEM 4i

E.I.N. 36-0725240
Plan No. 503

| (a) | (b) Identity of issuer, borrower, lessor or similar party | Description | Collateral | Maturity Date | Rate of Interest | Par Value/ Number of Shares | (d) Cost | (e) Current Value |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | COMMON STOCK (CONTINUED) | | | | | | | |
| | Total - forward | | | | | | $ 526,009 | $ 486,070 |
| | Informatica Corp | Stock | N/A | N/A | N/A | 30 | 1,420 | 1,271 |
| | Ingersoll Rand Co CL A | Stock | N/A | N/A | N/A | 115 | 4,513 | 4,851 |
| | Intel Corp | Stock | N/A | N/A | N/A | 80 | 2,230 | 2,132 |
| | International Paper Co | Stock | N/A | N/A | N/A | 63 | 2,211 | 1,821 |
| | IPG Photonics Corp | Stock | N/A | N/A | N/A | 15 | 692 | 654 |
| | Ironwood Pharm Inc A | Stock | N/A | N/A | N/A | 37 | 440 | 510 |
| | Isis Pharm Inc | Stock | N/A | N/A | N/A | 235 | 2,070 | 2,820 |
| | IXIA | Stock | N/A | N/A | N/A | 137 | 2,123 | 1,647 |
| | Jack Henry & Assoc Inc | Stock | N/A | N/A | N/A | 50 | 1,536 | 1,726 |
| | Jack in the Box Inc | Stock | N/A | N/A | N/A | 52 | 1,083 | 1,450 |
| | Johnson & Johnson | Stock | N/A | N/A | N/A | 34 | 2,219 | 2,297 |
| | Johnson Controls Incorporated | Stock | N/A | N/A | N/A | 35 | 1,113 | 970 |
| | Kansas CY Southn ind New | Stock | N/A | N/A | N/A | 16 | 857 | 1,113 |
| | Kemet Corporation New | Stock | N/A | N/A | N/A | 150 | 1,855 | 902 |
| | Key Energy Svc Inc | Stock | N/A | N/A | N/A | 101 | 1,007 | 768 |
| | Kimberly Clark Corp | Stock | N/A | N/A | N/A | 45 | 3,332 | 3,770 |
| | Kodiak Oil & Gas Corp | Stock | N/A | N/A | N/A | 15 | 910 | 1,232 |
| | Kulicke & Soffa Inds | Stock | N/A | N/A | N/A | 211 | 2,111 | 1,882 |
| | L-3 Communications Holding Inc | Stock | N/A | N/A | N/A | 105 | 8,349 | 7,771 |
| | LAM Research Corporation | Stock | N/A | N/A | N/A | 63 | 2,599 | 2,378 |
| | Lattice Semiconductor | Stock | N/A | N/A | N/A | 269 | 1,410 | 1,009 |
| | Lear Corp | Stock | N/A | N/A | N/A | 54 | 2,482 | 2,037 |
| | Lexmark Intl Inc New A | Stock | N/A | N/A | N/A | 101 | 3,044 | 2,685 |
| | Liberty Interactive CO Inter A | Stock | N/A | N/A | N/A | 260 | 4,102 | 4,622 |
| | Liberty Media Hldg Cap Ser A | Stock | N/A | N/A | N/A | 55 | 4,060 | 4,835 |
| | Life Technologies Corp | Stock | N/A | N/A | N/A | 30 | 1,403 | 1,350 |
| | Linkedin Corp A | Stock | N/A | N/A | N/A | 12 | 995 | 1,275 |
| | Lionbridge Technologies Inc | Stock | N/A | N/A | N/A | 697 | 2,509 | 2,196 |
| | Live Nation Entertainment Inc | Stock | N/A | N/A | N/A | 157 | 1,382 | 1,441 |
| | Logitech Intl SA | Stock | N/A | N/A | N/A | 92 | 977 | 982 |
| | Lufkin Ind | Stock | N/A | N/A | N/A | 42 | 2,813 | 2,281 |
| | M K S Instruments | Stock | N/A | N/A | N/A | 69 | 2,109 | 1,991 |
| | Manulife Financial Corp | Stock | N/A | N/A | N/A | 100 | 1,677 | 1,089 |
| | Map Pharmaceuticals Inc | Stock | N/A | N/A | N/A | 41 | 649 | 613 |
| | Markel Corp | Stock | N/A | N/A | N/A | 8 | 2,974 | 3,534 |
| | | | | | | | | |
| | Total - Forward | | | | | | $ 601,264 | $ 559,975 |

- 16 -

**AMERICAN FEDERATION OF TEACHERS**
**BENEFIT PLAN AND TRUST**

**SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES (CONTINUED)**

**JUNE 30, 2012**

FORM 5500, SCHEDULE H, ITEM 4i

E.I.N. 36-0725240
Plan No. 503

| (a) | (b) Identity of issuer, borrower, lessor or similar party | Description | Collateral | Maturity Date | Rate of Interest | Par Value/ Number of Shares | (d) Cost | (e) Current Value |
|-----|---|---|---|---|---|---|---|---|
| | | (c) Description of investments including maturity date, rate of interest, collateral, par or maturity value | | | | | | |
| | COMMON STOCK (CONTINUED) | | | | | | | |
| | Total - forward | | | | | | $ 601,264 | $ 559,975 |
| | Medicis Pharm Corp CL A New | Stock | N/A | N/A | N/A | 73 | 2,481 | 2,493 |
| | Mednax Inc | Stock | N/A | N/A | N/A | 41 | 2,704 | 2,810 |
| | Metlife Incorporated | Stock | N/A | N/A | N/A | 30 | 1,349 | 926 |
| | Mettler Toledo Intl | Stock | N/A | N/A | N/A | 8 | 1,348 | 1,247 |
| | MFA Financial Inc | Stock | N/A | N/A | N/A | 445 | 3,289 | 3,511 |
| | Microsemi Corp | Stock | N/A | N/A | N/A | 58 | 1,252 | 1,072 |
| | Microsoft Corp | Stock | N/A | N/A | N/A | 107 | 2,819 | 3,273 |
| | Midstates Petroleum Co Inc | Stock | N/A | N/A | N/A | 62 | 778 | 602 |
| | Minerals Technology Inc | Stock | N/A | N/A | N/A | 15 | 953 | 957 |
| | Mobile Mini Inc | Stock | N/A | N/A | N/A | 70 | 967 | 1,008 |
| | MSC Indl Direct Co Class A | Stock | N/A | N/A | N/A | 16 | 1,183 | 1,049 |
| | Mylan Inc | Stock | N/A | N/A | N/A | 94 | 2,073 | 2,009 |
| | NABORS Industries Ltd New | Stock | N/A | N/A | N/A | 350 | 9,042 | 5,040 |
| | National Oilwell Varco Inc | Stock | N/A | N/A | N/A | 50 | 4,003 | 3,222 |
| | Natl Instrums CP | Stock | N/A | N/A | N/A | 24 | 739 | 645 |
| | Nestle Spon ADR Rep Reg SHR | Stock | N/A | N/A | N/A | 105 | 6,783 | 6,273 |
| | Nestle Spon ADR Rep Reg SHR | Stock | N/A | N/A | N/A | 18 | 1,102 | 1,075 |
| | NetScout Systems Inc | Stock | N/A | N/A | N/A | 70 | 1,683 | 1,511 |
| | Neustar CLA A Com Stk | Stock | N/A | N/A | N/A | 94 | 2,804 | 3,140 |
| | Nextera Energy Inc Com | Stock | N/A | N/A | N/A | 53 | 3,317 | 3,647 |
| | Noble Corp New | Stock | N/A | N/A | N/A | 225 | 8,487 | 7,319 |
| | Novartis AG ADR | Stock | N/A | N/A | N/A | 55 | 3,446 | 3,075 |
| | NRG Energy Inc | Stock | N/A | N/A | N/A | 216 | 3,654 | 3,750 |
| | Nucor Corporation | Stock | N/A | N/A | N/A | 130 | 6,062 | 4,927 |
| | Nxstage Medical Inc | Stock | N/A | N/A | N/A | 58 | 1,113 | 972 |
| | Oceaneering Intl Inc | Stock | N/A | N/A | N/A | 25 | 988 | 1,197 |
| | Total - Forward | | | | | | $ 675,682 | $ 626,725 |

**AMERICAN FEDERATION OF TEACHERS**
**BENEFIT PLAN AND TRUST**

**SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES (CONTINUED)**

**JUNE 30, 2012**

FORM 5500, SCHEDULE H, ITEM 4i

E.I.N. 36-0725240
Plan No. 503

| (a) | (b) Identity of issuer, borrower, lessor or similar party | Description | Collateral | Maturity Date | Rate of Interest | Par Value/ Number of Shares | (d) Cost | | (e) Current Value |
|---|---|---|---|---|---|---|---|---|---|
| | COMMON STOCK (CONTINUED) | | | | | | | | |
| | Total - forward | | | | | | $ | 675,682 | $ 626,725 |
| | Old Republic Intl CP | Stock | N/A | N/A | N/A | 155 | | 1,416 | 1,285 |
| | Pacer Intl Inc | Stock | N/A | N/A | N/A | 181 | | 924 | 977 |
| | Pall Corporation | Stock | N/A | N/A | N/A | 110 | | 6,156 | 6,029 |
| | Papa Johns Intl Inc | Stock | N/A | N/A | N/A | 21 | | 811 | 999 |
| | Parexel Intl Corp | Stock | N/A | N/A | N/A | 39 | | 833 | 1,101 |
| | Partnerre Hldgs | Stock | N/A | N/A | N/A | 25 | | 1,702 | 1,892 |
| | PDC Energy Inc Com | Stock | N/A | N/A | N/A | 52 | | 1,380 | 1,275 |
| | Peet's Coffee and Tea | Stock | N/A | N/A | N/A | 33 | | 1,905 | 1,981 |
| | Peet's Coffee and Tea | Stock | N/A | N/A | N/A | 14 | | 810 | 841 |
| | People's United Financial Inc | Stock | N/A | N/A | N/A | 127 | | 1,674 | 1,474 |
| | Pepsico Inc NC | Stock | N/A | N/A | N/A | 16 | | 1,054 | 1,131 |
| | Pfizer Inc | Stock | N/A | N/A | N/A | 75 | | 1,499 | 1,725 |
| | Pharmacyclics Inc | Stock | N/A | N/A | N/A | 10 | | 431 | 546 |
| | Phillips 66 Com | Stock | N/A | N/A | N/A | 7 | | 244 | 233 |
| | Pinnacle West Capital Corp | Stock | N/A | N/A | N/A | 28 | | 1,086 | 1,449 |
| | Pioneer Drilling Co | Stock | N/A | N/A | N/A | 102 | | 754 | 813 |
| | Potash CP of Saskatchewan Inc | Stock | N/A | N/A | N/A | 120 | | 7,472 | 5,243 |
| | Power Integrations Inc | Stock | N/A | N/A | N/A | 26 | | 956 | 970 |
| | Power-One Inc Com New | Stock | N/A | N/A | N/A | 266 | | 1,832 | 1,202 |
| | PPG Industries Inc | Stock | N/A | N/A | N/A | 23 | | 2,255 | 2,441 |
| | Pricesmart Inc | Stock | N/A | N/A | N/A | 13 | | 797 | 878 |
| | Procter & Gamble | Stock | N/A | N/A | N/A | 58 | | 3,894 | 3,553 |
| | PSS World Medical Inc | Stock | N/A | N/A | N/A | 40 | | 1,008 | 840 |
| | Qlik Technologies | Stock | N/A | N/A | N/A | 68 | | 1,739 | 1,504 |
| | Qualcomm Inc | Stock | N/A | N/A | N/A | 20 | | 1,101 | 1,114 |
| | Quest Software Inc | Stock | N/A | N/A | N/A | 76 | | 2,003 | 2,114 |
| | Questcor Pharm Inc | Stock | N/A | N/A | N/A | 29 | | 1,315 | 1,544 |
| | RackSpace Hosting Inc Com | Stock | N/A | N/A | N/A | 30 | | 1,448 | 1,318 |
| | Raytheon Co | Stock | N/A | N/A | N/A | 32 | | 1,525 | 1,811 |
| | Reald Inc Com | Stock | N/A | N/A | N/A | 165 | | 2,327 | 2,468 |
| | Regal Entertainment Group CL A | Stock | N/A | N/A | N/A | 66 | | 762 | 908 |
| | Rent-A-Ctr Inc | Stock | N/A | N/A | N/A | 45 | | 1,576 | 1,517 |
| | Rio Tinto PLC Spon ADR | Stock | N/A | N/A | N/A | 110 | | 7,934 | 5,259 |
| | Salix Pharm Ltd | Stock | N/A | N/A | N/A | 29 | | 1,223 | 1,579 |
| | Salix Pharm Ltd | Stock | N/A | N/A | N/A | 18 | | 918 | 980 |
| | Sanchez Energy | Stock | N/A | N/A | N/A | 43 | | 835 | 894 |
| | Sandisk Corp | Stock | N/A | N/A | N/A | 135 | | 6,083 | 4,925 |
| | Total - Forward | | | | | | $ | 747,365 | $ 693,538 |

# AMERICAN FEDERATION OF TEACHERS
## BENEFIT PLAN AND TRUST

### SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES (CONTINUED)

#### JUNE 30, 2012

FORM 5500, SCHEDULE H, ITEM 4i

E.I.N. 36-0725240
Plan No. 503

| (a) | (b) Identity of issuer, borrower, lessor or similar party | Description | Collateral | Maturity Date | Rate of Interest | Par Value/ Number of Shares | (d) Cost | (e) Current Value |
|---|---|---|---|---|---|---|---|---|
| | | | | (c) Description of investments including maturity date, rate of interest, collateral, par or maturity value | | | | |
| | COMMON STOCK (CONTINUED) | | | | | | | |
| | Total - forward | | | | | | $ 747,365 | $ 693,538 |
| | ScanSource Inc | Stock | N/A | N/A | N/A | 35 | 1,259 | 1,072 |
| | Schlumberger Ltd | Stock | N/A | N/A | N/A | 90 | 8,559 | 5,842 |
| | Scholastic CP | Stock | N/A | N/A | N/A | 29 | 1,023 | 816 |
| | Seagate Technology PLC | Stock | N/A | N/A | N/A | 580 | 8,272 | 14,343 |
| | Semtech Corp | Stock | N/A | N/A | N/A | 66 | 1,491 | 1,605 |
| | ServiceSource Intl | Stock | N/A | N/A | N/A | 74 | 1,056 | 1,025 |
| | Shaw Group Incorporated | Stock | N/A | N/A | N/A | 66 | 2,077 | 1,802 |
| | Shoretel Inc | Stock | N/A | N/A | N/A | 215 | 1,326 | 942 |
| | Shuffle Master Inc | Stock | N/A | N/A | N/A | 223 | 2,050 | 3,077 |
| | Shutterfly Inc | Stock | N/A | N/A | N/A | 46 | 1,308 | 1,412 |
| | Silicon Image Inc | Stock | N/A | N/A | N/A | 170 | 1,003 | 701 |
| | Sina.com | Stock | N/A | N/A | N/A | 8 | 704 | 414 |
| | Sirona Dental Systems Inc | Stock | N/A | N/A | N/A | 43 | 1,865 | 1,935 |
| | Spectra Energy Corp Com | Stock | N/A | N/A | N/A | 71 | 2,231 | 2,063 |
| | Splunk Inc | Stock | N/A | N/A | N/A | 30 | 890 | 843 |
| | Staples Inc | Stock | N/A | N/A | N/A | 139 | 2,239 | 1,814 |
| | Starwood Htls & Rsts WW Inc | Stock | N/A | N/A | N/A | 35 | 1,988 | 1,856 |
| | Stifel Financial Corporation | Stock | N/A | N/A | N/A | 45 | 1,447 | 1,391 |
| | Suncor Energy Inc New Com | Stock | N/A | N/A | N/A | 220 | 8,991 | 6,369 |
| | Sunopta Inc | Stock | N/A | N/A | N/A | 651 | 4,320 | 3,652 |
| | Superior Energy Services Inc | Stock | N/A | N/A | N/A | 37 | 1,219 | 749 |
| | SVB FNCL Grp | Stock | N/A | N/A | N/A | 44 | 2,314 | 2,584 |
| | SXC Health Solutions Corp | Stock | N/A | N/A | N/A | 27 | 1,330 | 2,679 |
| | Synex Corp | Stock | N/A | N/A | N/A | 26 | 984 | 897 |
| | T Rowe Price Group Inc | Stock | N/A | N/A | N/A | 34 | 1,675 | 2,141 |
| | Talisman Energy Inc | Stock | N/A | N/A | N/A | 85 | 1,741 | 974 |
| | Target Corporation | Stock | N/A | N/A | N/A | 19 | 1,106 | 1,106 |
| | TE Connectivity LTD NEW | Stock | N/A | N/A | N/A | 235 | 8,162 | 7,499 |
| | Tellabs Inc Delaware | Stock | N/A | N/A | N/A | 356 | 1,899 | 1,185 |
| | Tenaris S.A. | Stock | N/A | N/A | N/A | 175 | 7,809 | 6,120 |
| | Tenneco Automotive Inc | Stock | N/A | N/A | N/A | 34 | 1,053 | 912 |
| | Tessera Technologies Inc | Stock | N/A | N/A | N/A | 135 | 2,477 | 2,075 |
| | Texas Instruments | Stock | N/A | N/A | N/A | 34 | 1,096 | 975 |
| | The Boston Beer Co Inc A | Stock | N/A | N/A | N/A | 10 | 908 | 1,210 |
| | Total - Forward | | | | | | $ 835,236 | $ 777,618 |

**AMERICAN FEDERATION OF TEACHERS**
**BENEFIT PLAN AND TRUST**

**SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES (CONTINUED)**

**JUNE 30, 2012**

FORM 5500, SCHEDULE H, ITEM 4i

E.I.N. 36-0725240
Plan No. 503

| (a) | (b) Identity of issuer, borrower, lessor or similar party | (c) Description of investments including maturity date, rate of interest, collateral, par or maturity value | | | | | (d) Cost | (e) Current Value |
|---|---|---|---|---|---|---|---|---|
| | | Description | Collateral | Maturity Date | Rate of Interest | Par Value/ Number of Shares | | |
| | COMMON STOCK (CONTINUED) | | | | | | | |
| | Total - forward | | | | | | $ 835,236 | $ 777,618 |
| | The DirectTV Group CL A | Stock | N/A | N/A | N/A | 90 | 4,188 | 4,394 |
| | Theravance Inc | Stock | N/A | N/A | N/A | 27 | 485 | 600 |
| | Time Warner Inc New | Stock | N/A | N/A | N/A | 60 | 2,119 | 2,310 |
| | TIVO Inc | Stock | N/A | N/A | N/A | 231 | 2,334 | 1,908 |
| | Total Fina ELF SA | Stock | N/A | N/A | N/A | 55 | 2,750 | 2,472 |
| | Total System Svcs | Stock | N/A | N/A | N/A | 119 | 1,980 | 2,848 |
| | Transdigm Group Inc | Stock | N/A | N/A | N/A | 8 | 921 | 1,074 |
| | Transocean Ltd | Stock | N/A | N/A | N/A | 130 | 8,473 | 5,815 |
| | Travelers Companies Inc Com | Stock | N/A | N/A | N/A | 56 | 3,317 | 3,575 |
| | TripAdvisor Inc Com | Stock | N/A | N/A | N/A | 47 | 1,425 | 2,100 |
| | Tyco International LTD | Stock | N/A | N/A | N/A | 230 | 10,306 | 12,156 |
| | UBS AG New | Stock | N/A | N/A | N/A | 190 | 3,319 | 2,225 |
| | Ultimate Software Gp Inc | Stock | N/A | N/A | N/A | 17 | 885 | 1,512 |
| | Unilever NV NY SH New | Stock | N/A | N/A | N/A | 110 | 3,641 | 3,669 |
| | United Natural Foods Inc | Stock | N/A | N/A | N/A | 42 | 1,647 | 2,304 |
| | United Parcel Service Inc CL-B | Stock | N/A | N/A | N/A | 35 | 2,792 | 2,757 |
| | United Technologies Corp | Stock | N/A | N/A | N/A | 14 | 1,045 | 1,057 |
| | UnitedHealth GP Inc | Stock | N/A | N/A | N/A | 280 | 12,235 | 16,380 |
| | Universal Display Corp | Stock | N/A | N/A | N/A | 37 | 1,323 | 1,330 |
| | Universal Technical Instit | Stock | N/A | N/A | N/A | 93 | 1,660 | 1,256 |
| | URS Corp New | Stock | N/A | N/A | N/A | 53 | 2,308 | 1,849 |
| | Valassis Communications Inc | Stock | N/A | N/A | N/A | 102 | 2,638 | 2,219 |
| | Vale S.A. | Stock | N/A | N/A | N/A | 215 | 7,121 | 4,268 |
| | Verizon Communications | Stock | N/A | N/A | N/A | 73 | 2,749 | 3,244 |
| | Vertex Pharmaceuticals | Stock | N/A | N/A | N/A | 85 | 3,995 | 4,753 |
| | Vertex Pharmaceuticals | Stock | N/A | N/A | N/A | 23 | 894 | 1,286 |
| | Viasat Inc | Stock | N/A | N/A | N/A | 31 | 1,247 | 1,171 |
| | Volcano Corp | Stock | N/A | N/A | N/A | 53 | 1,448 | 1,518 |
| | Vonage Holdings Corp | Stock | N/A | N/A | N/A | 830 | 2,235 | 1,668 |
| | Wal Mart Stores Inc | Stock | N/A | N/A | N/A | 46 | 2,778 | 3,207 |
| | Walt Disney Co Hldg Co | Stock | N/A | N/A | N/A | 26 | 1,115 | 1,261 |
| | Waste Mgmt Inc | Stock | N/A | N/A | N/A | 77 | 2,702 | 2,572 |
| | Wisconsin Energy Corp | Stock | N/A | N/A | N/A | 47 | 1,649 | 1,860 |
| | Washington Post Company CL B | Stock | N/A | N/A | N/A | 10 | 3,543 | 3,738 |
| | Weatherford International Ltd | Stock | N/A | N/A | N/A | 420 | 8,516 | 5,305 |
| | Weatherford International LTD | Stock | N/A | N/A | N/A | 500 | 10,448 | 6,315 |
| | Westar Energy Inc | Stock | N/A | N/A | N/A | 126 | 2,731 | 3,774 |
| | Western Refining, Inc | Stock | N/A | N/A | N/A | 52 | 1,002 | 1,158 |
| | Westlake Chemical Corp | Stock | N/A | N/A | N/A | 9 | 447 | 470 |
| | White Mountain GRP Bermuda | Stock | N/A | N/A | N/A | 6 | 1,918 | 3,131 |
| | Whiting Petroleum Corp | Stock | N/A | N/A | N/A | 30 | 1,244 | 1,234 |
| | Wiley John & Son CL A | Stock | N/A | N/A | N/A | 50 | 2,311 | 2,450 |
| | Willis Group Holdings PLC | Stock | N/A | N/A | N/A | 89 | 2,869 | 3,248 |
| | Wolverine World Wide | Stock | N/A | N/A | N/A | 24 | 1,057 | 931 |
| | Yara Intl ASA Spons ADR | Stock | N/A | N/A | N/A | 5 | 1,571 | 945 |
| | Clearbridge Energy Mlp Opp FD | Stock | N/A | N/A | N/A | 5,000 | 100,000 | 97,400 |
| | LG Mason BW Glbl Oppt FD | Stock | N/A | N/A | N/A | 5,000 | 100,000 | 92,750 |
| | Nuveen Short Duratn Cr Opp FD | Stock | N/A | N/A | N/A | 5,000 | 100,000 | 95,000 |
| | Total common stock | | | | | | 1,272,618 | 1,198,085 |
| | Total Investments | | | | | | $ 3,047,772 | $ 2,915,254 |

- 20 -

**AMERICAN FEDERATION OF TEACHERS
BENEFIT PLAN AND TRUST**

**SCHEDULE OF ADMINISTRATION EXPENSES**

**YEARS ENDED JUNE 30, 2012 AND 2011**

|  | 2012 | 2011 |
|---|---|---|
| Administration expenses |  |  |
| AFT | $ 92,091 | $ 91,883 |
| AFT State Federations | 192,997 | 194,145 |
| Insurance bonus - AFT State Federations | 38,960 | 18,780 |
| Printing and mailing | - | 44,308 |
| Consultants and expenses | 43,397 | 53,214 |
| Rent | 13,269 | 13,952 |
| Audit | 16,983 | 18,869 |
| Other | 34,013 | 11,399 |
| Total administration expenses | $ 431,710 | $ 446,550 |

AMERICAN FEDERATION OF TEACHERS
BENEFIT PLAN AND TRUST

SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES

JUNE 30, 2012

FORM 5500, SCHEDULE H, ITEM 4i

E.I N. 36-0725240
Plan No. 503

| (a) | (b) Identity of issuer, borrower, lessor or similar party | (c) Description of investments including maturity date, rate of interest, collateral, par or maturity value | | | | | (d) Cost | (e) Current Value |
|---|---|---|---|---|---|---|---|---|
| | | Description | Collateral | Maturity Date | Rate of Interest | Par Value/ Number of Shares | | |
| | INTEREST-BEARING CASH | | | | | | | |
| | Morgan Stanley Bank | Prime Money Market | N/A | N/A | Varies | 635,004 | $  635,004 | $  635,004 |
| | Total interest-bearing cash | | | | | | 635,004 | 635,004 |
| | U.S. GOVERNMENT AND GOVERNMENT AGENCY SECURITIES | | | | | | | |
| | GNMA 10-30 LA | Pool | N/A | 04/20/39 | 4.500  % | 100,000 | 31,118 | 31,000 |
| | GNMA 10-30 LG | Pool | N/A | 09/20/39 | 4.500 | 100,000 | 98,500 | 102,125 |
| | Total U.S. Government and Government Agency securities | | | | | | 129,618 | 133,125 |
| | CORPORATE OBLIGATIONS | | | | | | | |
| | Alcoa Inc | Note | N/A | 08/15/20 | 6.150 | 100,000 | 105,169 | 107,575 |
| | Alcoa Inc | Note | N/A | 04/15/21 | 5.400 | 50,000 | 50,766 | 50,351 |
| | Alcoa Inc | Note | N/A | 02/23/22 | 5 870 | 40,000 | 40,997 | 41,980 |
| | Bank of America Corporation | Note | N/A | 03/15/17 | 5 420 | 100,000 | 101,667 | 105,125 |
| | Donnelley & Sons | Note | N/A | 05/15/15 | 5 500 | 100,000 | 102,128 | 102,688 |
| | GE Cap Corp | Note | N/A | 11/15/67 | 6.375 | 100,000 | 101,750 | 104,922 |
| | JPMMT | Note | N/A | 01/25/36 | 5 750 | 200,000 | 54,959 | 44,660 |
| | Lehman Brothers Holdings | Note | N/A | 01/14/11 | 5.000 | 100,000 | 97,512 | 22,750 |
| | Lloyds TSB Bank PLC | Note | N/A | 01/21/21 | 6.375 | 100,000 | 105,144 | 116,334 |
| | Royal Bank of Scotland PLC | Note | N/A | 08/24/20 | 5.625 | 100,000 | 99,426 | 108,088 |
| | Telefonica SA | Note | N/A | 07/15/19 | 5.877 | 100,000 | 101,019 | 93,403 |
| | Total corporate obligations | | | | | | 960,537 | 897,876 |
| | Unit investment trust | | | | | | | |
| | Unit Guggenheim Strategic Income 55 | Equity Trust | N/A | N/A | N/A | 4,814 | 49,995 | 51,164 |
| | Common Stock | | | | | | | |
| | 3M Company | Stock | N/A | N/A | N/A | 38 | 3,331 | 3,405 |
| | 7 Days Group Hldgs LTD ADR | Stock | N/A | N/A | N/A | 77 | 1,342 | 813 |
| | Abbott Laboratories | Stock | N/A | N/A | N/A | 36 | 2,209 | 2,321 |
| | Acme Packet Inc | Stock | N/A | N/A | N/A | 38 | 1,054 | 709 |
| | Alleghney Tech Inc | Stock | N/A | N/A | N/A | 85 | 4,191 | 2,711 |
| | Allegiant Travel Co | Stock | N/A | N/A | N/A | 24 | 971 | 1,672 |
| | Alliant Energy Cp | Stock | N/A | N/A | N/A | 106 | 4,150 | 4,830 |
| | Total - Forward | | | | | | $  17,248 | $  16,461 |

**AMERICAN FEDERATION OF TEACHERS**
**BENEFIT PLAN AND TRUST**

**SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES (CONTINUED)**

JUNE 30, 2012

FORM 5500, SCHEDULE H, ITEM 4i

E.I.N. 36-0725240
Plan No. 503

| (a) | (b) Identity of issuer, borrower, lessor or similar party | Description | Collateral | Maturity Date | Rate of Interest | Par Value/ Number of Shares | (d) Cost | | (e) Current Value |
|---|---|---|---|---|---|---|---|---|---|
| | COMMON STOCK (CONTINUED) | | | | | | | | |
| | Total - forward | | | | | | $ 17,248 | $ | 16,461 |
| | | | | | | | | | |
| | AMC Networks Inc CL A | Stock | N/A | N/A | N/A | 60 | 2,417 | | 2,133 |
| | Amdocs Limited Ord | Stock | N/A | N/A | N/A | 117 | 3,387 | | 3,477 |
| | American Electric Power Co | Stock | N/A | N/A | N/A | 29 | 1,108 | | 1,157 |
| | Anadarko Pete (APC) | Stock | N/A | N/A | N/A | 125 | 10,193 | | 8,275 |
| | Ansys Inc | Stock | N/A | N/A | N/A | 35 | 1,922 | | 2,209 |
| | Arcos Dorados Hldgs Inc CL.-A | Stock | N/A | N/A | N/A | 136 | 1,917 | | 2,010 |
| | Arm Holdings PLC ADS | Stock | N/A | N/A | N/A | 72 | 1,989 | | 1,713 |
| | Aruba Networks Inc | Stock | N/A | N/A | N/A | 184 | 4,320 | | 2,769 |
| | Ascena Retail Group Inc Com | Stock | N/A | N/A | N/A | 130 | 2,477 | | 2,421 |
| | Aspen Insurance Hldgs Ltd | Stock | N/A | N/A | N/A | 127 | 3,506 | | 3,670 |
| | AT&T Inc | Stock | N/A | N/A | N/A | 94 | 2,906 | | 3,352 |
| | Athenahealth Inc Com | Stock | N/A | N/A | N/A | 16 | 722 | | 1,267 |
| | AutoDesk Inc Delaware | Stock | N/A | N/A | N/A | 175 | 7,121 | | 6,123 |
| | Automatic Data Processing Inc | Stock | N/A | N/A | N/A | 60 | 3,322 | | 3,340 |
| | Avis Budget Group Com | Stock | N/A | N/A | N/A | 68 | 955 | | 1,034 |
| | AXA ADS | Stock | N/A | N/A | N/A | 90 | 1,742 | | 1,198 |
| | BASF SE SP ADR | Stock | N/A | N/A | N/A | 35 | 3,393 | | 2,429 |
| | BHP Billton Ltd | Stock | N/A | N/A | N/A | 85 | 8,008 | | 5,551 |
| | BHP Billton Ltd | Stock | N/A | N/A | N/A | 18 | 1,085 | | 1,029 |
| | Big 5 Sporting Goods Corp | Stock | N/A | N/A | N/A | 167 | 2,190 | | 1,263 |
| | Biogen IDEC Inc | Stock | N/A | N/A | N/A | 145 | 10,372 | | 20,935 |
| | Blue Nile Inc | Stock | N/A | N/A | N/A | 14 | 473 | | 416 |
| | Boston Scientific Corp | Stock | N/A | N/A | N/A | 18,300 | 141,662 | | 103,761 |
| | BottomLine Tech De Inc | Stock | N/A | N/A | N/A | 151 | 3,207 | | 2,726 |
| | Bristol Myers Squibb Co | Stock | N/A | N/A | N/A | 83 | 2,790 | | 2,984 |
| | British Amer TOB Spn ADR | Stock | N/A | N/A | N/A | 40 | 3,732 | | 4,085 |
| | BroadCom Corp CL A | Stock | N/A | N/A | N/A | 190 | 7,431 | | 6,414 |
| | Brookfield Asset Mgmt CL A Ltd | Stock | N/A | N/A | N/A | 50 | 1,616 | | 1,655 |
| | Buffalo Wild Wings Inc | Stock | N/A | N/A | N/A | 12 | 1,033 | | 1,040 |
| | C&J Energy Services | Stock | N/A | N/A | N/A | 41 | 757 | | 759 |
| | Cablevision Systems Corp | Stock | N/A | N/A | N/A | 240 | 5,983 | | 3,190 |
| | CACI International Inc CL A | Stock | N/A | N/A | N/A | 61 | 3,327 | | 3,356 |
| | | | | | | | | | |
| | Total - Forward | | | | | | $ 264,310 | $ | 224,202 |

- 12 -

## AMERICAN FEDERATION OF TEACHERS
### BENEFIT PLAN AND TRUST

## SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES (CONTINUED)

### JUNE 30, 2012

FORM 5500, SCHEDULE H, ITEM 4i

E.I.N. 36-0725240
Plan No. 503

| (a) | (b) Identity of issuer, borrower, lessor or similar party | (c) Description of investments including maturity date, rate of interest, collateral, par or maturity value | | | | | (d) Cost | (e) Current Value |
|-----|---|---|---|---|---|---|---|---|
| | | Description | Collateral | Maturity Date | Rate of Interest | Par Value/ Number of Shares | | |
| | COMMON STOCK (CONTINUED) | | | | | | | |
| | Total - forward | | | | | | $ 264,310 | $ 224,202 |
| | Canadian Natl Railway Co | Stock | N/A | N/A | N/A | 50 | 3,977 | 4,219 |
| | Canadian Natural Resources Ltd | Stock | N/A | N/A | N/A | 140 | 6,120 | 3,759 |
| | Carmax Inc | Stock | N/A | N/A | N/A | 57 | 2,034 | 1,479 |
| | Carrizo Oil & Gas Inc | Stock | N/A | N/A | N/A | 52 | 1,367 | 1,221 |
| | Casella Waste Sys Inc CL A | Stock | N/A | N/A | N/A | 429 | 3,002 | 2,510 |
| | Cash America International Inc | Stock | N/A | N/A | N/A | 22 | 1,021 | 969 |
| | CDN Pacific RY Ltd New | Stock | N/A | N/A | N/A | 95 | 5,979 | 6,960 |
| | Centerpoint Energy Inc | Stock | N/A | N/A | N/A | 140 | 2,683 | 2,894 |
| | Chart Industries, Inc | Stock | N/A | N/A | N/A | 19 | 779 | 1,306 |
| | Chelsea Therapeutics Intl LTD | Stock | N/A | N/A | N/A | 132 | 556 | 195 |
| | Chemed Corporation | Stock | N/A | N/A | N/A | 17 | 1,027 | 1,027 |
| | Chevron Corp | Stock | N/A | N/A | N/A | 16 | 1,644 | 1,688 |
| | Churchill Downs Inc | Stock | N/A | N/A | N/A | 16 | 946 | 941 |
| | Citi Trends Inc | Stock | N/A | N/A | N/A | 53 | 1,033 | 818 |
| | Citrix Systems Inc | Stock | N/A | N/A | N/A | 60 | 4,248 | 5,036 |
| | Clarcor Inc | Stock | N/A | N/A | N/A | 24 | 977 | 1,156 |
| | Clearwater Paper Corp | Stock | N/A | N/A | N/A | 67 | 2,285 | 2,286 |
| | Cliffs Natural Resources Inc | Stock | N/A | N/A | N/A | 31 | 2,047 | 1,528 |
| | CMS Energy CP | Stock | N/A | N/A | N/A | 147 | 2,682 | 3,455 |
| | Cogent Comm Group | Stock | N/A | N/A | N/A | 169 | 2,507 | 3,252 |
| | Cognex Corp | Stock | N/A | N/A | N/A | 20 | 599 | 633 |
| | Coherent Inc | Stock | N/A | N/A | N/A | 9 | 509 | 388 |
| | Coherent Inc | Stock | N/A | N/A | N/A | 51 | 3,022 | 2,199 |
| | Coinstar Inc | Stock | N/A | N/A | N/A | 25 | 1,541 | 1,717 |
| | Comcast Corp CL A Special New | Stock | N/A | N/A | N/A | 620 | 14,487 | 19,468 |
| | Comcast Corp CL A Special New | Stock | N/A | N/A | N/A | 94 | 2,725 | 2,952 |
| | Computer Programs & System Inc | Stock | N/A | N/A | N/A | 41 | 2,136 | 2,346 |
| | Conocophillips | Stock | N/A | N/A | N/A | 14 | 823 | 782 |
| | Cooper Industries PLC CL A | Stock | N/A | N/A | N/A | 85 | 4,951 | 5,795 |
| | Core Laboratories N V | Stock | N/A | N/A | N/A | 13 | 1,308 | 1,507 |
| | Core Laboratories N V | Stock | N/A | N/A | N/A | 15 | 1,670 | 1,739 |
| | Covidien PLC New | Stock | N/A | N/A | N/A | 80 | 4,145 | 4,280 |
| | Cree Research Inc | Stock | N/A | N/A | N/A | 170 | 7,353 | 4,364 |
| | Crocs Inc | Stock | N/A | N/A | N/A | 53 | 831 | 856 |
| | Crown Hldgs Inc | Stock | N/A | N/A | N/A | 86 | 2,907 | 2,966 |
| | Ctrip.com Intl LTD | Stock | N/A | N/A | N/A | 123 | 3,820 | 2,061 |
| | Cubio Corp | Stock | N/A | N/A | N/A | 42 | 1,838 | 2,019 |
| | Total - Forward | | | | | | $ 365,888 | $ 326,973 |

- 13 -

**AMERICAN FEDERATION OF TEACHERS**
**BENEFIT PLAN AND TRUST**

**SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES (CONTINUED)**

**JUNE 30, 2012**

FORM 5500, SCHEDULE H, ITEM 4i

E.I.N. 36-0725240
Plan No. 503

| (a) | (b) Identity of issuer, borrower, lessor or similar party | Description | Collateral | Maturity Date | Rate of Interest | Par Value/ Number of Shares | (d) Cost | (e) Current Value |
|---|---|---|---|---|---|---|---|---|
| | | | | (c) Description of investments including maturity date, rate of interest, collateral, par or maturity value | | | | |
| | COMMON STOCK (CONTINUED) | | | | | | | |
| | Total - forward | | | | | | $ 365,888 | $ 326,973 |
| | Decker Outdoor Corporation | Stock | N/A | N/A | N/A | 8 | 654 | 352 |
| | Devry Inc | Stock | N/A | N/A | N/A | 71 | 3,110 | 2,199 |
| | Dexcom Inc | Stock | N/A | N/A | N/A | 112 | 1,534 | 1,452 |
| | Diageo Plc Spon ADR New | Stock | N/A | N/A | N/A | 50 | 4,125 | 5,154 |
| | Digital Globe New | Stock | N/A | N/A | N/A | 130 | 2,430 | 1,971 |
| | Dolby CLA A Com Stk | Stock | N/A | N/A | N/A | 100 | 4,712 | 4,130 |
| | Dolby CLA A Com Stk | Stock | N/A | N/A | N/A | 53 | 2,090 | 2,189 |
| | Domtar Corporation New | Stock | N/A | N/A | N/A | 24 | 2,072 | 1,841 |
| | DSW Inc CL A | Stock | N/A | N/A | N/A | 27 | 1,506 | 1,469 |
| | Du Pont EI DE Nemours & Co | Stock | N/A | N/A | N/A | 63 | 3,343 | 3,186 |
| | Dun & Bradstreet CP New | Stock | N/A | N/A | N/A | 57 | 4,414 | 4,057 |
| | Eaton Corporation | Stock | N/A | N/A | N/A | 23 | 1,114 | 911 |
| | Echostar Corporation | Stock | N/A | N/A | N/A | 76 | 1,596 | 2,008 |
| | Electro Scientific Industries | Stock | N/A | N/A | N/A | 122 | 1,806 | 1,442 |
| | EMCOR Group Inc | Stock | N/A | N/A | N/A | 39 | 993 | 1,085 |
| | Emulex Corp | Stock | N/A | N/A | N/A | 203 | 1,927 | 1,462 |
| | Endo Pharmaceuticals Hlds Inc | Stock | N/A | N/A | N/A | 91 | 2,838 | 2,819 |
| | Endologix Inc | Stock | N/A | N/A | N/A | 118 | 1,054 | 1,822 |
| | Energy XXI Bermuda Ltd Com New | Stock | N/A | N/A | N/A | 50 | 1,434 | 1,565 |
| | Ensign Energy Services Ord | Stock | N/A | N/A | N/A | 35 | 786 | 480 |
| | Entropic Communications Inc | Stock | N/A | N/A | N/A | 365 | 1,861 | 2,057 |
| | Evercore Partners Inc Class A | Stock | N/A | N/A | N/A | 41 | 1,119 | 959 |
| | Everest RE Group Ltd | Stock | N/A | N/A | N/A | 26 | 2,504 | 2,691 |
| | Exxon Mobil Corp | Stock | N/A | N/A | N/A | 46 | 3,915 | 3,936 |
| | F5 Networks Inc | Stock | N/A | N/A | N/A | 25 | 2,357 | 2,489 |
| | Fabrient | Stock | N/A | N/A | N/A | 115 | 1,884 | 1,443 |
| | Fair Isaac & Co Inc | Stock | N/A | N/A | N/A | 47 | 1,596 | 1,987 |
| | Faro Tech Inc | Stock | N/A | N/A | N/A | 58 | 1,968 | 2,441 |
| | FEI Company | Stock | N/A | N/A | N/A | 39 | 1,262 | 1,866 |
| | Fidelity Natl Finl Inc New | Stock | N/A | N/A | N/A | 128 | 2,300 | 2,465 |
| | Finning Intl Inc Com New | Stock | N/A | N/A | N/A | 10 | 308 | 230 |
| | First Republic Bank | Stock | N/A | N/A | N/A | 125 | 3,620 | 4,200 |
| | Fleetcor Technologies | Stock | N/A | N/A | N/A | 68 | 2,446 | 2,383 |
| | Fluidigm Corp Del Com | Stock | N/A | N/A | N/A | 27 | 386 | 406 |
| | Fluor Corp New | Stock | N/A | N/A | N/A | 90 | 6,496 | 4,441 |
| | FMC Corp New | Stock | N/A | N/A | N/A | 32 | 1,204 | 1,711 |
| | Forest Laboratories Inc | Stock | N/A | N/A | N/A | 325 | 10,198 | 11,372 |
| | Forum Energy Technologies | Stock | N/A | N/A | N/A | 29 | 628 | 571 |
| | Total - Forward | | | | | | $ 455,479 | $ 416,215 |

**AMERICAN FEDERATION OF TEACHERS**
**BENEFIT PLAN AND TRUST**

**SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES (CONTINUED)**

**JUNE 30, 2012**

FORM 5500, SCHEDULE H, ITEM 4i

E.I.N 36-0725240
Plan No. 503

| (a) | (b) Identity of issuer, borrower, lessor or similar party | Description | Collateral | Maturity Date | Rate of Interest | Par Value/ Number of Shares | (d) Cost | (e) Current Value |
|---|---|---|---|---|---|---|---|---|
| | (c) Description of investments including maturity date, rate of interest, collateral, par or maturity value | | | | | | | |
| | COMMON STOCK (CONTINUED) | | | | | | | |
| | Total - forward | | | | | | $ 455,479 | $ 416,215 |
| | Freeport McMoran CP&GLD | Stock | N/A | N/A | N/A | 60 | 3,160 | 2,044 |
| | FTI Consulting Inc | Stock | N/A | N/A | N/A | 138 | 4,768 | 3,968 |
| | Fusion-io Inc | Stock | N/A | N/A | N/A | 21 | 502 | 439 |
| | Gaiam Inc CL A | Stock | N/A | N/A | N/A | 67 | 511 | 261 |
| | Gamestop Corp CL A New | Stock | N/A | N/A | N/A | 150 | 3,171 | 2,754 |
| | General Electric Co | Stock | N/A | N/A | N/A | 57 | 1,121 | 1,188 |
| | General Mills Inc | Stock | N/A | N/A | N/A | 35 | 1,374 | 1,349 |
| | Genesee & Wyoming Inc A | Stock | N/A | N/A | N/A | 24 | 1,436 | 1,268 |
| | Gildan Activewear Inc | Stock | N/A | N/A | N/A | 51 | 1,121 | 1,404 |
| | Global Cash Access Inc | Stock | N/A | N/A | N/A | 216 | 821 | 1,557 |
| | Global Payment Inc | Stock | N/A | N/A | N/A | 66 | 3,236 | 2,853 |
| | Grand Canyon Ed Inc Com | Stock | N/A | N/A | N/A | 63 | 1,070 | 1,319 |
| | GreatBatch Inc | Stock | N/A | N/A | N/A | 97 | 2,318 | 2,203 |
| | GT Advanced Technologies Inc | Stock | N/A | N/A | N/A | 292 | 2,563 | 1,542 |
| | H J Heinz Co | Stock | N/A | N/A | N/A | 63 | 3,342 | 3,426 |
| | H&R Block Inc | Stock | N/A | N/A | N/A | 213 | 3,150 | 3,404 |
| | Haemonetics Corp | Stock | N/A | N/A | N/A | 14 | 824 | 1,038 |
| | Hanover Insurance Group Inc | Stock | N/A | N/A | N/A | 73 | 2,943 | 2,856 |
| | Harman Int Inds New | Stock | N/A | N/A | N/A | 69 | 3,005 | 2,732 |
| | HCC Insurance Hldgs Inc | Stock | N/A | N/A | N/A | 65 | 1,760 | 2,041 |
| | Heartware Intl Inc Com | Stock | N/A | N/A | N/A | 7 | 593 | 622 |
| | Higher One Hldgs Inc Com | Stock | N/A | N/A | N/A | 38 | 524 | 464 |
| | HMS Holdings Corp | Stock | N/A | N/A | N/A | 31 | 747 | 1,033 |
| | Hollyfrontier Corp Com | Stock | N/A | N/A | N/A | 47 | 1,413 | 1,665 |
| | Home Depot Inc | Stock | N/A | N/A | N/A | 33 | 1,666 | 1,749 |
| | Houston Wire & Cable Co | Stock | N/A | N/A | N/A | 76 | 1,001 | 831 |
| | HUB Group Inc CL A | Stock | N/A | N/A | N/A | 31 | 1,039 | 1,120 |
| | Human Genome Services Inc | Stock | N/A | N/A | N/A | 204 | 3,145 | 2,679 |
| | Human Genome Services Inc | Stock | N/A | N/A | N/A | 235 | 5,069 | 3,086 |
| | Iconix Brand Grp Inc | Stock | N/A | N/A | N/A | 132 | 2,227 | 2,306 |
| | Idacorp Inc | Stock | N/A | N/A | N/A | 105 | 4,007 | 4,418 |
| | Illumina Inc | Stock | N/A | N/A | N/A | 33 | 143 | 1,333 |
| | Immunogen Inc | Stock | N/A | N/A | N/A | 240 | 2,056 | 4,018 |
| | Impax Laboratories Inc | Stock | N/A | N/A | N/A | 52 | 976 | 1,054 |
| | Impax Laboratories Inc | Stock | N/A | N/A | N/A | 122 | 2,484 | 2,473 |
| | Impax Laboratories Inc | Stock | N/A | N/A | N/A | 67 | 1,243 | 1,358 |
| | Total - Forward | | | | | | $ 526,009 | $ 486,070 |

- 15 -

**AMERICAN FEDERATION OF TEACHERS**
**BENEFIT PLAN AND TRUST**

**SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES (CONTINUED)**

**JUNE 30, 2012**

FORM 5500, SCHEDULE H, ITEM 4i

E.I.N. 36-0725240
Plan No. 503

| (a) | (b) Identity of issuer, borrower, lessor or similar party | Description | Collateral | Maturity Date | Rate of Interest | Par Value/ Number of Shares | (d) Cost | (e) Current Value |
|---|---|---|---|---|---|---|---|---|
| | COMMON STOCK (CONTINUED) | | | | | | | |
| | Total - forward | | | | | | $ 526,009 | $ 486,070 |
| | Informatica Corp | Stock | N/A | N/A | N/A | 30 | 1,420 | 1,271 |
| | Ingersoll Rand Co CL A | Stock | N/A | N/A | N/A | 115 | 4,513 | 4,851 |
| | Intel Corp | Stock | N/A | N/A | N/A | 80 | 2,230 | 2,132 |
| | International Paper Co | Stock | N/A | N/A | N/A | 63 | 2,211 | 1,821 |
| | IPG Photonics Corp | Stock | N/A | N/A | N/A | 15 | 692 | 654 |
| | Ironwood Pharm Inc A | Stock | N/A | N/A | N/A | 37 | 440 | 510 |
| | Isis Pharm Inc | Stock | N/A | N/A | N/A | 235 | 2,070 | 2,820 |
| | IXIA | Stock | N/A | N/A | N/A | 137 | 2,123 | 1,647 |
| | Jack Henry & Assoc Inc | Stock | N/A | N/A | N/A | 50 | 1,536 | 1,726 |
| | Jack in the Box Inc | Stock | N/A | N/A | N/A | 52 | 1,083 | 1,450 |
| | Johnson & Johnson | Stock | N/A | N/A | N/A | 34 | 2,219 | 2,297 |
| | Johnson Controls Incorporated | Stock | N/A | N/A | N/A | 35 | 1,113 | 970 |
| | Kansas CY Southn ind New | Stock | N/A | N/A | N/A | 16 | 857 | 1,113 |
| | Kemet Corporation New | Stock | N/A | N/A | N/A | 150 | 1,855 | 902 |
| | Key Energy Svc Inc | Stock | N/A | N/A | N/A | 101 | 1,007 | 768 |
| | Kimberly Clark Corp | Stock | N/A | N/A | N/A | 45 | 3,332 | 3,770 |
| | Kodiak Oil & Gas Corp | Stock | N/A | N/A | N/A | 15 | 910 | 1,232 |
| | Kulicke & Soffa Inds | Stock | N/A | N/A | N/A | 211 | 2,111 | 1,882 |
| | L-3 Communications Holding Inc | Stock | N/A | N/A | N/A | 105 | 8,349 | 7,771 |
| | LAM Research Corporation | Stock | N/A | N/A | N/A | 63 | 2,599 | 2,378 |
| | Lattice Semiconductor | Stock | N/A | N/A | N/A | 269 | 1,410 | 1,009 |
| | Lear Corp | Stock | N/A | N/A | N/A | 54 | 2,482 | 2,037 |
| | Lexmark Intl Inc New A | Stock | N/A | N/A | N/A | 101 | 3,044 | 2,685 |
| | Liberty Interactive CO Inter A | Stock | N/A | N/A | N/A | 260 | 4,102 | 4,622 |
| | Liberty Media Hldg Cap Ser A | Stock | N/A | N/A | N/A | 55 | 4,060 | 4,835 |
| | Life Technologies Corp | Stock | N/A | N/A | N/A | 30 | 1,403 | 1,350 |
| | Linkedin Corp A | Stock | N/A | N/A | N/A | 12 | 995 | 1,275 |
| | Lionbridge Technologies Inc | Stock | N/A | N/A | N/A | 697 | 2,509 | 2,196 |
| | Live Nation Entertainment Inc | Stock | N/A | N/A | N/A | 157 | 1,382 | 1,441 |
| | Logitech Intl SA | Stock | N/A | N/A | N/A | 92 | 977 | 982 |
| | Lufkin Ind | Stock | N/A | N/A | N/A | 42 | 2,813 | 2,281 |
| | M K S Instruments | Stock | N/A | N/A | N/A | 69 | 2,109 | 1,991 |
| | Manulife Financial Corp | Stock | N/A | N/A | N/A | 100 | 1,677 | 1,089 |
| | Map Pharmaceuticals Inc | Stock | N/A | N/A | N/A | 41 | 649 | 613 |
| | Markel Corp | Stock | N/A | N/A | N/A | 8 | 2,974 | 3,534 |
| | Total - Forward | | | | | | $ 601,264 | $ 559,975 |

**AMERICAN FEDERATION OF TEACHERS**
**BENEFIT PLAN AND TRUST**

**SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES (CONTINUED)**

**JUNE 30, 2012**

FORM 5500, SCHEDULE H, ITEM 4i

E.I.N. 36-0725240
Plan No. 503

| (a) | (b) Identity of issuer, borrower, lessor or similar party | Description | Collateral | Maturity Date | Rate of Interest | Par Value/ Number of Shares | (d) Cost | | (e) Current Value |
|---|---|---|---|---|---|---|---|---|---|
| | COMMON STOCK (CONTINUED) | | | | | | | | |
| | Total - forward | | | | | | $ 601,264 | $ | 559,975 |
| | Medicis Pharm Corp CL A New | Stock | N/A | N/A | N/A | 73 | 2,481 | | 2,493 |
| | Mednax Inc | Stock | N/A | N/A | N/A | 41 | 2,704 | | 2,810 |
| | Metlife Incorporated | Stock | N/A | N/A | N/A | 30 | 1,349 | | 926 |
| | Mettler Toledo Intl | Stock | N/A | N/A | N/A | 8 | 1,348 | | 1,247 |
| | MFA Financial Inc | Stock | N/A | N/A | N/A | 445 | 3,289 | | 3,511 |
| | Microsemi Corp | Stock | N/A | N/A | N/A | 58 | 1,252 | | 1,072 |
| | Microsoft Corp | Stock | N/A | N/A | N/A | 107 | 2,819 | | 3,273 |
| | Midstates Petroleum Co Inc | Stock | N/A | N/A | N/A | 62 | 778 | | 602 |
| | Minerals Technology Inc | Stock | N/A | N/A | N/A | 15 | 953 | | 957 |
| | Mobile Mini Inc | Stock | N/A | N/A | N/A | 70 | 967 | | 1,008 |
| | MSC Indl Direct Co Class A | Stock | N/A | N/A | N/A | 16 | 1,183 | | 1,049 |
| | Mylan Inc | Stock | N/A | N/A | N/A | 94 | 2,073 | | 2,009 |
| | NABORS Industries Ltd New | Stock | N/A | N/A | N/A | 350 | 9,042 | | 5,040 |
| | National Oilwell Varco Inc | Stock | N/A | N/A | N/A | 50 | 4,003 | | 3,222 |
| | Natl Instrums CP | Stock | N/A | N/A | N/A | 24 | 739 | | 645 |
| | Nestle Spon ADR Rep Reg SHR | Stock | N/A | N/A | N/A | 105 | 6,783 | | 6,273 |
| | Nestle Spon ADR Rep Reg SHR | Stock | N/A | N/A | N/A | 18 | 1,102 | | 1,075 |
| | NetScout Systems Inc | Stock | N/A | N/A | N/A | 70 | 1,683 | | 1,511 |
| | Neustar CLA A Com Stk | Stock | N/A | N/A | N/A | 94 | 2,804 | | 3,140 |
| | Nextera Energy Inc Com | Stock | N/A | N/A | N/A | 53 | 3,317 | | 3,647 |
| | Noble Corp New | Stock | N/A | N/A | N/A | 225 | 8,487 | | 7,319 |
| | Novartis AG ADR | Stock | N/A | N/A | N/A | 55 | 3,446 | | 3,075 |
| | NRG Energy Inc | Stock | N/A | N/A | N/A | 216 | 3,654 | | 3,750 |
| | Nucor Corporation | Stock | N/A | N/A | N/A | 130 | 6,062 | | 4,927 |
| | Nxstage Medical Inc | Stock | N/A | N/A | N/A | 58 | 1,113 | | 972 |
| | Oceaneering Intl Inc | Stock | N/A | N/A | N/A | 25 | 988 | | 1,197 |
| | Total - Forward | | | | | | $ 675,682 | $ | 626,725 |

AMERICAN FEDERATION OF TEACHERS
BENEFIT PLAN AND TRUST

SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES (CONTINUED)

JUNE 30, 2012

FORM 5500, SCHEDULE H, ITEM 4i

E.I.N. 36-0725240
Plan No. 503

| (a) | (b) Identity of issuer, borrower, lessor or similar party | (c) Description of investments including maturity date, rate of interest, collateral, par or maturity value | | | | | (d) Cost | (e) Current Value |
|---|---|---|---|---|---|---|---|---|
| | | Description | Collateral | Maturity Date | Rate of Interest | Par Value/ Number of Shares | | |
| | COMMON STOCK (CONTINUED) | | | | | | | |
| | Total - forward | | | | | | $ 675,682 | $ 626,725 |
| | Old Republic Intl CP | Stock | N/A | N/A | N/A | 155 | 1,416 | 1,285 |
| | Pacer Intl Inc | Stock | N/A | N/A | N/A | 181 | 924 | 977 |
| | Pall Corporation | Stock | N/A | N/A | N/A | 110 | 6,156 | 6,029 |
| | Papa Johns Intl Inc | Stock | N/A | N/A | N/A | 21 | 811 | 999 |
| | Parexel Intl Corp | Stock | N/A | N/A | N/A | 39 | 833 | 1,101 |
| | Partmerre Hldgs | Stock | N/A | N/A | N/A | 25 | 1,702 | 1,892 |
| | PDC Energy Inc Com | Stock | N/A | N/A | N/A | 52 | 1,380 | 1,275 |
| | Peet's Coffee and Tea | Stock | N/A | N/A | N/A | 33 | 1,905 | 1,981 |
| | Peet's Coffee and Tea | Stock | N/A | N/A | N/A | 14 | 810 | 841 |
| | People's United Financial Inc | Stock | N/A | N/A | N/A | 127 | 1,674 | 1,474 |
| | Pepsico Inc NC | Stock | N/A | N/A | N/A | 16 | 1,054 | 1,131 |
| | Pfizer Inc | Stock | N/A | N/A | N/A | 75 | 1,499 | 1,725 |
| | Pharmacyclics Inc | Stock | N/A | N/A | N/A | 10 | 431 | 546 |
| | Phillips 66 Com | Stock | N/A | N/A | N/A | 7 | 244 | 233 |
| | Pinnacle West Capital Corp | Stock | N/A | N/A | N/A | 28 | 1,086 | 1,449 |
| | Pioneer Drilling Co | Stock | N/A | N/A | N/A | 102 | 754 | 813 |
| | Potash CP of Saskatchewan Inc | Stock | N/A | N/A | N/A | 120 | 7,472 | 5,243 |
| | Power Integrations Inc | Stock | N/A | N/A | N/A | 26 | 956 | 970 |
| | Power-One Inc Com New | Stock | N/A | N/A | N/A | 266 | 1,832 | 1,202 |
| | PPG Industries Inc | Stock | N/A | N/A | N/A | 23 | 2,255 | 2,441 |
| | Pricesmart Inc | Stock | N/A | N/A | N/A | 13 | 797 | 878 |
| | Procter & Gamble | Stock | N/A | N/A | N/A | 58 | 3,894 | 3,553 |
| | PSS World Medical Inc | Stock | N/A | N/A | N/A | 40 | 1,008 | 840 |
| | Qlik Technologies | Stock | N/A | N/A | N/A | 68 | 1,739 | 1,504 |
| | Qualcomm Inc | Stock | N/A | N/A | N/A | 20 | 1,101 | 1,114 |
| | Quest Software Inc | Stock | N/A | N/A | N/A | 76 | 2,003 | 2,114 |
| | Questcor Pharm Inc | Stock | N/A | N/A | N/A | 29 | 1,315 | 1,544 |
| | RackSpace Hosting Inc Com | Stock | N/A | N/A | N/A | 30 | 1,448 | 1,318 |
| | Raytheon Co | Stock | N/A | N/A | N/A | 32 | 1,525 | 1,811 |
| | Realx Inc Com | Stock | N/A | N/A | N/A | 165 | 2,327 | 2,468 |
| | Regal Entertainment Group CL A | Stock | N/A | N/A | N/A | 66 | 762 | 908 |
| | Rent-A-Ctr Inc | Stock | N/A | N/A | N/A | 45 | 1,576 | 1,517 |
| | Rio Tinto PLC Spon ADR | Stock | N/A | N/A | N/A | 110 | 7,934 | 5,259 |
| | Salix Pharm Ltd | Stock | N/A | N/A | N/A | 29 | 1,223 | 1,579 |
| | Salix Pharm Ltd | Stock | N/A | N/A | N/A | 18 | 918 | 980 |
| | Sanchez Energy | Stock | N/A | N/A | N/A | 43 | 835 | 894 |
| | Sandisk Corp | Stock | N/A | N/A | N/A | 135 | 6,083 | 4,925 |
| | Total - Forward | | | | | | $ 747,365 | $ 693,538 |

- 18 -

**AMERICAN FEDERATION OF TEACHERS**
**BENEFIT PLAN AND TRUST**

**SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES (CONTINUED)**

**JUNE 30, 2012**

FORM 5500, SCHEDULE H, ITEM 4i

E.I.N. 36-0725240
Plan No. 503

| (a) | (b) Identity of issuer, borrower, lessor or similar party | (c) Description of investments including maturity date, rate of interest, collateral, par or maturity value | | | | | (d) Cost | (e) Current Value |
|---|---|---|---|---|---|---|---|---|
| | | Description | Collateral | Maturity Date | Rate of Interest | Par Value/ Number of Shares | | |
| | COMMON STOCK (CONTINUED) | | | | | | | |
| | Total - forward | | | | | | $ 747,365 | $ 693,538 |
| | ScanSource Inc | Stock | N/A | N/A | N/A | 35 | 1,259 | 1,072 |
| | Schlumberger Ltd | Stock | N/A | N/A | N/A | 90 | 8,559 | 5,842 |
| | Scholastic CP | Stock | N/A | N/A | N/A | 29 | 1,023 | 816 |
| | Seagate Technology PLC | Stock | N/A | N/A | N/A | 580 | 8,272 | 14,343 |
| | Semtech Corp | Stock | N/A | N/A | N/A | 66 | 1,491 | 1,605 |
| | ServiceSource Intl | Stock | N/A | N/A | N/A | 74 | 1,056 | 1,025 |
| | Shaw Group Incorporated | Stock | N/A | N/A | N/A | 66 | 2,077 | 1,802 |
| | Shoretel Inc | Stock | N/A | N/A | N/A | 215 | 1,326 | 942 |
| | Shuffle Master Inc | Stock | N/A | N/A | N/A | 223 | 2,050 | 3,077 |
| | Shutterfly Inc | Stock | N/A | N/A | N/A | 46 | 1,308 | 1,412 |
| | Silicon Image Inc | Stock | N/A | N/A | N/A | 170 | 1,003 | 701 |
| | Sina.com | Stock | N/A | N/A | N/A | 8 | 704 | 414 |
| | Sirona Dental Systems Inc | Stock | N/A | N/A | N/A | 43 | 1,865 | 1,935 |
| | Spectra Energy Corp Com | Stock | N/A | N/A | N/A | 71 | 2,231 | 2,063 |
| | Splunk Inc | Stock | N/A | N/A | N/A | 30 | 890 | 843 |
| | Staples Inc | Stock | N/A | N/A | N/A | 139 | 2,239 | 1,814 |
| | Starwood Htls & Rsts WW Inc | Stock | N/A | N/A | N/A | 35 | 1,988 | 1,856 |
| | Stifel Financial Corporation | Stock | N/A | N/A | N/A | 45 | 1,447 | 1,391 |
| | Suncor Energy Inc New Com | Stock | N/A | N/A | N/A | 220 | 8,991 | 6,369 |
| | Sunopta Inc | Stock | N/A | N/A | N/A | 651 | 4,320 | 3,652 |
| | Superior Energy Services Inc | Stock | N/A | N/A | N/A | 37 | 1,219 | 749 |
| | SVB FNCL Grp | Stock | N/A | N/A | N/A | 44 | 2,314 | 2,584 |
| | SXC Health Solutions Corp | Stock | N/A | N/A | N/A | 27 | 1,330 | 2,679 |
| | Synex Corp | Stock | N/A | N/A | N/A | 26 | 984 | 897 |
| | T Rowe Price Group Inc | Stock | N/A | N/A | N/A | 34 | 1,675 | 2,141 |
| | Talisman Energy Inc | Stock | N/A | N/A | N/A | 85 | 1,741 | 974 |
| | Target Corporation | Stock | N/A | N/A | N/A | 19 | 1,106 | 1,106 |
| | TE Connectivity LTD NEW | Stock | N/A | N/A | N/A | 235 | 8,162 | 7,499 |
| | Tellabs Inc Delaware | Stock | N/A | N/A | N/A | 356 | 1,899 | 1,185 |
| | Tenaris S.A. | Stock | N/A | N/A | N/A | 175 | 7,809 | 6,120 |
| | Tenneco Automotive Inc | Stock | N/A | N/A | N/A | 34 | 1,053 | 912 |
| | Tessera Technologies Inc | Stock | N/A | N/A | N/A | 135 | 2,477 | 2,075 |
| | Texas Instruments | Stock | N/A | N/A | N/A | 34 | 1,096 | 975 |
| | The Boston Beer Co Inc A | Stock | N/A | N/A | N/A | 10 | 908 | 1,210 |
| | Total - Forward | | | | | | $ 835,236 | $ 777,618 |

- 19 -

## AMERICAN FEDERATION OF TEACHERS
## BENEFIT PLAN AND TRUST

### SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES (CONTINUED)

### JUNE 30, 2012

FORM 5500, SCHEDULE H, ITEM 4i

E.I.N 36-0725240
Plan No. 503

| (a) | (b) Identity of issuer, borrower, lessor or similar party | Description | Collateral | Maturity Date | Rate of Interest | Par Value/ Number of Shares | (d) Cost | (e) Current Value |
|---|---|---|---|---|---|---|---|---|
| | COMMON STOCK (CONTINUED) | | | | | | | |
| | Total - forward | | | | | | $ 835,236 | $ 777,618 |
| | The DirectTV Group CL A | Stock | N/A | N/A | N/A | 90 | 4,188 | 4,394 |
| | Theravance Inc | Stock | N/A | N/A | N/A | 27 | 485 | 600 |
| | Time Warner Inc New | Stock | N/A | N/A | N/A | 60 | 2,119 | 2,310 |
| | TIVO Inc | Stock | N/A | N/A | N/A | 231 | 2,334 | 1,908 |
| | Total Fina ELF SA | Stock | N/A | N/A | N/A | 55 | 2,750 | 2,472 |
| | Total System Svcs | Stock | N/A | N/A | N/A | 119 | 1,980 | 2,848 |
| | Transdigm Group Inc | Stock | N/A | N/A | N/A | 8 | 921 | 1,074 |
| | Transocean Ltd | Stock | N/A | N/A | N/A | 130 | 8,473 | 5,815 |
| | Travelers Companies Inc Com | Stock | N/A | N/A | N/A | 56 | 3,317 | 3,575 |
| | TripAdvisor Com | Stock | N/A | N/A | N/A | 47 | 1,425 | 2,100 |
| | Tyco International LTD | Stock | N/A | N/A | N/A | 230 | 10,306 | 12,156 |
| | UBS AG New | Stock | N/A | N/A | N/A | 190 | 3,319 | 2,225 |
| | Ultimate Software Gp Inc | Stock | N/A | N/A | N/A | 17 | 885 | 1,512 |
| | Unilever NV NY SH New | Stock | N/A | N/A | N/A | 110 | 3,641 | 3,669 |
| | United Natural Foods Inc | Stock | N/A | N/A | N/A | 42 | 1,647 | 2,304 |
| | United Parcel Service Inc CL-B | Stock | N/A | N/A | N/A | 35 | 2,792 | 2,757 |
| | United Technologies Corp | Stock | N/A | N/A | N/A | 14 | 1,045 | 1,057 |
| | UnitedHealth GP Inc | Stock | N/A | N/A | N/A | 280 | 12,235 | 16,380 |
| | Universal Display Corp | Stock | N/A | N/A | N/A | 37 | 1,323 | 1,330 |
| | Universal Technical Instit | Stock | N/A | N/A | N/A | 93 | 1,660 | 1,256 |
| | URS Corp New | Stock | N/A | N/A | N/A | 53 | 2,308 | 1,849 |
| | Valassis Communications Inc | Stock | N/A | N/A | N/A | 102 | 2,638 | 2,219 |
| | Vale S.A. | Stock | N/A | N/A | N/A | 215 | 7,121 | 4,268 |
| | Verizon Communications | Stock | N/A | N/A | N/A | 73 | 2,749 | 3,244 |
| | Vertex Pharmaceuticals | Stock | N/A | N/A | N/A | 85 | 3,995 | 4,753 |
| | Vertex Pharmaceuticals | Stock | N/A | N/A | N/A | 23 | 894 | 1,286 |
| | Viasat Inc | Stock | N/A | N/A | N/A | 31 | 1,247 | 1,171 |
| | Volcano Corp | Stock | N/A | N/A | N/A | 53 | 1,448 | 1,518 |
| | Vonage Holdings Corp | Stock | N/A | N/A | N/A | 830 | 2,235 | 1,668 |
| | Wal Mart Stores Inc | Stock | N/A | N/A | N/A | 46 | 2,778 | 3,207 |
| | Walt Disney Co Hldg Co | Stock | N/A | N/A | N/A | 26 | 1,115 | 1,261 |
| | Waste Mgmt Inc | Stock | N/A | N/A | N/A | 77 | 2,702 | 2,572 |
| | Wisconsin Energy Corp | Stock | N/A | N/A | N/A | 47 | 1,649 | 1,860 |
| | Washington Post Company CL B | Stock | N/A | N/A | N/A | 10 | 3,543 | 3,738 |
| | Weatherford International Ltd | Stock | N/A | N/A | N/A | 420 | 8,516 | 5,305 |
| | Weatherford International LTD | Stock | N/A | N/A | N/A | 500 | 10,448 | 6,315 |
| | Westar Energy Inc | Stock | N/A | N/A | N/A | 126 | 2,731 | 3,774 |
| | Western Refining, Inc | Stock | N/A | N/A | N/A | 52 | 1,002 | 1,158 |
| | Westlake Chemical Corp | Stock | N/A | N/A | N/A | 9 | 447 | 470 |
| | White Mountain GRP Bermuda | Stock | N/A | N/A | N/A | 6 | 1,918 | 3,131 |
| | Whiting Petroleum Corp | Stock | N/A | N/A | N/A | 30 | 1,244 | 1,234 |
| | Wiley John & Son CL A | Stock | N/A | N/A | N/A | 50 | 2,311 | 2,450 |
| | Willis Group Holdings PLC | Stock | N/A | N/A | N/A | 89 | 2,869 | 3,248 |
| | Wolverine World Wide | Stock | N/A | N/A | N/A | 24 | 1,057 | 931 |
| | Yara Intl ASA Spons ADR | Stock | N/A | N/A | N/A | 5 | 1,571 | 945 |
| | Clearbridge Energy Mlp Opp FD | Stock | N/A | N/A | N/A | 5,000 | 100,000 | 97,400 |
| | LG Mason BW Glbl Oppt FD | Stock | N/A | N/A | N/A | 5,000 | 100,000 | 92,750 |
| | Nuveen Short Duratn Cr Opp FD | Stock | N/A | N/A | N/A | 5,000 | 100,000 | 95,000 |
| | Total common stock | | | | | | 1,272,618 | 1,198,085 |
| | Total Investments | | | | | | $ 3,047,772 | $ 2,915,254 |

- 20 -

| **Form 5500** | **Annual Return/Report of Employee Benefit Plan** | OMB Nos. 1210-0110 / 1210-0089 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ Complete all entries in accordance with the instructions to the Form 5500. | **2011**<br><br>**This Form is Open to Public Inspection** |

| **Part I** | **Annual Report Identification Information** |
|---|---|

For calendar plan year 2011 or fiscal plan year beginning **07/01/2011** and ending **06/30/2012**

**A** This return/report is for:
- [ ] a multiemployer plan;
- [X] a single-employer plan;
- [ ] a multiple-employer plan; or
- [ ] a DFE (specify) _____

**B** This return/report is:
- [ ] the first return/report;
- [ ] an amended return/report;
- [ ] the final return/report;
- [ ] a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ▶ [ ]

**D** Check box if filing under:
- [X] Form 5558;
- [ ] automatic extension;
- [ ] the DFVC program;
- [ ] special extension (enter description) _____

| **Part II** | **Basic Plan Information** - enter all requested information |
|---|---|

**1a** Name of plan
AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST

**1b** Three-digit plan number (PN) ▶ **503**

**1c** Effective date of plan
07/01/1993

**2a** Plan sponsor's name and address, including room or suite number (Employer, if for a single-employer plan)

AMERICAN FEDERATION OF TEACHERS BENEFIT TRUST

555 NEW JERSEY AVE., NW

WASHINGTON          DC    20001

**2b** Employer Identification Number (EIN)
52-1846907

**2c** Sponsor's telephone number
202-879-4400

**2d** Business code (see instructions)
813000

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | [signature]<br>Signature of plan administrator | 3/21/13<br>Date | JOHN J. FELDMAN III<br>Enter name of individual signing as plan administrator |
|---|---|---|---|
| SIGN HERE | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | Signature of DFE | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.

Form 5500 (2011)
V.012011

116401
11-15-11

2

Form 5500 (2011)                                                                                 Page **2**

| **3a** Plan administrator's name and address (if same as plan sponsor, enter "Same") | **3b** Administrator's EIN |
|---|---|
| AMERICAN FEDERATION OF TEACHERS | 36-0725240 |
| | **3c** Administrator's telephone number |
| 555 NEW JERSEY AVENUE, NW | 202-879-4400 |
| WASHINGTON            DC 20001 | |

| **4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report: | **4b** EIN |
|---|---|
| **a** Sponsor's name | **4c** PN |

| | | |
|---|---|---|
| **5** Total number of participants at the beginning of the plan year | **5** | 37,366 |
| **6** Number of participants as of the end of the plan year (welfare plans complete only lines 6a, 6b, 6c, and 6d). | | |
| **a** Active participants | **6a** | 38,898 |
| **b** Retired or separated participants receiving benefits | **6b** | |
| **c** Other retired or separated participants entitled to future benefits | **6c** | |
| **d** Subtotal. Add lines 6a, 6b, and 6c | **6d** | 38,898 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | **6e** | |
| **f** Total. Add lines 6d and 6e | **6f** | |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **6g** | |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | **6h** | |
| **7** Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item) | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristic Codes in the instructions:

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristic Codes in the instructions:
4A 4B 4F 4L

| **9a** Plan funding arrangement (check all that apply) | **9b** Plan benefit arrangement (check all that apply) |
|---|---|
| (1) ☒ Insurance | (1) ☒ Insurance |
| (2) ☐ Code section 412(e)(3) insurance contracts | (2) ☐ Code section 412(e)(3) insurance contracts |
| (3) ☒ Trust | (3) ☒ Trust |
| (4) ☐ General assets of the sponsor | (4) ☐ General assets of the sponsor |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached. (See Instructions)

| **a** Pension Schedules | **b** General Schedules | | |
|---|---|---|---|
| (1) ☐ R (Retirement Plan Information) | (1) ☒ | H | (Financial Information) |
| (2) ☐ MB (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary | (2) ☐ | I | (Financial Information - Small Plan) |
| | (3) ☒ 8 | A | (Insurance Information) |
| | (4) ☒ | C | (Service Provider Information) |
| (3) ☐ SB (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary | (5) ☐ | D | (DFE/Participating Plan Information) |
| | (6) ☐ | G | (Financial Transaction Schedules) |

118402
11-15-11

09320321 712177 32522            2011.05060 AMERICAN FEDERATION OF TEAC 32522    1